1  SIDNEY J. COHEN, Esq., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   HOLLYNN DELIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL<br><br>      Plaintiff,<br><br>v.<br><br>GOLDEN GATE BRIDGE, HIGHWAY, AND TRANSPORTATION DISTRICT; and DOES 1 through 20, Inclusive,<br><br>      Defendants._____/ | CASE NO. C 08–1105 MEJ<br>Civil Rights<br><br><br><br><br>**CERTIFICATION OF INTERESTED PARTIES** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

Dated: 2/25/08                    SIDNEY J. COHEN
                                  PROFESSIONAL CORPORATION


                                       /s/ Sidney J. Cohen
                                  By _____
                                     Sidney J. Cohen
                                     Attorney for Plaintiff

Certificate Of Interested Parties

1