1  SIDNEY J. COHEN, Esq., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   HOLLYNN DELIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HOLLYNN DELIL | CASE NO. C 08-01105 MEJ |
|---|---|
| Plaintiff, | <u>Civil Rights</u> |
| v. | |
| GOLDEN GATE BRIDGE, HIGHWAY, AND TRANSPORTATION DISTRICT; and DOES 1 through 20, Inclusive, | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. 636 (c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 2/25/08

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

                    /s/ Sidney J Cohen
By_____
   Sidney J. Cohen
   Counsel for Plaintiff

Consent to Magistrate Judge

1