1   HANSON BRIDGETT LLP
    KURT A. FRANKLIN - 172715
2   kfranklin@hansonbridgett.com
    ADAM W. HOFMANN - 238476
3   ahofmann@hansonbridgett.com
    425 Market Street, 26th Floor
4   San Francisco, CA  94105
    Telephone:   (415) 777-3200
5   Facsimile:   (415) 541-9366

6   Attorneys for Defendant
    GOLDEN GATE BRIDGE, HIGHWAY AND
7   TRANSPORTATION DISTRICT

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  HOLLYNN DELIL ,                          No. C08-01105

13              Plaintiff,          **DEFENDANT GOLDEN GATE BRIDGE,
                                    HIGHWAY, AND TRANSPORTATION
14       v.                        DISTRICT'S ANSWER TO PLAINTIFF'S
                                   COMPLAINT FOR DAMAGES AND
15  GOLDEN GATE BRIDGE, HIGHWAY    INJUNCTIVE RELIEF**
    AND TRANSPORTATION DISTRICT;
16  AND DOES 1 THOUGH 20, Inclusive,,   **Action Filed:   February 25, 2008**

17              Defendants.

18

19      Defendant Golden Gate Bridge, Highway and Transportation District

20  ("Defendant"), by and through its attorneys, hereby answers Plaintiff Hollynn Delil's

21  ("Plaintiff") Complaint and state as follows:

22                         **INTRODUCTION**

23      1.    In answering Paragraph 1 of Plaintiff's Complaint, Defendant lacks

24  information and belief sufficient to answer the allegations in Paragraph 1, and basing its

25  denial on this ground, denies each and every allegation in Paragraph 1 of the Complaint.

26      2.    In answering Paragraph 2 of Plaintiff's Complaint, Defendant denies each

27  and every allegation contained in Paragraph 2 of the Complaint.

28
                                    - 1 -

**JURISDICTION AND VENUE**

3.     In answering Paragraph 3 of Plaintiff's Complaint, Defendant admits that this Court has subject matter jurisdiction pursuant to 28 U.S.C. Sections 1331 and 1336. Except as so expressly admitted, Defendant denies each and every allegation contained in Paragraph 3 of the Complaint.

4.     In answering Paragraph 4 of Plaintiff's Complaint, Defendant admits that venue is proper in this Court pursuant to 28 U.S.C. Section 1391(b).  Except as so expressly admitted, Defendant denies each and every allegation contained in Paragraph 4 of the Complaint.

5.     In answering Paragraph 5 of Plaintiff's Complaint, Defendant admits that the "case should be assigned to the San Francisco intra district."  Except as so expressly admitted, Defendant denies each and every allegation contained in Paragraph 5 of the Complaint.

**PARTIES AND GOVERNMENT CLAIM**

6.     In answering Paragraph 6 of Plaintiff's Complaint, Defendant lacks information and belief sufficient to answer the allegations in Paragraph 6, and basing its denial on this ground, denies each and every allegation in Paragraph 6 of the Complaint.

7.     In answering Paragraph 7 of Plaintiff's Complaint, Defendant admits that it is a public entity pursuant to the Bridge and Highway District Act, California Streets and Highways Code Section 27000, *et seq.*.  Defendant further admits that it has buildings, structures, facilities, and vessels with public areas.  Except as so expressly admitted, Defendant denies each and every allegation contained in Paragraph 7 of the Complaint.

Defendant does not stipulate to the naming of Doe Defendants.

8.     In answering Paragraph 8 of Plaintiff's Complaint, Defendant neither admits nor denies the allegations contained in Paragraph 8 on the basis that it is vague, ambiguous, and unintelligible.  To the extent that an answer is required, Defendant denies each and every allegation contained in Paragraph 8 of the Complaint.

Defendant does not stipulate to the naming of Doe Defendants.

- 2 -

9.    In answering Paragraph 9 of Plaintiff's Complaint, Defendant admits that Plaintiff filed claims on January 28, 2008, and February 5, 2008.  Defendant further admits that it rejected Plaintiff's claims.  Except as so expressly admitted, Defendant denies each and every allegation contained in Paragraph 9 of the Complaint.

**FACTUAL BASES FOR COMPLAINT**

10.    In answering Paragraph 10 of Plaintiff's Complaint, Defendant denies each and every allegation contained in Paragraph 10 of the Complaint.

A.    In answering Paragraph 10A of Plaintiff's Complaint, Defendant lacks information and belief sufficient to answer the allegations in Paragraph 10A, and basing its denial on this ground, denies each and every allegation in Paragraph 10A of the Complaint.

B.    In answering Paragraph 10B of Plaintiff's Complaint, Defendant denies each and every allegation contained in Paragraph 10B of the Complaint.

C.    In answering Paragraph 10C of Plaintiff's Complaint, Defendant denies each and every allegation contained in Paragraph 10C of the Complaint.

D.    In answering Paragraph 10D of Plaintiff's Complaint, Defendant denies each and every allegation contained in Paragraph 10D of the Complaint.

E.    In answering Paragraph 10E of Plaintiff's Complaint, Defendant denies each and every allegation contained in Paragraph 10E of the Complaint.

F.    In answering Paragraph 10F of Plaintiff's Complaint, Defendant denies each and every allegation contained in Paragraph 10F of the Complaint.

G.    In answering Paragraph 10G of Plaintiff's Complaint, Defendant denies each and every allegation contained in Paragraph 10G of the Complaint.

H.    In answering Paragraph 10H of Plaintiff's Complaint, Defendant denies each and every allegation contained in Paragraph 10H of the Complaint.

11.    In answering Paragraph 11 of Plaintiff's Complaint, Defendant denies each and every allegation contained in paragraph 11 of the Complaint.

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF (CASE NO.: C08-01105)                    1433871.1

**FIRST CAUSE OF ACTION:**
**DISCRIMINATION IN VIOLATION OF TITLE II**
**OF THE AMERICANS WITH DISABILITY ACT OF 1990**

12.    In answering Paragraph 12 of Plaintiff's Complaint, Defendant herein incorporates its answers to Paragraphs 1 through 11 of the Complaint.

13.    In answering Paragraph 13 of Plaintiff's Complaint, Defendant neither admits nor denies the allegations contained in Paragraph 13 on the basis that such allegations are legal conclusions to which no answer is required.  To the extent that an answer is required, Defendant admits the allegations contained in this paragraph only to the extent the language accurately sets forth particular statutes, regulations, administrative rules, and case authorities in their full and proper context.  To the extent that a further answer is required, Defendant admits that it is a public entity pursuant to the Bridge and Highway District Act, California Streets and Highways Code Section 27000, *et seq.*.  Except as so expressly admitted, Defendant denies each and every allegation contained in Paragraph 13 of the Complaint.

Defendant does not stipulate to the naming of Doe Defendants.

14.    In answering Paragraph 14 of Plaintiff's Complaint, Defendant neither admits nor denies the allegations contained in Paragraph 14 on the basis that such allegations are legal conclusions to which no answer is required.  To the extent that an answer is required, Defendant admits the allegations contained in this paragraph only to the extent the language accurately quotes particular statutes, regulations, administrative rules, and case authorities in their full and proper context.  Except as so expressly admitted, Defendant denies each and every allegation contained in Paragraph 14 of the Complaint.

Defendant does not stipulate to the naming of Doe Defendants.

15.    In answering Paragraph 15 of Plaintiff's Complaint, Defendant denies each and every allegation contained in Paragraph 15 of the Complaint.

16.    In answering Paragraph 16 of Plaintiff's Complaint, Defendant denies each and every allegation contained in Paragraph 16 of the Complaint.

- 4 -

17.    In answering Paragraph 17 of Plaintiff's Complaint, Defendant admits that Plaintiff seeks the remedies described in Paragraph 17 of Plaintiff's Complaint.  Except as so expressly admitted, Defendant denies each and every allegation contained in Paragraph 17 of the Complaint and denies that Plaintiff has suffered any damages or is entitled to any remedies or relief whatsoever.

18.    In answering Paragraph 18 of Plaintiff's Complaint, Defendant admits that Plaintiff seeks the remedies described in Paragraph 18 of Plaintiff's Complaint.  Except as so expressly admitted, Defendant denies each and every allegation contained in Paragraph 18 of the Complaint and denies that Plaintiff has suffered any damages or is entitled to any remedies or relief whatsoever.

<div align="center">

**SECOND CAUSE OF ACTION:**
**VIOLATION OF §504 OF THE REHABILITATION ACTION OF 1973**

</div>

19.    In answering Paragraph 19 of Plaintiff's Complaint, Defendant herein incorporates its answers to Paragraphs 1 through 18 of the Complaint.

20.    In answering Paragraph 20 of Plaintiff's Complaint, Defendant admits that it is a public entity pursuant to the Bridge and Highway District Act, California Streets and Highways Code Section 27000, *et seq.,* and that it operates ferry service between San Francisco and Marin counties.  Defendant further admits that it receives state, federal, and other funding for various capital improvement projects and operations.  Except as so expressly admitted, Defendant denies each and every allegation contained in Paragraph 20 of the Complaint.

21.    In answering Paragraph 21 of Plaintiff's Complaint, Defendant denies each and every allegation contained in Paragraph 21 of the Complaint.

22.    In answering Paragraph 22 of Plaintiff's Complaint, Defendant denies each and every allegation contained in Paragraph 22 of the Complaint.

23.    In answering Paragraph 23 of Plaintiff's Complaint, Defendant admits that Plaintiff seeks the remedies described in Paragraph 23 of Plaintiff's Complaint.  Except as so expressly admitted, Defendant denies each and every allegation contained in

- 5 -

1  Paragraph 23 of the Complaint and denies that Plaintiff has suffered any damages or is

2  entitled to any remedies or relief whatsoever.

3      24.    In answering Paragraph 24 of Plaintiff's Complaint, Defendant admits that

4  Plaintiff seeks the remedies described in Paragraph 24 of Plaintiff's Complaint.  Except

5  as so expressly admitted, Defendant denies each and every allegation contained in

6  Paragraph 24 of the Complaint and denies that Plaintiff has suffered any damages or is

7  entitled to any remedies or relief whatsoever.

8  <div align="center">**THIRD CAUSE OF ACTION:**
**VIOLATION OF CALIFORNIA GOVERNMENT CODE §11135**
9  **DISCRIMINATION UNDER PROGRAM RECEIVING**
**FINANCIAL ASSISTANCE FROM THE STATE**
10

11     25.    In answering Paragraph 25 of Plaintiff's Complaint, Defendant herein

12  incorporates its answers to Paragraphs 1 through 24 of the Complaint.

13     26.    In answering Paragraph 26 of Plaintiff's Complaint, Defendant admits that it

14  receives state, federal, and other funding for various capital improvement projects and

15  operations.  Except as so expressly admitted, Defendant denies each and every

16  allegation contained in Paragraph 26 of the Complaint.

17     27.    In answering Paragraph 27 of Plaintiff's Complaint, Defendant neither

18  admits nor denies the allegations contained in Paragraph 27 on the basis that such

19  allegations are legal conclusions to which no answer is required.  To the extent that an

20  answer is required, Defendant admits the allegations contained in this paragraph only to

21  the extent the language accurately quotes particular statutes, regulations, administrative

22  rules, and case authorities in their full and proper context.  Except as so expressly

23  admitted, Defendant denies each and every allegation contained in Paragraph 27 of the

24  Complaint.

25     28.    In answering Paragraph 28 of Plaintiff's Complaint, Defendant admits that

26  Plaintiff seeks the remedies described in Paragraph 28 of Plaintiff's Complaint.  Except

27  as so expressly admitted, Defendant denies each and every allegation contained in

28

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF (CASE NO.: C08-01105)                    1433871.1

1    Paragraph 24 of the Complaint and denies that Plaintiff has suffered any damages or is

2    entitled to any remedies or relief whatsoever.

3                            **FOURTH CAUSE OF ACTION:**
                **VIOLATION OF CALIFORNIA GOVERNMENT CODE §4450 *ET SEQ.***
4

5             29.    In answering Paragraph 29 of Plaintiff's Complaint, Defendant herein

6    incorporates its answers to Paragraphs 1 through 28 of the Complaint.

7             30.    In answering Paragraph 30 of Plaintiff's Complaint, Defendant neither

8    admits nor denies the allegations contained in Paragraph 30 on the basis that such

9    allegations are legal conclusions to which no answer is required, and the paragraph is

10   vague, ambiguous, and unintelligible.  To the extent that an answer is required,

11   Defendant denies each and every allegation contained in Paragraph 30 of the

12   Complaint.

13            31.    In answering Paragraph 31 of Plaintiff's Complaint, Defendant admits that

14   Plaintiff seeks the remedies described in Paragraph 31 of Plaintiff's Complaint.  Except

15   as so expressly admitted, Defendant denies each and every allegation contained in

16   Paragraph 31 of the Complaint and denies that Plaintiff has suffered any damages or is

17   entitled to any remedies or relief whatsoever.

18                            **FIFTH CAUSE OF ACTION:**
                **VIOLATION OF CALIFORNIA CIVIL CODE §§54 AND 54.1**
19

20            32.    In answering Paragraph 32 of Plaintiff's Complaint, Defendant herein

21   incorporates its answers to Paragraphs 1 through 31 of the Complaint.

22            33.    In answering Paragraph 33 of Plaintiff's Complaint, Defendant neither

23   admits nor denies the allegations contained in Paragraph 33 on the basis that such

24   allegations are legal conclusions to which no answer is required.  To the extent that an

25   answer is required, Defendant admits the allegations contained in this paragraph only to

26   the extent the language accurately sets forth particular statutes, regulations,

27   administrative rules, and case authorities in their full and proper context.  Except as so

28

expressly admitted, Defendant denies each and every allegation contained in Paragraph 33 of the Complaint.

34.     In answering Paragraph 34 of Plaintiff's Complaint, Defendant neither admits nor denies the allegations contained in Paragraph 34 on the basis that such allegations are legal conclusions to which no answer is required.  To the extent that an answer is required, Defendant admits the allegations contained in this paragraph only to the extent the language accurately quotes particular statutes, regulations, administrative rules, and case authorities in their full and proper context.  Except as so expressly admitted, Defendant denies each and every allegation contained in Paragraph 34 of the Complaint.

35.     In answering Paragraph 35 of Plaintiff's Complaint, Defendant neither admits nor denies the allegations contained in Paragraph 35 on the basis that such allegations are legal conclusions to which no answer is required.  To the extent that an answer is required, Defendant admits the allegations contained in this paragraph only to the extent the language accurately quotes particular statutes, regulations, administrative rules, and case authorities in their full and proper context.  Except as so expressly admitted, Defendant denies each and every allegation contained in Paragraph 35 of the Complaint.

36.     In answering Paragraph 36 of Plaintiff's Complaint, Defendant neither admits nor denies the allegations contained in Paragraph 36 on the basis that such allegations are legal conclusions to which no answer is required.  To the extent that an answer is required, Defendant admits the allegations contained in this paragraph only to the extent the language accurately sets forth particular statutes, regulations, administrative rules, and case authorities in their full and proper context.  Except as so expressly admitted, Defendant denies each and every allegation contained in Paragraph 36 of the Complaint.

37.     In answering Paragraph 37 of Plaintiff's Complaint, Defendant neither admits nor denies the allegations contained in Paragraph 37 on the basis that such

- 8 -

allegations are legal conclusions to which no answer is required. To the extent that an answer is required, Defendant admits the allegations contained in this paragraph only to the extent the language accurately sets forth particular statutes, regulations, administrative rules, and case authorities in their full and proper context. Except as so expressly admitted, Defendant denies each and every allegation contained in Paragraph 37 of the Complaint.

38.     In answering Paragraph 38 of Plaintiff's Complaint, Defendant denies each and every allegation contained in Paragraph 38 of the Complaint.

39.     In answering Paragraph 39 of Plaintiff's Complaint, Defendant admits that Plaintiff seeks the remedies described in Paragraph 39 of Plaintiff's Complaint. Except as so expressly admitted, Defendant denies each and every allegation contained in Paragraph 39 of the Complaint and denies that Plaintiff has suffered any damages or is entitled to any remedies or relief whatsoever.

## SEPARATE DEFENSES

Defendant hereby asserts the following defenses to Plaintiff's claims for relief:

## FIRST SEPARATE DEFENSE

Defendant alleges, on information and belief, that Plaintiff's claims, and each of them, are barred, in whole or in part, because the Complaint, and each purported cause of action therein, fails to state a claim upon which relief can be granted.

## SECOND SEPARATE DEFENSE

Defendant alleges, on information and belief, that Plaintiff lacks standing to assert a claim for denial of accessible features in violation of California Government Code Section 4450 *et seq.*, because there is no private right of action thereunder.

## THIRD SEPARATE DEFENSE

Defendant alleges, on information and belief, that Plaintiff's claims, and each of them, are barred, in whole or in part, by the applicable statute of limitations including, without limitation, California Code of Civil Procedure Sections 338, 342, and 343 and Government Code Section 945.6. Because the Americans with Disabilities Act does not

- 9 -

1  contain a specific statute of limitations, the most appropriate state statute of limitations

2  applies.  *See Schoenfield v. City of Carlsbad*, 978 F.Supp. 1329, 1332-33 (S.D. Cal.

3  1997) (citing *Wilson v. Garela*, 471 U.S. 261 (1985)).

4  **FOURTH SEPARATE DEFENSE**

5  Defendant alleges, on information and belief, that Plaintiff's claim, and each of

6  them, are barred in whole, or in part, because she has failed to make reasonable efforts

7  to mitigate damages, if any.  Defendant is entitled to have any sums to which Plaintiff is

8  entitled, if any, reduced by said amount as Plaintiff reasonably could have mitigated,

9  minimized, or avoided.

10  **FIFTH SEPARATE DEFENSE**

11  Defendant alleges, on information and belief, that Punitive damages cannot be

12  awarded against Defendant because it is a public entity.

13  **SIXTH SEPARATE DEFENSE**

14  Defendant alleges, on information and belief, that to the extent any employee or

15  agent of Defendant is shown to have acted outside the course of his or her duties,

16  Defendant may not be held liable for such acts.

17  **SEVENTH SEPARATE DEFENSE**

18  Defendant alleges, on information and belief, that it provides persons of all

19  abilities meaningful access to its programs and services.

20  **EIGHTH SEPARATE DEFENSE**

21  Defendant alleges, on information and belief, that the modifications and

22  alterations to Defendant's services requested by Plaintiff would fundamentally alter the

23  nature of the services.

24  **NINTH SEPARATE DEFENSE**

25  Defendant alleges, on information and belief, that the modifications and

26  alterations to Defendant's services requested by Plaintiff would cause an undue

27  hardship on Defendant and the passengers it serves.

28

**TENTH SEPARATE DEFENSE**

Defendant alleges, on information and belief, that the modifications and alterations to Defendant's services requested by Plaintiff would create a direct threat of harm to Defendant's passengers and employees.

**ELEVENTH SEPARATE DEFENSE**

Defendant alleges, on information and belief, that removal of the alleged architectural barriers is not readily achievable.

**TWELFTH SEPARATE DEFENSE**

Defendant alleges, on information and belief, that no federal or other regulatory body has adopted accessibility regulations with respect to the modifications and alterations to Defendant's services requested by Plaintiff.

**THIRTEENTH SEPARATE DEFENSE**

Defendant alleges, on information and belief, that Plaintiff's claims, and each of them, are barred, in whole or in part, because all actions taken with respect to Plaintiff were for legitimate, nondiscriminatory reasons.

**FOURTEENTH SEPARATE DEFENSE**

Defendant alleges, on information and belief, that the discriminatory conduct alleged by Plaintiff, if any, was not intentional.

**FIFTEENTH SEPARATE DEFENSE**

Defendant alleges, on information and belief, that all alleged conduct and activity of Defendant conformed to statutes, governmental regulations, and industry standards, if any, existing at the time alleged in the Complaint.

**SIXTEENTH SEPARATE DEFENSE**

Defendant alleges, on information and belief, that any and all injuries or damages claimed by Plaintiff were caused by risks of which Plaintiff was aware or reasonably should have been aware and which Plaintiff reasonably and voluntarily assumed.

**SEVENTEENTH SEPARATE DEFENSE**

Defendant alleges, on information and belief, that Plaintiff by her own conduct has

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF (CASE NO.: C08-01105)

1433871.1

1  waived any claims she may have against Defendant arising from the incidents asserted

2  in her Complaint.

3  **EIGHTEENTH SEPARATE DEFENSE**

4  Defendant alleges, on information and belief, that Plaintiff is estopped by her own

5  conduct from asserting any and all claims she may have against the Defendant arising

6  from the transactions and occurrences set forth in the Complaint.

7  **NINETEENTH SEPARATE DEFENSE**

8  Defendant alleges, on information and belief, that Plaintiff's claims are barred by

9  the equitable doctrine of unclean hands.

10  **TWENTIETH SEPARATE DEFENSE**

11  Defendant alleges, on information and belief, that Plaintiff's claims are barred by

12  the equitable doctrine of laches.

13  **TWENTY-FIRST SEPARATE DEFENSE**

14  Defendant alleges, on information and belief, that Plaintiff's claims are barred

15  because Defendant is immune to suit in this court pursuant to the Eleventh Amendment

16  of the Constitution of the United States.

17  **TWENTY-SECOND SEPARATE DEFENSE**

18  Because Plaintiff's Complaint is vague, ambiguous, and written in conclusory

19  terms, Defendant cannot fully anticipate all legal defenses that may be applicable to this

20  action.  Accordingly, Defendant reserves the right to assert additional legal defenses to

21  the extent such defenses are applicable.

22  WHEREFORE, Golden Gate Bridge, Highway and Transportation District prays

23  as follows:

24  1.    That Plaintiff take nothing by this action;

25  2.    That judgment be entered in Golden Gate Bridge, Highway and
          Transportation District's favor; and
26

27  ///

28  ///

- 12 -

1

2

      3.      That Golden Gate Bridge, Highway and Transportation District recover its costs and attorneys' fees in this proceeding.

3

DATED:  March 24, 2008                              HANSON BRIDGETT LLP

4

5

6
                                          By: _____ /s/ _____

KURT A. FRANKLIN

7
Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY,
AND TRANSPORTATION DISTRICT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF (CASE NO.: C08-01105)

1433871.1