UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HOLLYNN DELIL,

           Plaintiff(s),

    v.

GOLDEN GATE BRIDGE, HIGHWAY
AND TRANSPORTATION DISTRICT

           Defendant(s).

CASE NO. C 08-1105 MEJ

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference June 5, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Sidney J. Cohen | Plaintiff | (510) 893-6682 | sjc5143@aol.com |
| Kurt A. Franklin | Defendant | (415) 777-3200 | kfranklin@hansonbridgett.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 5/13/2008

                                                  Attorney for Plaintiff

Dated: 5/13/08

                                                  Attorney for Defendant

Rev 12.05 | When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."