UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOLLYNN DELIL,

        Plaintiff(s),

v.

GOLDENT GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT; AND DOES 1 THROUGH 20. Inclusive.
        Defendant(s).

No. C 08-01105

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 28, 008

_____
Signature

Counsel for  Defendant
(Plaintiff, Defendant or indicate "pro se")