IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL, | Case No. C-08-1105 MEJ |
| Plaintiff, | ORDER STAYING CASE MANAGEMENT CONFERENCE |
| vs. | |
| GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT; AND DOES ONE THROUGH 20, inclusive, | |
| Defendants. | |

The Court is in receipt of the parties joint case management statement, filed May, 28, 2008. In that statement the parties jointly requested that the Court delay setting deadlines and trial dates until after the ADR process. In light of the fact that both parties appear to be favorably disposed to a settled disposition of this case, the Court will not set deadlines at this time. The Court also stays the Case Management Conference set for June 5, 2008. Within 7 days after the completion of the ADR process, the parties shall file a status report indicating that the case has settled, or, in the event that the case has not settled, a joint case management statement in anticipation of proceeding to trial. A hard copy of this case management statement shall be delivered to the Court at 450 Golden Gate

Avenue, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: June 4, 2008

---
MARIA-ELENA JAMES
United States Magistrate Judge

2