1  SIDNEY J. COHEN PROFESSIONAL CORPORATION
   SIDNEY J. COHEN - 39023
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone:   (510) 893-6682

4  Attorneys for Plaintiff
5  HOLLYNN DELIL

6  HANSON BRIDGETT LLP
   KIMON MANOLIUS - 154971
7  kmanolius@hansonbridgett.com
   KURT A. FRANKLIN - 172715
8  kfranklin@hansonbridgett.com
   ADAM W. HOFMANN - 238476
9  ahofmann@hansonbridgett.com
   425 Market Street, 26th Floor
10 San Francisco, CA 94105
   Telephone:   (415) 777-3200
11 Facsimile:   (415) 541-9366

12 Attorneys for Defendant
   GOLDEN GATE BRIDGE, HIGHWAY AND
13 TRANSPORTATION DISTRICT

14                    **UNITED STATES DISTRICT COURT**

15                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16

17 | HOLLYNN DELIL,                          | No. C08-01105
18 |        Plaintiff,                       | **[PROPOSED] ORDER AND JOINT STIPULATION**
19 | v.                                      |
   |                                         | Judge:        Maria-Elena James
20 | GOLDEN GATE BRIDGE, HIGHWAY             | Action Filed: February 25, 2008
   | AND TRANSPORTATION DISTRICT;
21 | AND DOES 1 THOUGH 20, Inclusive,
22 |        Defendants.

23    During an Alternative Dispute Resolution telephone conference held on June 4,

24 2008 with Howard A. Herman, Director of ADR Programs, United States District Court,

25 Northern District of California, Plaintiff Hollyn Delil ("Delil") and Defendant Golden Gate

26 Bridge, Highway and Transportation District ("District") agreed to (1) participate in

27 mediation before mediator Howard A. Herman, and (2) if mediation before Mr. Herman

28
                                          - 1 -

1  fails, assignment to an early settlement conference before Magistrate Judge Elizabeth
2  Laporte. The parties agree to complete this process before December 31, 2008.
3      IT IS HEREBY STIPULATED by and between Hollyn Delil, through her attorney
4  of record Sidney J. Cohen, and Defendant Golden Gate Bridge, Highway and
5  Transportation District, through its attorney of record, Hanson, Bridgett LLP, that this
6  matter be assigned to mediation in accordance with the Local Rules for Alternative
7  Dispute Resolution in the United State District Court for the Northern District of
8  California, and if mediation fails, to an early settlement conference before Magistrate
9  Judge Elizabeth Laporte. The parties jointly move this Court for an order assigning
10 this matter to mediation before mediator Howard A. Herman, and if mediation is
11 unsuccessful to an early settlement conference before Magistrate Judge Elizabeth
12 Laporte. This shall take place by December 31, 2008, or as soon thereafter as the
13 schedules of Mr. Herman, and Magistrate Judge Laporte if necessary, permit.

DATED: June 6, 2008

SIDNEY J. COHEN PROFESSIONAL CORPORATION

BY: _____
SIDNEY J. COHEN
Attorneys for Plaintiff
HOLLYNN DELIL

DATED: June 6, 2008

HANSON, BRIDGETT LLP

By: _____
KIM MANOLIUS
KURT A. FRANKLIN
ADAM W. HOFMANN
Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY
AND TRANSPORTATION DISTRICT

///

///

-2-

[PROPOSED] ORDER AND JOINT STIPULATION
(CASE NO. C08-01105- MEJ)

1485087.1

1    IT IS HEREBY ORDERED that the parties are referred to mediation before
2  Howard A. Herman, Director of ADR Programs, United States District Court, Northern
3  District of California. If mediation is not successful, the parties shall immediately be
4  referred to an early settlement conference with Magistrate Judge Elizabeth Laporte.
5  This process shall be completed before December 31, 2008.

Dated: _____    _____
                          MAGISTRATE JUDGE MARIA-ELENA JAMES

- 3 -

[PROPOSED] ORDER AND JOINT STIPULATION
(CASE NO. C08-01105- MEJ)

1485087.1