```
SIDNEY J. COHEN PROFESSIONAL CORPORATION
SIDNEY J. COHEN - 39023
427 Grand Avenue
Oakland, CA 94610
Telephone:   (510) 893-6682

Attorneys for Plaintiff
HOLLYNN DELIL

HANSON BRIDGETT LLP
KIMON MANOLIUS - 154971
kmanolius@hansonbridgett.com
KURT A. FRANKLIN - 172715
kfranklin@hansonbridgett.com
ADAM W. HOFMANN - 238476
ahofmann@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY AND
TRANSPORTATION DISTRICT
```

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT; AND DOES 1 THOUGH 20, Inclusive,<br><br>　　　　Defendants. | No. C08-01105<br><br>[PROPOSED] ORDER AND JOINT STIPULATION<br><br>Judge:　　　　Maria-Elena James<br>Action Filed:　February 25, 2008 |

During an Alternative Dispute Resolution telephone conference held on June 4, 2008 with Howard A. Herman, Director of ADR Programs, United States District Court, Northern District of California, Plaintiff Hollyn Delil ("Delil") and Defendant Golden Gate Bridge, Highway and Transportation District ("District") agreed to (1) participate in mediation before mediator Howard A. Herman, and (2) if mediation before Mr. Herman

1  fails, assignment to an early settlement conference before Magistrate Judge Elizabeth
2  Laporte. The parties agree to complete this process before December 31, 2008.
3      IT IS HEREBY STIPULATED by and between Hollyn Delil, through her attorney
4  of record Sidney J. Cohen, and Defendant Golden Gate Bridge, Highway and
5  Transportation District, through its attorney of record, Hanson, Bridgett LLP, that this
6  matter be assigned to mediation in accordance with the Local Rules for Alternative
7  Dispute Resolution in the United State District Court for the Northern District of
8  California, and if mediation fails, to an early settlement conference before Magistrate
9  Judge Elizabeth Laporte. The parties jointly move this Court for an order assigning
10 this matter to mediation before mediator Howard A. Herman, and if mediation is
11 unsuccessful to an early settlement conference before Magistrate Judge Elizabeth
12 Laporte. This shall take place by December 31, 2008, or as soon thereafter as the
13 schedules of Mr. Herman, and Magistrate Judge Laporte if necessary, permit.

DATED: June 6, 2008

    SIDNEY J. COHEN PROFESSIONAL CORPORATION

    BY: _____
    SIDNEY J. COHEN
    Attorneys for Plaintiff
    HOLLYNN DELIL

DATED: June 6, 2008

    HANSON, BRIDGETT LLP

    By: _____
    KIM MANOLIUS
    KURT A. FRANKLIN
    ADAM W. HOFMANN
    Attorneys for Defendant
    GOLDEN GATE BRIDGE, HIGHWAY
    AND TRANSPORTATION DISTRICT

26  ///
27  ///

[PROPOSED] ORDER AND JOINT STIPULATION
(CASE NO. C08-01105- MEJ)

1485087.1

1   IT IS HEREBY ORDERED that the parties are referred to mediation before
2   Howard A. Herman, Director of ADR Programs, United States District Court, Northern
3   District of California. If mediation is not successful, the parties shall immediately be
4   referred to an early settlement conference with Magistrate Judge Elizabeth Laporte.
5   This process shall be completed before December 31, 2008.

Dated: June 25, 2008



MAGISTRATE JUDGE MARIA-ELENA JAMES

- 3 -

[PROPOSED] ORDER AND JOINT STIPULATION
(CASE NO. C08-01105- MEJ)

1485087.1