United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Delil,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Golden Gate Bridge Highway &<br><br>Transportation Distri,<br><br>　　　　　Defendant(s). | 08-01105 MEJ MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Howard A. Herman**
ADR Program Director
450 Golden Gate Avenue, 16h Floor
San Francisco, CA 94102
415-522-2027
Howard_Herman@cand.uscourts.gov

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01105 MEJ MED　　　　　　　　　　　- 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: June 26, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

Case 3:08-cv-01105-MEJ    Document 13    Filed 06/26/2008    Page 2 of 2

**Notice of Appointment of Mediator**
08-01105 MEJ MED                    - 2 -