SIDNEY J. COHEN PROFESSIONAL CORPORATION
SIDNEY J. COHEN - 39023
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
HOLLYNN DELIL

HANSON BRIDGETT LLP
KIMON MANOLIUS - 154971
kmanolius@hansonbridgett.com
KURT A. FRANKLIN - 172715
kfranklin@hansonbridgett.com
ADAM W. HOFMANN - 238476
ahofmann@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY AND
TRANSPORTATION DISTRICT

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT; AND DOES 1 THOUGH 20, Inclusive,<br><br>Defendants. | No. C08-01105<br><br>[PROPOSED] ORDER AND JOINT STIPULATION TO EXTEND TIME TO COMPLETE ADR<br><br>Judge: Maria-Elena James<br>Action Filed: February 25, 2008 |

Plaintiff HOLLYNN DELIL ("Delil") and Defendant GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT ("District") are working with mediator Howard A. Herman as part of the alternative dispute resolution process. Because of a family emergency, however, Ms. Delil's counsel had to cancel the mediation

- 1 -

[PROPOSED] ORDER AND JOINT STIPULATION
(CASE NO. C08-01105- MEJ)

1673998.1

1  scheduled for Monday, November 17, 2008. The parties are rescheduling the
2  mediation with Mr. Herman for January 2009. If the mediation before Mr. Herman
3  fails, the parties still request assignment to an early settlement conference before
4  Magistrate Elizabeth Laporte. The parties agree to complete this process before April
5  1, 2009.
6      IT IS HEREBY STIPULATED by and between HOLLYNN DELIL, through her
7  attorney of record Sidney J. Cohen, and Defendant GOLDEN GATE BRIDGE,
8  HIGHWAY AND TRANSPORTATION DISTRICT, through its attorney of record,
9  Hanson Bridgett LLP, that the parties will continue to work through mediation in
10 accordance with the Local Rules for Alternative Dispute Resolution in the United
11 States District Court for the Northern District of California, and if mediation fails, to an
12 early settlement conference before Magistrate Judge Elizabeth Laporte. The parties
13 jointly move this Court for an order extending the time to complete the ADR process
14 through April 1, 2009, or as soon thereafter as the schedules of Mr. Herman, and
15 Magistrate Judge Laporte if necessary, permit.

DATED: November 18, 2008

SIDNEY J. COHEN PROFESSIONAL CORPORATION

BY: _____
SIDNEY J. COHEN
Attorneys for Plaintiff
HOLLYNN DELIL

DATED: November 18, 2008

HANSON BRIDGETT LLP

By: _____
KIM MANOLIUS
KURT A. FRANKLIN
ADAM W. HOFMANN
Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT

[PROPOSED] ORDER AND JOINT STIPULATION
(CASE NO. C08-01105- MEJ)

1673998.1

1  IT IS HEREBY ORDERED that the parties should continue their mediation
2  efforts before Howard A. Herman, Director of ADR Programs, United States District
3  Court, Northern District of California. If mediation is not successful, the parties shall
4  immediately be referred to an early settlement conference with Magistrate Judge
5  Elizabeth Laporte. This process shall be completed before April 1, 2009.

Dated: November 19, 2009

_____
MAGISTRATE JUDGE MARIA-ELENA JAMES