UNITED STATES DISTRICT COURT

Northern District of California

HOLLYNN DELIL,

          Plaintiff(s),           No. C 08-01105 MEJ

   v.

GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT,           **ORDER RE: CASE STATUS**

          Defendant(s).
_____/

    Upon review of the docket in this case, the Court notes that there was a mediation hearing set for December 8, 2009, yet there is no indication as to whether the mediation went forward. Accordingly, the Court hereby ORDERS the parties to file a joint case status report by February 2, 2010.

    **IT IS SO ORDERED.**

Dated: January 20, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge