UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| HOLLYNN DELIL,<br><br>　　　　　　Plaintiff(s),<br>　v.<br>GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT,<br>　　　　　　Defendant(s).<br>_____/ | No. C 08-01105 MEJ<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' Joint Case Status Report, filed January 29, 2010. (Dkt. #22.) Good cause appearing, the Court hereby ORDERS the parties to appear for a Case Management Conference on March 11, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file an updated status report by March 4, 2010.

**IT IS SO ORDERED.**

Dated: February 2, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge