1  SIDNEY J. COHEN, Esq., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   HOLLYNN DELIL
5
   KURT A. FRANKLIN
6  ADAM HOFFMAN
   HANSON BRIDGET LLP
7  425 Market Street, 26th Floor
   San Francisco, CA 94105
8  Telephone: (415) 777-3200

9  Attorneys for Defendant
   GOLDEN GATE BRIDGE, HIGHWAY,
10 AND TRANSPORTATION DISTRICT

11

12                     UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14 HOLLYNN DELIL                        CASE NO.  C 08-1105 MEJ
                                        Civil Rights
15       Plaintiff,

   v.
16
   GOLDEN GATE BRIDGE, HIGHWAY,         STIPULATION AND ORDER
17 AND  TRANSPORTATION  DISTRICT;       (PROPOSED) TO CONTINUE
   and DOES 1 through 20, Inclusive,    PRETRIAL DEADLINES AND
18                                       TRIAL DATE
         Defendants.
19 _____/

20

21       Plaintiff Hollynn Delil and Defendant Golden Gate Bridge, Highway, And

22 Transportation District, by and through their counsel of record stipulate as follows:

23       1.      This Stipulation And Order (Proposed) To Continue Pretrial Deadlines And

24 Trial Dates is entered into between the parties with respect to the following presently

25 scheduled  pretrial deadlines and trial date:

26
   Stipulation And [Proposed] Order For
   Case Management Conference                      1

                                                                          2483663.1

| | | | |
|---|---|---|---|
| 1 | a. | September 10, 2010: | Expert Witness Disclosure. |
| 2 | b. | September 20, 2010: | Rebuttal Expert Witness Disclosure. |
| 3 | c. | October 5, 2010: | Completion Of All Discovery |
| 4 | d. | November 4, 2010: | Last Day To File, Serve, And Notice |
| 5 | | | Dispositive Motions |
| 6 | e. | December 9, 2010: | Last Date to Hear Dispositive Motions. |
| 7 | f. | February 9, 2011: | Last Day to Meet and Confer for Pretrial |
| 8 | | | Statement Preparation and Content, Etc. |
| 9 | g. | February 24, 2011: | Last Day to File Joint Pretrial Statement And |
| 10 | | | Documents Described In FRCP 26(a)(3), Etc. |
| 11 | | | Last Day To File In Limine Motions |
| 12 | h. | March 3, 2011: | Last Day To File Opposition To In Limine |
| 13 | i. | March 10, 2011: | Pretrial Conference |
| 14 | j. | March 11, 2011: | Last Day To File Trial Briefs, Joint Set Of |
| 15 | | | Required Voir Dire, Voir Dire Questions Not |
| 16 | | | Agreed Upon, Joint Set Of Additional Proposed |
| 17 | | | Jury Instructions, And Joint Proposed Verdict |
| 18 | | | Forms And Separate Verdict Forms |
| 19 | k. | April 7, 2011: | Final Pretrial Conference |
| 20 | l. | April 11, 2011 | Trial |

21    2.    The parties have engaged in settlement efforts over an extended period of time,

22    have attended multiple mediation sessions and a settlement conference (see Docket Nos. 10,

23    16, 18, and 20) and, with the continuing assistance of mediator Howard Herman, presently are

24    engaged in discussions and negotiations in an effort to reach agreement on the remaining

25    unresolved issues in the case with the objective of reaching a global settlement of the case.

26    Stipulation And [Proposed] Order For
       Case Management Conference                         2

2483663.1

1   The parties estimate that it will take between one to two months before they will be able to

2   complete the settlement process and know whether they will settle the case or proceed with the

3   pretrial and trial process.

4       3.    The pending deadlines in the case present a significant impediment to the

5   parties reaching agreement on a global settlement: On the one hand, without an extension of

6   time to conduct and complete discovery , the parties will be forced to conduct expensive

7   discovery concurrently with attempting to settle the case, which will significantly reduce the

8   prospects for a global settlement. On the other hand, given the present deadlines in the case, if

9   the parties do not engage in discovery concurrently with attempting to settle the case, they will

10   not have sufficient time to  conduct the discovery that the case warrants.

11       4.    Because it is in the best interest of the parties and the court process to complete

12   the settlement phase of the case prior to incurring the substantial expense of discovery while at

13   the same time providing each side sufficient time to conduct necessary discovery or meet

14   subsequent deadlines if the parties are not able to reach a global settlement, which will

15   maximize the prospects for a settlement, the parties submit that good cause exists to extend the

16   discovery deadlines and related follow on deadlines and dates.

17       NOW THEREFORE, it is hereby stipulated by and between plaintiff Hollynn Delil, by

18   and through her attorney Sidney J. Cohen, Esq. and defendant Golden Gate bridge, Highway,

19   and Transit District, by and through its attorney Kurt Franklin, that the presently scheduled

20   pretrial and trial dates as set forth in paragraph 1a through i. be continued to the following

21   dates:

22       a.    November 3, 2010:    Expert Witness Disclosure.

23       b.    November 15, 2010:    Rebuttal Expert Witness Disclosure.

24       c.    December 15, 2010:    Completion Of All Discovery

25       d.    January 14, 2011:    Last Day To File, Serve, And Notice

26   Stipulation And [Proposed] Order For
Case Management Conference        3

2483663.1

| | | | |
|---|---|---|---|
| 1 | | | Dispositive Motions |
| 2 | e. | February 17, 2011: | Last Date to Hear Dispositive Motions. |
| 3 | f. | April 7, 2011: | Last Day to Meet and Confer for Pretrial |
| 4 | | | Statement Preparation and Content, Etc. |
| 5 | g. | April 21, 2011: | Last Day to File Joint Pretrial Statement And |
| 6 | | | Documents Described In FRCP 26(a)(3), Etc., |
| 7 | | | And Last Day To File In Limine Motions |
| 8 | h. | April 28, 2011: | Last Day To File Opposition To In Limine |
| 9 | i. | May 5, 2011: | Pretrial Conference |
| 10 | j. | May 6, 2011: | Last Day To File Trial Briefs, Joint Set Of |
| 11 | | | Required Voir Dire, Voir Dire Questions Not |
| 12 | | | Agreed Upon, Joint Set Of Additional Proposed |
| 13 | | | Jury Instructions, And Joint Proposed Verdict |
| 14 | | | Forms And Separate Verdict Forms |
| 15 | k. | May 18, 2011 : | Final Pretrial Conference |
| 16 | /// | | |
| 17 | /// | | |
| 18 | /// | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | Stipulation And [Proposed] Order For Case Management Conference | 4 | |

2483663.1

1          l.     May 23, 2011     Trial

2          It is further stipulated that this Stipulation may be signed in counterparts and

3  that facsimile or electronically transmitted signatures of the Stipulation shall be as valid and

4  binding as original signatures.

5  Date:  7/27/10         SIDNEY J. COHEN
                                 PROFESSIONAL CORPORATION

6

7                               By
                                 Sidney J. Cohen

8                               Attorney for Plaintiff

9  Date:  7/27/10         HANSON BRIDGETT LLP

10

11                             By
                               Kurt A. Franklin  Adam W. Hofmann

12                               Attorney for Defendant

13

14                           **ORDER**

15      GOOD CAUSE APPEARING THEREFORE, it is ordered that the pretrial and trial

16  dates in this action are continued to the following dates:

17          a.     November 3, 2010:   Expert Witness Disclosure.

18          b.     November 15, 2010:  Rebuttal Expert Witness Disclosure.

19          c.     December 15, 2010:  Completion Of All Discovery

20          d.     January 14, 2011:   Last Day To File, Serve, And Notice

21                                    Dispositive Motions

22          e.     February 17, 2011:  Last Date to Hear Dispositive Motions.

23          f.     April 7, 2011:     Last Day to Meet and Confer for Pretrial Statement

24                                    Preparation and Content, Etc.

25          g.     April 21, 2011:    Last Day to File Joint Pretrial Statement And

26

2483663.1

| | | | |
|---|---|---|---|
| 1 | | | Documents Described In FRCP 26(a)(3), Etc., |
| 2 | | | And Last Day To File In Limine Motions |
| 3 | h. | April 28, 2011: | Last Day To File Opposition To In Limine |
| 4 | i. | May 5, 2011: | Pretrial Conference |
| 5 | j. | May 6, 2011: | Last Day To File Trial Briefs, Joint Set Of |
| 6 | | | Required Voir Dire, Voir Dire Questions Not |
| 7 | | | Agreed Upon, Joint Set Of Additional Proposed |
| 8 | | | Jury Instructions, And Joint Proposed Verdict Forms |
| 9 | | June 2, 2011 | And Separate Verdict Forms |
| 10 | k. | ~~May 18, 2011~~ : | Final Pretrial Conference |
| 11 | l. | ~~May 23, 2011~~ | Trial |
| 12 | | June 5, 2011 | |

13    **IT IS SO ORDERED.**

14    Date:  July 28, 2010

15    Maria Elena James
      United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

Stipulation And [Proposed] Order For
Case Management Conference                    6

2483663.1