1  SIDNEY J. COHEN, Esq., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   HOLLYNN DELIL
5
   KURT A. FRANKLIN
6  ADAM HOFFMAN
   HANSON BRIDGET LLP
7  425 Market Street, 26th Floor
   San Francisco, CA 94105
8  Telephone: (415) 777-3200

9  Attorneys for Defendant
   GOLDEN GATE BRIDGE, HIGHWAY,
10 AND TRANSPORTATION DISTRICT

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14 HOLLYNN DELIL                    CASE NO. C 08-1105 MEJ
                                    Civil Rights
15     Plaintiff,
   v.
16
   GOLDEN GATE BRIDGE, HIGHWAY,     STIPULATION AND ORDER
17 AND TRANSPORTATION DISTRICT;     (PROPOSED) TO CONTINUE
   and DOES 1 through 20, Inclusive, PRETRIAL DEADLINES AND
18                                  TRIAL DATE
       Defendants.
19 _____/

20

21     Plaintiff Hollynn Delil and Defendant Golden Gate Bridge, Highway, And

22 Transportation District, by and through their counsel of record stipulate as follows:

23     1.    This Stipulation And Order (Proposed) To Continue Pretrial Deadlines And

24 Trial Dates is entered into between the parties with respect to the following presently

25 scheduled pretrial deadlines and trial date:

26 Stipulation And [Proposed] Order For
   Case Management Conference                    1

2483663.1

| | | | |
|---|---|---|---|
| 1 | a. | September 10, 2010: | Expert Witness Disclosure. |
| 2 | b. | September 20, 2010: | Rebuttal Expert Witness Disclosure. |
| 3 | c. | October 5, 2010: | Completion Of All Discovery |
| 4 | d. | November 4, 2010: | Last Day To File, Serve, And Notice Dispositive Motions |
| 6 | e. | December 9, 2010: | Last Date to Hear Dispositive Motions. |
| 7 | f. | February 9, 2011: | Last Day to Meet and Confer for Pretrial Statement Preparation and Content, Etc. |
| 9 | g. | February 24, 2011: | Last Day to File Joint Pretrial Statement And Documents Described In FRCP 26(a)(3), Etc. Last Day To File In Limine Motions |
| 12 | h. | March 3, 2011: | Last Day To File Opposition To In Limine |
| 13 | i. | March 10, 2011: | Pretrial Conference |
| 14 | j. | March 11, 2011: | Last Day To File Trial Briefs, Joint Set Of Required Voir Dire, Voir Dire Questions Not Agreed Upon, Joint Set Of Additional Proposed Jury Instructions, And Joint Proposed Verdict Forms And Separate Verdict Forms |
| 19 | k. | April 7, 2011: | Final Pretrial Conference |
| 20 | l. | April 11, 2011 | Trial |

2.  The parties have engaged in settlement efforts over an extended period of time, have attended multiple mediation sessions and a settlement conference (see Docket Nos. 10, 16, 18, and 20) and, with the continuing assistance of mediator Howard Herman, presently are engaged in discussions and negotiations in an effort to reach agreement on the remaining unresolved issues in the case with the objective of reaching a global settlement of the case.

Stipulation And [Proposed] Order For
Case Management Conference                                2

2483663.1

07/27/2010  16:02    5108939450              SIDNEY J COHEN ESQ                     PAGE  03/07

1   The parties estimate that it will take between one to two months before they will be able to
2   complete the settlement process and know whether they will settle the case or proceed with the
3   pretrial and trial process.

4   3.   The pending deadlines in the case present a significant impediment to the
5   parties reaching agreement on a global settlement: On the one hand, without an extension of
6   time to conduct and complete discovery, the parties will be forced to conduct expensive
7   discovery concurrently with attempting to settle the case, which will significantly reduce the
8   prospects for a global settlement. On the other hand, given the present deadlines in the case, if
9   the parties do not engage in discovery concurrently with attempting to settle the case, they will
10  not have sufficient time to conduct the discovery that the case warrants.

11  4.   Because it is in the best interest of the parties and the court process to complete
12  the settlement phase of the case prior to incurring the substantial expense of discovery while at
13  the same time providing each side sufficient time to conduct necessary discovery or meet
14  subsequent deadlines if the parties are not able to reach a global settlement, which will
15  maximize the prospects for a settlement, the parties submit that good cause exists to extend the
16  discovery deadlines and related follow on deadlines and dates.

17  NOW THEREFORE, it is hereby stipulated by and between plaintiff Hollynn Delil, by
18  and through her attorney Sidney J. Cohen, Esq. and defendant Golden Gate bridge, Highway,
19  and Transit District, by and through its attorney Kurt Franklin, that the presently scheduled
20  pretrial and trial dates as set forth in paragraph 1a through i. be continued to the following
21  dates:

22  a.   November 3, 2010:     Expert Witness Disclosure.
23  b.   November 15, 2010:    Rebuttal Expert Witness Disclosure.
24  c.   December 15, 2010:    Completion Of All Discovery
25  d.   January 14, 2011:     Last Day To File, Serve, And Notice

26  Stipulation And [Proposed] Order For
    Case Management Conference                3

2483663.1

| | | | |
|---|---|---|---|
| 1 | | | Dispositive Motions |
| 2 | e. | February 17, 2011: | Last Date to Hear Dispositive Motions. |
| 3 | f. | April 7, 2011: | Last Day to Meet and Confer for Pretrial Statement Preparation and Content, Etc. |
| 5 | g. | April 21, 2011: | Last Day to File Joint Pretrial Statement And Documents Described In FRCP 26(a)(3), Etc., And Last Day To File In Limine Motions |
| 8 | h. | April 28, 2011: | Last Day To File Opposition To In Limine |
| 9 | i. | May 5, 2011: | Pretrial Conference |
| 10 | j. | May 6, 2011: | Last Day To File Trial Briefs, Joint Set Of Required Voir Dire, Voir Dire Questions Not Agreed Upon, Joint Set Of Additional Proposed Jury Instructions, And Joint Proposed Verdict Forms And Separate Verdict Forms |
| 15 | k. | May 18, 2011 : | Final Pretrial Conference |

16 ///

17 ///

18 ///

1  l.  May 23, 2011  Trial

2          It is further stipulated that this Stipulation may be signed in counterparts and
3  that facsimile or electronically transmitted signatures of the Stipulation shall be as valid and
4  binding as original signatures.

5  Date: 7/27/10

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

By _____
Sidney J. Cohen
Attorney for Plaintiff

9  Date: 7/27/10

HANSON BRIDGETT LLP

By _____
Kurt A. Franklin  Adam W. Hofmann
Attorney for Defendant

## ORDER

GOOD CAUSE APPEARING THEREFORE, it is ordered that the pretrial and trial dates in this action are continued to the following dates:

a.  November 3, 2010:  Expert Witness Disclosure.

b.  November 15, 2010:  Rebuttal Expert Witness Disclosure.

c.  December 15, 2010:  Completion Of All Discovery

d.  January 14, 2011:  Last Day To File, Serve, And Notice Dispositive Motions

e.  February 17, 2011:  Last Date to Hear Dispositive Motions.

f.  April 7, 2011:  Last Day to Meet and Confer for Pretrial Statement Preparation and Content, Etc.

g.  April 21, 2011:  Last Day to File Joint Pretrial Statement And

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | Documents Described In FRCP 26(a)(3), Etc., |
| 2 |   |   | And Last Day To File In Limine Motions |
| 3 | h. | April 28, 2011: | Last Day To File Opposition To In Limine |
| 4 | i. | May 5, 2011: | Pretrial Conference |
| 5 | j. | May 6, 2011: | Last Day To File Trial Briefs, Joint Set Of |
| 6 |   |   | Required Voir Dire, Voir Dire Questions Not |
| 7 |   |   | Agreed Upon, Joint Set Of Additional Proposed |
| 8 |   |   | Jury Instructions, And Joint Proposed Verdict Forms |
| 9 |   |   | And Separate Verdict Forms |
| 10 | k. | ~~May 18,~~ June 2, 2011: | Final Pretrial Conference |
| 11 | l. | ~~May 23,~~ June 6, 2011 | Trial |

**IT IS SO ORDERED.**

Date: August 9, 2010

_____
Maria Elena James
United States Magistrate Judge

Stipulation And [Proposed] Order For
Case Management Conference                             6

2483663.1

07/27/2010  16:02    5108939450    SIDNEY J COHEN ESQ    PAGE 06/01