UNITED STATES DISTRICT COURT

Northern District of California

HOLLYNN DELIL,

                Plaintiff(s),                No. C 08-1105 MEJ

  v.

GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT,

                Defendant(s).
_____/

**ORDER VACATING PRETRIAL AND TRIAL DATES**

On September 27, 2010, a Certification of ADR Session notice was filed in the above-captioned matter, informing the Court that the case has fully settled. (Dkt. #29.) Accordingly, the Court hereby VACATES all pretrial and trial dates in this matter. The parties shall file a joint stipulation for dismissal or request that the matter be placed back on calendar by November 30, 2010.

**IT IS SO ORDERED.**

Dated: September 29, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge