1
2   SIDNEY J. COHEN PROFESSIONAL CORPORATION
    SIDNEY J. COHEN - 39023
3   427 Grand Avenue
    Oakland, CA 94610
4   Telephone:   (510) 893-6682

5   Attorneys for Plaintiff
    HOLLYNN DELIL
6
    HANSON BRIDGETT LLP
7   KIMON MANOLIUS - 154971
    kmanolius@hansonbridgett.com
8   KURT A. FRANKLIN - 172715
    kfranklin@hansonbridgett.com
9   ADAM W. HOFMANN - 238476
    ahofmann@hansonbridgett.com
10  425 Market Street, 26th Floor
    San Francisco, CA 94105
11  Telephone:   (415) 777-3200
    Facsimile:   (415) 541-9366
12
    Attorneys for Defendant
13  GOLDEN GATE BRIDGE, HIGHWAY AND
    TRANSPORTATION DISTRICT
14
15              UNITED STATES DISTRICT COURT

16          FOR THE NORTHERN DISTRICT OF CALIFORNIA

17  | HOLLYNN DELIL, | No. C08-01105-MEJ |
    |---|---|
18  | Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND** ~~PROPOSED~~ **ORDER** |
19  | v. | |
20  | GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT; | [FED. R. CIV. P. 41(A)(1) and (2)] |
21  | AND DOES 1 THOUGH 20, Inclusive, | **Action Filed:**   February 25, 2008 **Trial Date:**   June 6, 2011 |
22  | Defendants. | |

23
24      Plaintiff Hollynn Delil and Defendant Golden Gate Bridge, Highway and

25  Transportation District, by and through their attorneys of record, file this Stipulation and

26  Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure sections

27  41(a)(1) and (2).

28      Plaintiff filed this lawsuit on February 25, 2008.

- 1 -

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND
PROPOSED ORDER (CASE NO. C08-01105- MEJ)                     2539179.2

1   Plaintiff and Defendant have entered into a "Settlement Agreement and Release"

2   which settles all aspects of the lawsuit against Defendant without admission by any

3   party of wrongdoing, liability, or fault. The Settlement Agreement and Release attached

4   hereto as Exhibit 1 states in part that "The Court shall retain jurisdiction to enforce this

5   Agreement and its Exhibit C."

6   Plaintiff and Defendant Stipulate to the Court retaining jurisdiction to enforce the

7   "Settlement Agreement and Release" and its Exhibit C.

8   Plaintiff moves to dismiss with prejudice the lawsuit against Defendant pursuant to

9   FRCP 41(a)(1) and (2). Each side shall pay its own attorneys' fees and costs except as

10   expressly set forth or otherwise provided for or permitted in the Settlement Agreement

11   and Release.

12   Defendant, who has answered the complaint, agrees to the dismissal with

13   prejudice.

14   The case is not a class action, and no receiver has been appointed.

15   This Stipulation and Order may be signed in counterparts, and facsimile or

16   electronically transmitted signatures shall be as valid and binding as original signatures.

17   Wherefore, Plaintiff and Defendant, by and through their attorneys of record, so

18   stipulate.

19   DATED: _Sept. 28_, 2010          SIDNEY J. COHEN PROFESSIONAL
                                        CORPORATION
20
21                                      BY: _____
22                                          SIDNEY J. COHEN
                                            Attorneys for Plaintiff
23                                          HOLLYNN DELIL

24   DATED: _September 29_, 2010      HANSON BRIDGETT LLP

25                                      BY: _____
                                            KIM MANOLIUS
26                                          KURT A. FRANKLIN
                                            ADAM W. HOFMANN
27                                          Attorneys for Defendant
                                            GOLDEN GATE BRIDGE, HIGHWAY
28                                          AND TRANSPORTATION DISTRICT

- 2 -

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND
PROPOSED ORDER (CASE NO. C08-01105-MEJ)                          2539179.2

1   PURSUANT TO STIPULATION, IT IS SO ORDERED,

2       The lawsuit against Defendant is dismissed with prejudice.  The Court shall retain

3   jurisdiction to enforce the parties' "Settlement Agreement and Release" and Exhibit C.

4   Each side shall pay its own attorneys' fees and costs except as expressly set forth or

5   otherwise provided for or permitted in the Settlement Agreement and Release.

6

7   DATED: _____September 30_____, 2010

8

9   BY: _____

    MAGISTRATE JUDGE MARIA-ELENA
10  JAMES

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND
PROPOSED ORDER (CASE NO. C08-01105- MEJ)                           2539179.2

**EXHIBIT 1**

## SETTLEMENT AGREEMENT AND RELEASE

THIS SETTLEMENT AGREEMENT AND RELEASE (the "Agreement") is entered
into by and between Hollynn Delil ("Plaintiff") and the Golden Gate Bridge, Highway and
Transportation District (the "Defendant" or "District").

### RECITALS

WHEREAS, on February 25, 2008, Plaintiff filed a complaint in the United States
District Court for the Northern District of California, San Francisco Division, entitled *Hollynn
Dellil, Plaintiff v. Golden Gate Bridge, Highway and Transportation District, and Does 1
through 20, inclusive, Defendants,* Case No. C 08 01105 MEJ (hereinafter the "Action").

WHEREAS, Plaintiff is a "person with a disability" who requires the use of a wheelchair
for locomotion. Plaintiff alleges in the Action that she is unable to use portions of public
facilities which are not accessible to disabled persons such as herself who require the use of a
wheelchair. Among other things, Plaintiff alleges that her claims in the Action involve the denial
of disabled access to her at the Larkspur Ferry Terminal, on the Ferries Mendocino and Del
Norte, and at the San Francisco Ferry Terminal. Plaintiff alleges that she was denied equal
protection of the law and was denied Civil Rights under both California law and federal law at
both terminals and aboard the ferries on grounds that the terminals and ferries were not
accessible to persons with disabilities such as herself who use wheelchairs as required by (1) the
"Public Services" provisions of Title II of the Americans with Disabilities Act (ADA Title II),
(2) section 504 of the Rehabilitation Act of 1973 (RA), 3) California Government Code Section
11135, (4) California Government Code section 4450 et. seq., California Health and Safety
Code section 199955ff, and/or California Civil Code's Disabled Persons Act, Sections 54 and
54.1, et seq., and (5) under other applicable laws and regulations, including the California
Building Code (CBC), and the Americans with Disabilities Act Administrative Guidelines

- 1 -

2558490.1

*SC*

(ADAAG).  In response to Defendant's assertion that it has provided Plaintiff "meaningful access," Plaintiff also alleges that Defendant has not provided her meaningful access to its terminals, ferries and related facilities which are the subject of the Action.  Plaintiff alleges entitlement to injunctive relief, damages, and attorney's fees, litigation expenses, and costs pursuant to, among others, section 308(a) of the ADA, section 505 of the RA, section 1021.5 of the California Code of Civil Procedure, and section 54.3 and 55 of the California Civil Code.

WHEREAS, the District denies any wrongdoing and each of Plaintiff's allegations and contentions of law, including allegations related to her claimed denial of meaningful access to the District's services, ferries, and related facilities.

WHEREAS, the District further denies that Plaintiff has standing to enforce any disability-access claim related to its ferry service.

WHEREAS, the District affirmatively asserts that it provides wheelchair users and other persons with disabilities, including Plaintiff, meaningful access to its services and further asserts that its transportation services and facilities meet applicable access guidelines required by the Department of Transportation and the Department of Justice, and that it has long had in place required self-evaluation and transition plans.  Moreover, before Plaintiff's Action, the District asserts that its plans included the changes identified in Exhibit A and Exhibit C, and that many of these items are already completed.

WHEREAS, Plaintiff denies each of the District's assertions and statements.

WHEREAS, as a way to avoid further litigation and uncertainty, Plaintiff and the District's Executive Team wish to settle this matter as per the terms included in this Settlement Agreement.

WHEREAS, final approval for the Defendant rests with the District's Board of Directors, and the settlement shall be binding on the Defendant District only if it is approved by the Board of Directors.

- 2 -

2558490.1          SC

WHEREAS, the District's Executive Team will recommend that the Board of Directors approve this Agreement, and will seek that approval expeditiously at the first available Board of Directors meeting.

## WITNESSETH

IT IS THEREFORE AGREED by and among the parties hereto as follows:

1.    **Dismissal with Prejudice.** Within 15 days of receipt by Plaintiff's counsel of this Agreement executed by all parties and notice from the District's attorney of approval of the Agreement by the District's Board of Directors, Plaintiff shall deliver to District's attorney of record an executed Stipulation of Dismissal with Prejudice ("Dismissal"), a copy of which is attached hereto as Exhibit B. District shall e-file the stipulation within 5 days of receipt of the stipulation executed by Plaintiff's counsel.

2.    **Settlement Compensation.** Upon approval by the District's Board of Directors of this Agreement, full execution of this Agreement, and filing of the executed Dismissal with Prejudice, and the Court's order dismissing the Action with Prejudice, District shall pay to Plaintiff the total sum of $125,000.00 in full and final settlement of Plaintiff's claims for all alleged damages, including physical injury, and in full and final payment for all of Plaintiff's attorney's fees, litigation expenses, and costs, provided, however, that the foregoing payment for attorney's fees, litigation expenses, and costs does not include the amounts, if any, to which Plaintiff may become entitled for enforcement of this Agreement. Said payment shall be made by check, payable to Plaintiff's attorney of record, "Sidney J. Cohen Professional Corporation, in trust for Hollynn Delil," and shall be mailed or delivered to 427 Grand Avenue, Oakland, California 94610 no later then 10 business days of the District's Board of Directors approving the settlement and the District receiving the fully executed Agreement and Dismissal.

3.    **Equitable Relief.** The District shall perform the work set forth in Exhibit C, in the time set forth in Exhibit C.

- 3 -

5

Exhibit C references the "Item," the "Element," and the alleged "Barrier," components in Plaintiff's "Survey, Report & Recommendations" prepared by Plaintiff's consultant Peter Margen, dated July 9, 2008 and September 5, 2008, respectively (collectively, the "Margen Report"). The Margen Report is included in Exhibit C exclusively to identify by reference the specific "Item Numbers," locations, and alleged barriers in the Margen Report, that the District disputes, but will address through the work described in Exhibit C. Plaintiff understands that the District disputes liability and the contents of the Margen Report, and agrees only to perform the work described in Exhibit C. There is no agreement that the District will perform the work described in the Margen Report except as expressly set forth in Exhibit C or that the Margen Report may be used as evidence of the work the District must perform or the standard the District must meet to satisfy any legal obligations.

The District shall provide Plaintiff written notice upon completion of work items identified in Exhibit C. If Plaintiff objects to any work performed or not performed by the District pursuant to this Agreement, she must do so by written service of notice within 60 days of the District's service of a written notice of completion on Plaintiff. Plaintiff's objections shall be sufficiently detailed to allow the District to understand Plaintiff's concerns. If the District determines to perform further work, it shall so notify the Plaintiff in writing within 30 days of service of the Plaintiff's written objections.

If the parties do not agree on whether the District will or will not perform the further work requested by Plaintiff, they shall meet and confer in person within 120 days of Plaintiff's objection in an effort to resolve their differences. If the parties are still unable to resolve their differences, the parties shall jointly consult with the District's Advisory Committee on Accessibility (or its member appointees) with respect to Plaintiff's objections and whether or not the District should agree to perform further work as requested by Plaintiff. If within 150 days of Plaintiff's objections the parties have still been unable to resolve their differences, then pursuant

- 4 -

5C

to Paragraph 4, Plaintiff may seek the Court's assistance to enforce this Agreement. Notwithstanding any other provision of this agreement, the Parties agree that Plaintiff expressly reserves any right she has under applicable law to seek attorneys' fees and litigation costs in the event that Plaintiff seeks and obtains the Court's assistance to enforce this Agreement after completing the dispute resolution procedures as described above, and the Parties agree that the District expressly reserves any right it has to oppose Plaintiff's request for such fees, litigation expenses, and costs

4.   **Court Retention of Jurisdiction.** The Court shall retain jurisdiction to enforce this Agreement and its Exhibit C, and this Agreement and Exhibit C shall be an exhibit to the dismissal with prejudice.

5.   **Release of All Claims.**  Except for all the obligations of the District contained in this Agreement and Exhibit C, in consideration of said payment hereunder and the provisions, terms, covenants and promises contained in this Agreement and its Exhibit C, Plaintiff, on behalf of herself, her heirs, executors, successors and assigns, hereby fully, finally and forever releases, acquits and discharges District, and each of its successors, assigns, officers, directors, agents, representatives, employees, attorneys, indemnitors, and insurers, and each of them, of and from any and all claims, claims for money, demands, actions, causes of action, liabilities, obligations, damages of any kind whatsoever (including, but not limited to those for monies, monetary or pecuniary damages, pecuniary loss, physical injuries, personal injuries, emotional or mental distress), equitable relief of any kind whatsoever, and attorneys' fees, costs or expenses of any kind whatsoever, whether known or unknown, arising from any cause whatsoever, including, but not limited to those referred to, connected with or arising from causes of action, matters, events, occurrences, failures to act and omissions which were or could have been alleged in the Action. It is the intent of the parties that the Agreement and this release will be broadly construed for the

- 5 -

purpose of carrying out the intentions of the parties. The terms and conditions of the Agreement shall survive the foregoing release.

6. **Civil Code Section 1542 Release.** Plaintiff acknowledges and agrees that she is aware of and understands the provisions of Code of Civil Procedure Section 1542 quoted below and freely, voluntarily and knowingly waives the benefits of said section which provides:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

7. **Attorneys' Fees.** Plaintiff agrees not to make a separate claim for attorneys fees, litigation expenses or costs incurred to the date of execution of this Agreement in connection with the Action as such claims are already incorporated into the Settlement Compensation paid to Plaintiff under Paragraph 2 of the Agreement, and precluded by Paragraph 5 of the Agreement.

8. **No Admission - Compromise.** It is understood that the Agreement does not constitute an admission by the parties of any liability but is in compromise of disputed claims, and the Agreement shall not be admissible in any action or proceeding of any kind whatsoever as an admission or concession of liability or fault.

9. **Representation and Warranty.** Plaintiff represents and warrants that she has not sold, assigned, conveyed or otherwise transferred, prior to the date of the Agreement, any interest in any claim or demand which she had or now has or may claim to have which is released hereunder, and hereby agrees that she shall not ever sell, assign, convey or otherwise transfer any such claim or demand.

Plaintiff agrees to cooperate with the District (and each of its successors, assigns, officers, directors, agents, represenatives, employees, attorneys, indemnitors, and insurers, and each of them) in any action or claim against the District involving any and all liens, subrogation

- 6 -

claims and other rights that are asserted by any person against the amount paid in settlement of the Action or against any recovery by the Plaintiff in the Action.

10.    **Defense to Other Proceeding.** This Agreement may be pled as a full-and-complete defense to, and may be used as the basis for an injunction against, any action, suit, or other proceeding which may be instituted or attempted in breach of this Agreement.

11.    **Advice of Counsel.** The parties hereto, and each of them, represent and warrant that they have been fully advised by their respective attorneys concerning their rights and have further been advised by their attorneys as to the terms and effect of the Agreement and/or the Dismissal with Prejudice.

12.    **Voluntary.** It is expressly understood and agreed that the Agreement has been freely and voluntarily entered into by the parties, and each of them, that no representations or promises of any kind other than as contained in the Agreement have been made by any party to induce any other party to enter into the Agreement (including, without limitation, any representations or promises concerning any tax ramifications of this Agreement, as to which each party relies solely upon the advice (if any) of her or its own counsel and/or accountant), that the Agreement constitutes the entire understanding of the parties with respect to the settlement, and that the Agreement may not be altered, amended, modified or otherwise changed except by a writing executed by each of the parties hereto.

13.    **Cooperation and Further Documentation.** Each party hereto agrees to execute and deliver any and all documents and to take any and all actions necessary or appropriate to consummate the Agreement and to carry out its terms and provisions.

14.    **Inure to Benefit of Successors, Heirs and Assigns.** The Agreement shall be binding on and inure to the benefit of the successors, heirs and assigns of the respective parties hereto.

- 7 -

2558490.1

5C

15.   **Entire Agreement**. The Agreement contains the entire written agreement between the parties and shall be effective upon the last date of execution. The terms of the Agreement are contractual and not a mere recital; any representations or promises not specifically detailed in this document will not be valid or binding on the parties to this Agreement. Any modification to the terms of this Agreement must be made in writing and signed by all parties to this Agreement.

16.   **Applicable Law**. The Agreement shall be construed in accordance with the substantive laws of the United States of America and the State of California.

17.   **Ambiguities**. Plaintiff and the District have both reviewed the Agreement and have been given full opportunity to participate in choosing the language to be used herein. The parties further acknowledge that they have been given the opportunity to discuss the contract language with their respective attorneys, and have bargained concerning the same. The language in this Agreement shall be interpreted as to its fair meaning and not strictly construed for or against any party.

18.   **Saving Clause**. If any provision or term of this Agreement or its application to any person or entity or circumstance shall be held by a court to be invalid or unenforceable, the remainder of this Agreement or the application of such provision to persons, entities or circumstances other than those to which it is held invalid or enforceable shall not be affected and each provision of this Agreement shall be enforced to the fullest extent permitted by law.

19.   **Counterparts and Facsimile or Electronically Transmitted Signatures**. The Agreement may be executed in counterpart and fully executed agreements by counterparts shall serve as if one document had been executed in full by all parties hereto, and facsimile or electronically transmitted signatures shall be valid and of the same force and effect as original signatures.

2558490.1

SC

PLEASE READ CAREFULLY.   THIS SETTLEMENT AGREEMENT
INCLUDES A RELEASE OF ALL KNOWN OR UNKNOWN CLAIMS.

Dated: September 14, 2010

HOLLYNN DELIL

Dated: September 24, 2010

GOLDEN GATE BRIDGE, HIGHWAY &
TRANSPORTATION DISTRICT

By: _____
    DENIS MULLIGAN
    General Manager

APPROVED AS TO FORM:

HANSON BRIDGETT, LLP

By: _____
    KURT A. FRANKLIN
    Attorneys for Defendant
    GOLDEN GATE BRIDGE, HIGHWAY &
    TRANSPORTATION DISTRICT

SIDNEY J. COHEN PROFESSIONAL
CORPORATION

By: _____
    SIDNEY J. COHEN
    Attorney for Plaintiff
    HOLLYNN DELIL

- 9 -

2558490.1

## Exhibit A

**COMPLETED FACILITY MODIFICATIONS, LARKSPUR FERRY TERMINAL PARKING LOT AND EXTERIOR, PUBLIC AREAS**

- **1.1** Increased designated accessible parking spots
- **1.2** Increased designated accessible van parking spots
- **1.3-1.4** Improved accessible path of travel from accessible lot
- **1.5** Posted "tow away" sign in accessible lot
- **1.6** Added "no parking" striping in accessible lot
- **1.7-1.17** Reduced accessible parking space surface slopes
- **1.18** Removed built-up curb ramp in access aisle
- **1.19-1.27** Reduced accessible parking space surface slopes
- **1.28** Posted ICA sign at parking #14
- **1.29-1.31** Reduced accessible parking space surface slopes
- **2.1** Provided accessible route from north walkway
- **2.2** Improved condition of north walkway
- **2.3** Trimmed tree impeding north walkway
- **2.4** Prohibited cars from southern walkway
- **2.5** Removed inaccessible crosswalk from southern walkway
- **2.6** Installed lower bar on "no ped xing" sign
- **2.7** Provided directional signing to direct pedestrians to north walkway
- **2.8** Removed portion southern walkway
- **2.9** Removed portion of southern walkway
- **2.10-2.11** Replaced portion of southern walkway
- **2.12** Ensured 48" walkway not impeded by fire hydrant
- **2.13** Renovated employee parking driveway to maintain level path
- **2.14** Crosswalk from east walkway removed
- **2.15-2.19** Crosswalk has been eliminated
- **2.20** Closed walkway
- **2.21-2.23** Repaved portions of northeast walkway and crosswalk
- **3.1-3.4** Replaced curb ramp
- **3.5-3.10** Replaced curb ramp
- **3.11-3.14** Replaced curb ramp
- **3.15-3.20** Replaced curb ramp
- **3.21** Curb E accessible route Crosswalk removed
- **3.22** Curb F accessible route Crosswalk removed
- **3.25-3.26** Provided directional signing for accessible route to terminal
- **3.27-3.30** Replaced curb ramp
- **3.31-3.33** Curb ramp removed, curb and roadway now flush
- **3.34-3.37** Replaced curb ramp
- **3.38-3.41** Replaced curb ramp
- **3.42** Curb N accessible route Crosswalk removed
- **3.43** Curb P accessible route Crosswalk removed

**<u>Exhibit A</u>**

**COMPLETED FACILITY MODIFICATIONS, LARKSPUR FERRY TERMINAL PARKING LOT AND EXTERIOR, PUBLIC AREAS**

- 1.1 Increased designated accessible parking spots
- 1.2 Increased designated accessible van parking spots
- 1.3-1.4 Improved accessible path of travel from accessible lot
- 1.5 Posted "tow away" sign in accessible lot
- 1.6 Added "no parking" striping in accessible lot
- 1.7-1.17 Reduced accessible parking space surface slopes
- 1.18 Removed built-up curb ramp in access aisle
- 1.19-1.27 Reduced accessible parking space surface slopes
- 1.28 Posted ICA sign at parking #14
- 1.29-1.31 Reduced accessible parking space surface slopes
- 2.1 Provided accessible route from north walkway
- 2.2 Improved condition of north walkway
- 2.3 Trimmed tree impeding north walkway
- 2.4 Prohibited cars from southern walkway
- 2.5 Removed inaccessible crosswalk from southern walkway
- 2.6 Installed lower bar on "no ped xing" sign
- 2.7 Provided directional signing to direct pedestrians to north walkway
- 2.8 Removed portion southern walkway
- 2.9 Removed portion of southern walkway
- 2.10-2.11 Replaced portion of southern walkway
- 2.12 Ensured 48" walkway not impeded by fire hydrant
- 2.13 Renovated employee parking driveway to maintain level path
- 2.14 Crosswalk from east walkway removed
- 2.15-2.19 Crosswalk has been eliminated
- 2.20 Closed walkway
- 2.21-2.23 Repaved portions of northeast walkway and crosswalk
- 3.1-3.4 Replaced curb ramp
- 3.5-3.10 Replaced curb ramp
- 3.11-3.14 Replaced curb ramp
- 3.15-3.20 Replaced curb ramp
- 3.21 Curb E accessible route Crosswalk removed
- 3.22 Curb F accessible route Crosswalk removed
- 3.25-3.26 Provided directional signing for accessible route to terminal
- 3.27-3.30 Replaced curb ramp
- 3.31-3.33 Curb ramp removed, curb and roadway now flush
- 3.34-3.37 Replaced curb ramp
- 3.38-3.41 Replaced curb ramp
- 3.42 Curb N accessible route Crosswalk removed
- 3.43 Curb P accessible route Crosswalk removed

1  SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  SIDNEY J. COHEN - 39023
   427 Grand Avenue
3  Oakland, CA 94610
4  Telephone:   (510) 893-6682

5  Attorneys for Plaintiff
   HOLLYNN DELIL
6
   HANSON BRIDGETT LLP
7  KIMON MANOLIUS - 154971
   kmanolius@hansonbridgett.com
8  KURT A. FRANKLIN - 172715
   kfranklin@hansonbridgett.com
9  ADAM W. HOFMANN - 238476
   ahofmann@hansonbridgett.com
10 425 Market Street, 26th Floor
   San Francisco, CA 94105
11 Telephone:   (415) 777-3200
   Facsimile:   (415) 541-9366
12
   Attorneys for Defendant
13 GOLDEN GATE BRIDGE, HIGHWAY AND
   TRANSPORTATION DISTRICT

14                **UNITED STATES DISTRICT COURT**

15          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16

17 | HOLLYNN DELIL,                          | No. C08-01105-MEJ |
18 |                  Plaintiff,             | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND PROPOSED ORDER** |
19 |        v.                               | |
20 | GOLDEN GATE BRIDGE, HIGHWAY             | [FED. R. CIV. P. 41(A)(1) and (2)] |
   | AND TRANSPORTATION DISTRICT;            | |
21 | AND DOES 1 THOUGH 20, Inclusive,        | **Action Filed:**   February 25, 2008 |
   |                                         | **Trial Date:**      June 6, 2011 |
22 |                  Defendants.            | |

23

24        Plaintiff Hollynn Delil and Defendant Golden Gate Bridge, Highway and

25 Transportation District, by and through their attorneys of record, file this Stipulation and

26 Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure sections

27 41(a)(1) and (2).

28        Plaintiff filed this lawsuit on February 25, 2008.
                                 - 1 -

1    Plaintiff and Defendant have entered into a "Settlement Agreement and Release"

2  which settles all aspects of the lawsuit against Defendant without admission by any

3  party of wrongdoing, liability, or fault.  The Settlement Agreement and Release attached

4  hereto as Exhibit 1 states in part that "The Court shall retain jurisdiction to enforce this

5  Agreement and its Exhibit C."

6    Plaintiff and Defendant Stipulate to the Court retaining jurisdiction to enforce the

7  "Settlement Agreement and Release" and its Exhibit C.

8    Plaintiff moves to dismiss with prejudice the lawsuit against Defendant pursuant to

9  FRCP 41(a)(1) and (2).  Each side shall pay its own attorneys' fees and costs except as

10 expressly set forth or otherwise provided for or permitted in the Settlement Agreement

11 and Release.

12    Defendant, who has answered the complaint, agrees to the dismissal with

13 prejudice.

14    The case is not a class action, and no receiver has been appointed.

15    This Stipulation and Order may be signed in counterparts, and facsimile or

16 electronically transmitted signatures shall be as valid and binding as original signatures.

17 Wherefore, Plaintiff and Defendant, by and through their attorneys of record, so

18 stipulate.

19 DATED: _____, 2010          SIDNEY J. COHEN PROFESSIONAL
20                                     CORPORATION

21                                     BY:_____
22                                        SIDNEY J. COHEN
                                          Attorneys for Plaintiff
23                                        HOLLYNN DELIL

24 DATED: _____, 2010          HANSON BRIDGETT LLP

25                                     BY:_____
                                          KIM MANOLIUS
26                                        KURT A. FRANKLIN
                                          ADAM W. HOFMANN
27                                        Attorneys for Defendant
                                          GOLDEN GATE BRIDGE, HIGHWAY
28                                        AND TRANSPORTATION DISTRICT

- 2 -

1   PURSUANT TO STIPULATION, IT IS SO ORDERED,

2       The lawsuit against Defendant is dismissed with prejudice.  The Court shall retain

3   jurisdiction to enforce the parties' "Settlement Agreement and Release" and Exhibit C.

4   Each side shall pay its own attorneys' fees and costs except as expressly set forth or

5   otherwise provided for or permitted in the Settlement Agreement and Release.

6

7   DATED: _____, 2010

8

9                                       BY:_____
                                          MAGISTRATE JUDGE MARIA-ELENA
10                                         JAMES

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                       - 3 -

## **Exhibit C**

**FACILITY CHANGES ALREADY BEGUN AND PLANNED TO BE COMPLETED BY JANUARY 2011**

I.     **Larkspur Ferry Terminal Parking Area (from Peter Margen's 7/16/10 report)**

- **1**         Remove anchor bolts on accessible side of picnic table, and bevel support plate to less than 1/2" in height
- **6**         Install 36" deep detectable warning strip along complete flush transition

II.    **Larkspur Ferry Terminal Paid Area**

- **4.4-4.6**   Remove payphones
- **4.7**       Install intermediate hand-rails on stairs
- **4.8-4.10**  Replace ramps to provide accessible slopes
- **4.12**      Lengthen top landing on ramp
- **4.13**      Replace with automatic doors
- **4.14**      Post ISA signs at entrances
- **4.15**      Add wing walls to drinking fountains
- **4.16-4.18** Install sign near gangway approach advising that assistance is available for accessing the vessel via the gangway
- **4.19**      Add handrails to fixed exit ramp
- **4.21**      Install kickplates on emergency exits
- **4.22-4.24** Install sign near gangway approach advising that assistance is available for accessing the vessel via the gangway
- **4.25**      Add handrails to fixed exit ramp
- **4.27**      Install kickplates on emergency exits
- **4.29**      Add handrails to fixed exit ramp
- **4.31**      Install kickplates on emergency exits

III.   **Larkspur Ferry Terminal Women's Restroom**

- **5.1-5.13**  Completely new, accessible restroom being constructed

IV.    **Larkspur Ferry Terminal Men's Restroom**

- **5.14-5.27** Completely new, accessible restroom being constructed

V.     **San Francisco Ferry Terminal Larkspur Side**

- **6.1**       Provide lower ticket slot
- **6.2**       Remove payphone
- **6.3**       Add kickplate to push-side of pedestrian gate
- **6.4**       Provide accessible pedestrian gate hardware
- **6.5**       Adjust door closers for max 5lbs pressure
- **6.6**       Post ISA signs at entrances

VI.   **San Francisco Ferry Terminal Sausalito Side**

- **6.7**      Provide lower ticket slot
- **6.8**      Add kickplate to push-side of pedestrian gate
- **6.9**      Provide accessible pedestrian gate hardware
- **6.10**    Adjust door closers for max 5lbs pressure
- **6.11**    Post ISA signs at entrances

VII.   **San Francisco Ferry Terminal Gangways**

- **7.1-7.8**    Install sign near gangway approach advising that assistance is available for accessing the vessel via the gangway

VIII.   **San Francisco Ferry Terminal, Larkspur Side Women's Restroom**

- **8.1**      Replace with power door
- **8.2**      Provide 44" path of travel to accessible stall
- **8.3**      Provide pipe rails on drinking fountains
- **8.4**      Lower lavatory to 34"
- **8.5**      Provide 60" stall
- **8.6**      Increase depth of stall for access
- **8.7**      Provide 2" toilet lift seat
- **8.8**      Lower soap dispenser to 40"
- **8.9**      Lower coat hook to 48"

IX.   **San Francisco Ferry Terminal, Larkspur Side Men's Restroom**

- **8.10**    Replace with power door
- **8.11**    Provide 44" path of travel to accessible stall
- **8.12**    Provide pipe rails on drinking fountains
- **8.13**    Lower lavatory to 34"
- **8.14**    Provide 60" stall
- **8.15**    Increase depth of stall for access
- **8.16**    Lower grab bar to 33"
- **8.17**    Repair stall door self-closer
- **8.18**    Lower soap dispenser to 40"
- **8.19**    Lower coat hook to 48"

X.   **San Francisco Ferry Terminal, Sausalito Side Women's Restroom**

- **8.20**    Replace with power door
- **8.21**    Provide pipe rails on drinking fountains
- **8.22**    Provide 44" path of travel to accessible stall
- **8.23**    Increase depth of stall for access
- **8.24**    Provide 60" stall
- **8.25**    Increase depth of stall for access
- **8.26**    Lower grab bar to 33"
- **8.27**    Lower soap dispenser to 40"
- **8.28**    Lower coat hook to 48"

XI.   **San Francisco Ferry Terminal, Sausalito Side Men's Restroom**

- **8.29**   Replace with power door
- **8.30**   Provide 44" path of travel to accessible stall
- **8.31**   Provide pipe rails on drinking fountains
- **8.32**   Provide 60" stall
- **8.33**   Increase depth of stall for access
- **8.34**   Lower grab bar to 33"
- **8.35**   Replace stall door self-closer
- **8.36**   Lower soap dispenser to 40"
- **8.37**   Lower coat hook to 48"

**EQUITABLE CHANGES THE DISTRICT AGREES TO ACCOMPLISH WITHIN 60 DAYS OF SETTLEMENT EXECUTION**

XII.   **M.V. Del Norte**

- **9.7**    Adjust Del Norte restroom door closers for max 5lbs pressure
- **9.10**   Insulate hot water pipes in Del Norte lavatory

XIII.   **M.V. Mendocino**

- **10.4**       Install barricade rail under stairway on Mendocino, provided feasible without losing bicycle storage
- **10.9-10.10**  Provide accessible signage on Mendocino restrooms

**EQUITABLE CHANGES THE DISTRICT AGREES TO ACCOMPLISH WITHIN 6 MONTHS OF SETTLEMENT EXECUTION**

XIV.   **M.V. Del Norte**

- **9.6**    Provide unisex, accessible signage on Del Norte restrooms
- **9.13**   Lower Del Norte restroom grab bars to 33"
- **9.14**   Lower hand dryer to 48"
- **9.15**   Provide accessible changing table in Del Norte restroom, provided feasible without operational interruption

XV.   **M.V. Mendocino**

- **10.5**   Raise Mendocino drinking fountain to provide 27" knee clearance

**EQUITABLE CHANGES THE DISTRICT AGREES TO ACCOMPLISH WITHIN 12 MONTHS OF SETTLEMENT EXECUTION**

XVI.   **M.V. Del Norte**

- **9.3**    Install contrast striping near stairs on Del Norte

XVII.   **M.V. Mendocino**

- **10.2**      Provide transition plates on Mendocino exterior doors
- **10.3**      Install contrast striping near stairs on Mendocino
- **10.20**    Provide accessible changing table in Mendocino restroom

## EQUITABLE CHANGES THE DISTRICT AGREES TO ACCOMPLISH WITHIN TIME STATED

XVIII.  **M.V. Del Norte (Next biannual dry dock inspection/repair, approximately 2 years)**

- **9.2**      Replace Del Norte exterior door thresholds per current draft PVAG
- **9.4**      Remove and replace seating per Attachment 1
- **9.5, .8-.9**  Improve accessibility to upper deck bathrooms consistent with options in Attachment 2

XIX.   **M.V. Mendocino (Major vessel refurbishment scheduled for late-2012 or early-2013)**

- **10.7**      Remove and replace seating per Attachment 3
- **10.8, .11-.19**  Improve accessibility to upper deck bathrooms consistent with Attachment 4

2558486.1

# Attachment 1



Remove table/seats and provide
(N) two (2) folding seats to
accommodate four (4) passengers
or two (2) wheelchair seating spaces

Remove one (1) seat to provide
a min. 30" x 48" clear floor space
for wheelchair seating

Remove one (1) seat to provide
a min. 30" x 48" clear floor space
for wheelchair seating

Option: Remove table/seats and provide
(N) one (1) folding seat to accommodate
two (2) passengers or one (1) wheelchair
seating space

48" MIN.

Proposed Conceptual Accessible Seating Plan (not for construction)

Del Norte Ferry

not to scale

10.14.09

# Attachment 2

Fur out the wall to meet the
required 18" min./max.
to centerline of the toilet

18"
MIN
MAX

UNISEX

NEW UNISEX

WOMENS

New smaller lavatory

Relocate wall to
accommodate a new
32" wide clear opening
Verify in field

Provide a 12" wide clear
space if door has closer
and latch. Verify in field

LEGEND

new wall
existing wall
remove wall

not to scale

**Option #1**
Proposed Conceptual Accessible Restroom Plan (not for construction)
Del Norte Ferry

12.2009

01/25/2010   13:58   5188934450   SIDNEY J COHEN ESQ   PAGE   06/08



**Option #2**

Proposed Conceptual Accessible Restroom Plan (not for construction)

Del Norte Ferry

01/25/2010  13:58   5108939450   SIDNEY J COHEN ESQ   PAGE  07/08



Fur out the wall to meet the
required 18" min./max.
to centerline of the toilet

18"
MIN/
MAX.

New smaller lavatory

UNISEX

New 38" wide door

WOMEN'S

NEW UNISEX

Min. 48" deep landing at the
push side of the door
Exception: Min. 44" deep landing
if the door has no closer

DN          DN

**LEGEND**

new wall

existing wall

remove wall

not to scale

**Option #3**

Proposed Conceptual Accessible Restroom Plan (not for construction)

Del Norte Ferry

12.2009

Attachment 3



Remove four (4) seat bay.
Add new two (2) fold down seats
to accommodate two (2) passengers
or two (2) 30" x 48" clear floor space
for wheelchair seating.
Add ISA signage on floor surface

Provide ISA signage
on floor surface

Add three (3) regular seats
in place of existing wheelchair
seating spaces

Provide ISA signage
on floor surface

Remove four (4) seat bay.
Add new two (2) fold down seats
to accommodate two (2) passengers
or two (2) 30" x 48" clear floor space
for wheelchair seating.
Add ISA signage on floor surface

Proposed Conceptual Accessible Seating Plan (not for construction)
Mendocino Ferry

not to scale
12.17.2009



Provide tie-downs and ISA signage on floor surface

Proposed Conceptual Accessible Seating Plan (not for construction)

not to scale

Mendocino Ferry

12.17.2009

# Attachment 4



**existing plan**



**proposed plan**

LEGEND

———— existing wall
– – – – remove wall

not to scale

Proposed Conceptual Accessible Restroom Plan (not for construction)

Mendocino Ferry

11.05.2009

# Margen Report



**M A R G E N  +**
**A S S O C I A T E S**

*Disability Policy & Universal Design Consultants*

614 Grand Avenue, Suite 321
Oakland, CA 94610
Phone: 510-444-3440
Fax: 510-444-3441
www.margenassociates.com

Survey, Report & Recommendations

# Golden Gate Ferry & Supporting Facilities
**101 E. Sir Frances Drake Blvd.**
**Larspur, California  94939**

July 9, 2008

**I.**          **INTRODUCTION**

The Law Office of Sid Cohen has retained Margen + Associates as experts in the application of state and federal accessibility laws and regulations, to review the accessibility to the Golden Gate Ferry Larkspur/San Francisco Route (hereinafter "Ferry") by persons with disabilities. We have been asked to render a report as to the level of disabled access compliance at the Ferry with the requirements of both state building codes and federal accessibility regulations.

The following report applies the requirements of the Americans with Disabilities Act (ADA) California Government Code, Civil Code, Health & Safety Code, etc. The referenced technical standards used are Title 24, Parts 2, 3 & 5 (California Building Code) and the Americans with Disabilities Act Accessibility Guidelines (ADAAG).

Site inspections were conducted on November 11, 2007, January 3 & 14, 2008 and May 29, 2008.

**II.**          **SCOPE OF INSPECTION**

Our findings were verified by observing, measuring, testing, and photographing various elements of the public facilities, including:

Larkspur Ferry Terminal
- Parking
- Site Accessibility
- Site Accessibility – Curb Ramps
- Terminal Building
- Public Restrooms
- Larkspur Ferry Terminal Docks

San Francisco Ferry Terminal
- Terminal Building
- Public Restrooms
- San Francisco Ferry Terminal Docks

Ferry Boats
- M.V. Del Norte Ferry
- M.V. Mendocino

The boat route examined included the Larkspur Terminal to San Francisco Ferry Building.

III.        CONSTRUCTION/ ALTERATION HISTORY

Under California Law (after 1969) and the ADA (after January 26, 1992), newly constructed or altered facilities are required to be accessible.

For compliance with Title II of the ADA, public entities have a choice of using either the Uniform Federal Accessibility Standards (UFAS[1]) or the Americans with Disabilities Act Accessibility Guidelines (ADAAG).

From 1969 to 1982, the referenced standard for accessibility in California was the 1961 American Standards Association (ASA) A117.1. We will evaluate the subject facilities based on the ASA standards should it become necessary.

A full review of the construction history of the various facilities and passenger vessels has not occurred as of the date of this report. The Golden Gate Transit website indicates that the M.V. Del Norte Ferry was constructed in 1998 and the M.V. Mendocino was built in 2001. The website also states "…All Golden Gate Ferries are wheelchair accessible and allow bicycles aboard."

IV.        SUMMARY OF ACCESS BARRIERS

For the purpose of this report, only our observations of building elements that do not conform to the CBC or ADAAG will be discussed.

LEGEND

For efficiency purposes, this section employs the use of abbreviations as follows:

| | | |
|---|---|---|
| ADAAG | = | Americans with Disabilities Act Accessibility Guidelines |
| CBC | = | California Building Code |
| CL | = | Centerline |
| DW | = | Detectable Warning Material (Raised Truncated Domes) |
| GPT | = | Tight Grasping, Pinching or Twisting of the Wrist |
| ISA | = | International Symbol of Accessibility |
| ISHL | = | International Symbol of Hearing Loss |
| POT | = | Path of Travel |
| PROW | = | Public Right of Way |
| PVG | = | Federal Passenger Vessel Guidelines (designated with a "V" before the number) |
| Title 24/CBC | = | California Title 24 Accessibility Standards |
| TYY/TDD | = | Telecommunication Device for the Deaf |

---

[1] UFAS is an older standard than ADAAG. The technical requirements of UFAS are substantially equivalent to the ADAAG.

8.33%        =      1:12 slope
5.00%        =      1:20 slope

Photographic references are numbered and located in the back of the report.

# 1. Parking

The parking lot has approximately 166 parking spaces. There are five (5) designated accessible parking spaces.

| 1.0 Item | Parking Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
|---|---|---|---|---|---|---|---|---|
| 1.1 | Parking- No. of Spaces | The parking lot has approximately 1808 parking spaces. There are twenty-six (26) existing designated accessible parking spaces. Twenty-nine (29) designated accessible parking spaces are required. | 1129B.1 Table 11B-6 | 01 – 25 = 1 parking space<br>26 – 50 = 2 parking spaces<br>51 – 75 = 3 parking spaces<br>76 – 100 = 4 parking spaces<br>101 – 150 = 5 parking spaces<br>151 – 200 = 6 parking spaces<br>201 – 300 = 7 parking spaces<br>301 – 400 = 8 parking spaces<br>401 – 500 = 9 parking spaces<br>501 – 1,000 = 2% of total<br>1,001 and over = 20 parking spaces plus 1 for each 100, or fraction thereof over 1,001 | 4.1.2 (5)(a) | 01 – 25 = 1 parking space<br>26 – 50 = 2 parking spaces<br>51 – 75 = 3 parking spaces<br>76 – 100 = 4 parking spaces<br>101 – 150 = 5 parking spaces<br>151 – 200 = 6 parking spaces<br>201 – 300 = 7 parking spaces<br>301 – 400 = 8 parking spaces<br>401 – 500 = 9 parking spaces<br>501 – 1,000 = 2% of total<br>1,001 and over = 20 parking spaces plus 1 for each 100, or fraction thereof over 1,001 | 49-67 | Renovate the accessible parking area to provide three (3) additional accessible parking spaces. Provide an accessible route from each designated accessible parking space to the Ferry Terminal entrance which does not require going behind other parked vehicles. |
| 1.2 | Parking- "Van Accessible" | There are two (2) existing designated "van accessible" parking spaces provided. Four (4) "van accessible" parking spaces are required. | 1129B.4(2) | One (1) in every eight (8) accessible spaces, but not less than one, shall be served by an access aisle 96" wide minimum place on the side opposite the driver's side and shall be designated "Van Accessible". | 4.1.2 (5)(b) | One (1) in every eight (8) accessible spaces, but not less than one, shall be served by an access aisle 96" wide minimum place on the side opposite the driver's side and shall be designated "Van Accessible". | 51,54 | Provide two (2) additional designated "van accessible" parking spaces with their own 8'-0" wide access aisle on the passenger side that meets all accessible requirements. |

| 1.0 | Parking | | | | | | | |
|------|---------|---------|----------|-----------------|-------|------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 1.3 | Parking - POT | The POT from all accessible parking spaces requires a person in a wheelchair to travel behind another vehicle to reach the ferry terminal. | 1129B.4(3) | The parking space shall be so located that persons with disabilities are not compelled to wheel or walk behind parked cars other than their own. | N/A | Not Addressed | 49-67 | Provide an accessible route from each designated accessible parking space to the Ferry Terminal entrance that meets all accessible requirements. |
| 1.4 | Parking - Surface | The POT from the north side of the parking lot requires a person in a wheelchair to traverse over a V-ditch to reach the ferry terminal. | 1128B | 2% maximum cross slope allowed. | 4.3.7 | 2% maximum cross slope allowed. | No Photo | Repave V-ditch to provide a max. 2% slope in all directions or provide a grate over the V-ditch that is flush with the AC paving. |
| 1.5 | Parking – "Tow-away" signage | There is no "TOW AWAY" sign posted at the parking lot entrance or at any of the parking spaces. | 1129B.5 | An additional sign shall also be posted in a conspicuous place at each entrance to off-street parking facilities, or immediately adjacent to and visible from each stall or space. The sign shall not be less than 17" by 22" in size with lettering not less than 1" in height, which clearly and conspicuously states the following: "Unauthorized vehicles parked in designated accessible spaces not displaying distinguishing placards or license plates issued for persons with disabilities may be towed away at owner's expense. Towed vehicles may be reclaimed at _ _ _ _ _ _ _ _ _ or by telephoning _ _ _ _ _ _ _ _ _ _ _." Blank spaces are to be filled in with appropriate information as a permanent part of the sign. | N/A | Not addressed. | No Photo | Post a "TOW AWAY" sign at each parking lot entrance or visible from each designated accessible parking space. |
| 1.6 | Parking - Access Aisle signage | All the existing access aisles do not have the words "NO PARKING" painted on the surface. | 1129B.4(1) (2) | The words "NO PARKING" shall be painted on the ground within each 5-foot loading and unloading access aisle. This notice shall be painted in white letters no less than 12" high and located so that it is visible to traffic enforcement officials. | N/A | Not Addressed | 49-67 | Provide "NO PARKING" signage painted on the surface that meet all accessible requirements. |

Golden Gate Ferry & Supporting Facilities – Larkspur, CA

| 1.0 | Parking | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 1.7 | Parking #1- Slope | Parking Space #1 has a 3.5% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 57 | Regrade parking space to provide max. 2% slope in all directions. |
| 1.8 | Parking #1- Access Aisle slope | Parking Space #1 access aisle has a 3.2% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 57 | Regrade access aisle to provide max. 2% slope in all directions. |
| 1.9 | Parking #2- Slope | Parking Space #2 has a 4.0% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 56 | Regrade parking space to provide max. 2% slope in all directions. |
| 1.10 | Parking #3- Slope | Parking Space #3 has a 3.8% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 56 | Regrade parking space to provide max. 2% slope in all directions. |
| 1.11 | Parking #3- Access Aisle slope | Parking Space #3 access aisle has a 4.1% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 56 | Regrade access aisle to provide max. 2% slope in all directions. |
| 1.12 | Parking #4- Slope | Parking Space #4 has a 4.2% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 55 | Regrade parking space to provide max. 2% slope in all directions. |
| 1.13 | Parking #5- Slope | Parking Space #5 has a 2.7% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 55 | Regrade parking space to provide max. 2% slope in all directions. |
| 1.14 | Parking #5- Access Aisle slope | Parking Space #5 access aisle has a 2.3% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 55 | Regrade access aisle to provide max. 2% slope in all directions. |

| 1.0 | Parking | | | | | | | |
|-----|---------|--|--|--|--|--|--|--|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 1.15 | Parking #6-Slope | Parking Space #6 has a 3.3% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 54 | Regrade parking space to provide max. 2% slope in all directions. |
| 1.16 | Parking #7-Slope | Parking Space #7 has a 2.5% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 54 | Regrade parking space to provide max. 2% slope in all directions. |
| 1.17 | Parking #7-Access Aisle slope | Parking Space #7 access aisle has a 4.3% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 54 | Regrade access aisle to provide max. 2% slope in all directions. |
| 1.18 | Parking #7-Built-up curb ramp | There is a built-up curb ramp with a 9.4% slope encroaching into the access aisle. | 1129B.4(3) | Ramps shall not encroach into any accessible parking space or the adjacent access aisle. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 54 | Remove the built-up curb ramp in the access aisle and provide an accessible route that does not require going behind other parked vehicles from the accessible parking space that meets all accessible requirements to the Ferry Terminal. |
| 1.19 | Parking #8-Slope | Parking Space #8 has a 4.7% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 53 | Regrade parking space to provide max. 2% slope in all directions. |
| 1.20 | Parking #9-Slope | Parking Space #9 has a 6.4% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 53 | Regrade parking space to provide max. 2% slope in all directions. |
| 1.21 | Parking #9-Access Aisle slope | Parking Space #9 access aisle has a 8.0% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 53 | Regrade access aisle to provide max. 2% slope in all directions. |
| 1.22 | Parking #10-Slope | Parking Space #10 has a 9.2% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 52 | Regrade parking space to provide max. 2% slope in all directions. |

| | 1.0 | Parking | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 1.23 | Parking #11-Slope | Parking Space #11 has a 4.6% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 52 | Regrade parking space to provide max. 2% slope in all directions. |
| 1.24 | Parking #11-Access Aisle slope | Parking Space #11 access aisle has a 3.5% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 52 | Regrade access aisle to provide max. 2% slope in all directions. |
| 1.25 | Parking #12-Slope | Parking Space #12 has a 3.8% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 51 | Regrade parking space to provide max. 2% slope in all directions. |
| 1.26 | Parking #13-Built-up curb ramp | There is a built-up curb ramp with a 8.1% slope encroaching into the parking space and access aisle. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 51 | Remove the built-up curb ramp in the access aisle and provide an accessible route that does not require going behind other parked vehicles from the accessible parking space that meets all accessible requirements to the Ferry Terminal. |
| 1.27 | Parking #14-Slope | Parking Space #12 has a 3.3% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 51 | Regrade parking space to provide max. 2% slope in all directions. |

| 1.0 | Parking | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 1.28 | Parking #14- ISA signage | There is no ISA sign posted at Parking #14. | 1129B.5 | Each parking space reserved for persons with disabilities shall be identified by a reflectorized sign permanently posted immediately adjacent to and visible from each stall or space, consisting of a profile view of a wheelchair with occupant in white on dark blue background. The sign shall not be smaller than 70 square inches in area and, when in a path of travel, shall be posted at a minimum height of 80" from the bottom of the sign to the parking space finished grade. Signs may also be centered on the wall at the interior end of the parking space at a minimum height of 36" from the parking space finished grade, ground or sidewalk. Spaces complying with Section 1129B.4, Item 2 shall have an additional sign stating "Van-Accessible" mounted below the symbol of accessibility. | 4.6.4 | Accessible parking spaces shall be designated as reserved by a sign showing the Symbol of Accessibility. Spaces complying with van spaces shall have an additional sign "Van Accessible" mounted below the Symbol of Accessibility. | 51 | Provide an ISA sign that meets CBC requirements. |
| 1.29 | Parking #16- Slope | Parking Space #12 has a 2.4% running slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 63 | Regrade parking space to provide max. 2% slope in all directions. |
| 1.30 | Parking #20- Built-up curb ramp | There is a built-up curb ramp with a 5.6% slope encroaching into the parking space and access aisle. | 1129B.4(3) | Ramps shall not encroach into any accessible parking space or the adjacent access aisle. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 64 | Remove the built-up curb ramp in the access aisle and provide an accessible route that does not require going behind other parked vehicles from the accessible parking space that meets all accessible requirements to the Ferry Terminal. |
| 1.31 | Parking #26 - Access Aisle cross slope | Parking Space #26 access aisle has a 2.7% cross slope. | 1129B.4(4) | Surface slopes of accessible parking spaces shall be the minimum possible and shall not exceed (1:50) 2% in any direction. | 4.6.3 | Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. | 67 | Regrade access aisle to provide max. 2% slope in all directions. |

## 2. Site Accessibility

| 2.0 | Site Accessibility | | | | | | | |
|-----|---------|---------|----------|-----------------|-------|------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| **North Walkway** | | | | | | | | |
| 2.1 | North Walkway Accessible Route- | The North Walkway from Sir Frances Drake Blvd. and the bus stop does not provide a direct route to the Ferry Terminal entrance. One must traverse all the way around the accessible parking area to get to the Ferry Terminal. It does not coincide with the route for the general public nor is it the most direct route. See Existing Site Plan | 1114B.1.2<br><br>1127B.1 | The accessible route shall, to the maximum extent feasible, coincide with the route for the general public.<br><br>When more than one building or facility is located on a site, accessible routes of travel shall be provided between buildings and accessible site facilities. The accessible route of travel shall be the most practical direct route between accessible building entrances, accessible site facilities and the accessible entrance to the site. | 4.3.2 (1) | The accessible route shall, to the maximum extent feasible, coincide with the route for the general public. | No photo | Provide a direct accessible route from the PROW to the entrance of the Ferry Terminal. We recommend providing a new walkway adjacent to the south end of the accessible parking lot that could also integrate the accessible route from each accessible parking space to the Ferry Terminal entrance. |
| 2.2 | North Walkway- Transition | The AC paving is cracking and deteriorating at numerous locations along the western end of the walkway near Sir Frances Drake Blvd., resulting in changes in elevation >1/4" vertical or ½" total. | 1133B.7.1 | Walks and sidewalks subject to these regulations shall have a continuous common surface, not interrupted by steps or by abrupt changes in level exceeding ½" (see Section 1133B.7.3). | 4.3.8 | Changes in levels along an accessible route shall comply with 4.5.2. If an accessible route has changes in level greater than ½" then a curb ramp, ramp, elevator, or platform lift (as permitted in 4.1.3 and 4.1.6) shall be provided that complies with 4.7, 4.8, 4.10, or 4.11, respectively. | 79-85 | Repave walkway to a continuous even surface that meets CBC and ADAAG requirements. |
| 2.3 | North Walkway- Head Room | There is a tree near the entrance to the overpass bridge that has branches hovering over the walkway at 66"-70" AFF. | 1133B.8.6.2 | Walks, halls, corridors, passageways, aisles or other circulation spaces shall have 80" min. clear head room. | 4.4.2 | Walks, halls, corridors, passageways, aisles or other circulation spaces shall have 80" min. clear head room. | 84-85 | Prune tree to clear branches to meet ADAAG clearance requirements. |

| South Walkway | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2.4 | South Walkway- Accessible Route | The South Walkway from Sir Frances Drake Blvd. does not provide a direct route to the Ferry Terminal entrance. All along the South Walkway there are numerous cars parked over the sidewalk making this route inaccessible to anyone.<br><br>See Existing Site Plan | 1114B.1.2<br><br>1127B.1 | The accessible route shall, to the maximum extent feasible, coincide with the route for the general public.<br><br>When more than one building or facility is located on a site, accessible routes of travel shall be provided between buildings and accessible site facilities. The accessible route of travel shall be the most practical direct route between accessible building entrances, accessible site facilities and the accessible entrance to the site. | 4.3.2 (1) | The accessible route shall, to the maximum extent feasible, coincide with the route for the general public. | 108-112 | Prohibit cars from encroaching into the sidewalk and maintain the South Walkway as a pedestrian way.<br><br>Provide directional signage at Sir Frances Drake Blvd. entrance guiding pedestrians toward the North Walkway which will be the most efficient accessible route to the Ferry Terminal entrance. |
| 2.5 | South Walkway- Accessible Route | Near parking lot rows "L" and "M" there is a non-accessible marked crosswalk that leads into the parking lot and abruptly ends. There is no accessible route from this crosswalk to the Ferry Terminal.<br><br>See Existing Site Plan | 1114B.1.2<br><br>1127B.1 | The accessible route shall, to the maximum extent feasible, coincide with the route for the general public.<br><br>When more than one building or facility is located on a site, accessible routes of travel shall be provided between buildings and accessible site facilities. The accessible route of travel shall be the most practical direct route between accessible building entrances, accessible site facilities and the accessible entrance to the site. | 4.3.2 (1) | The accessible route shall, to the maximum extent feasible, coincide with the route for the general public. | 100-106 | We recommend removing the crosswalk and redirecting pedestrian traffic to the North Walkway.<br><br>Provide directional signage at Sir Frances Drake Blvd. entrance guiding pedestrians toward the North Walkway which will be the most efficient accessible route to the Ferry Terminal entrance. |
| 2.6 | South Walkway- Protruding Object | There is a "NO PED CROSSING" barrier that has a horizontal bar higher than 27" AFF creating a potential hazard for a visually impaired person. | 1133B.8.6.1 | Objects projecting from walls with their leading edges between 27" and 80" above the finished floor shall protrude no more than 4" into walks, halls, corridors, passageways or aisles. Objects mounted with their leading edges at or below 27" above the finished floor may protrude any amount. Free-standing objects mounted on posts or pylons may overhang 12" maximum from 27" to 80" above the ground. | 4.4.1 | 4" maximum projection between 27" and 80" AFF. | 95-96 | Provide another horizontal bar at 27" AFF minimum to warn the visually impaired of the "NO PED CROSSING" barrier. |

| 2.7 | South Walkway- Directional Signage | There is no directional signage at the entrance to the Ferry Terminal parking lot that guides persons with disabilities to the shortest direct route to the Ferry Terminal entrance. | 1127B.3 | Signs shall indicate the direction to accessible building entrances and facilities and shall comply with the requirements found in Sections 1117B.5 through 1117B.5.10. | 4.1.2 (7)(c) | Accessible entrances when not all are accessible entrances shall have directional signage to indicate the route to the nearest accessible entrance. | No Photo | Provide directional signage at Sir Frances Drake Blvd. entrance guiding pedestrians toward the North Walkway which will be the most efficient accessible route to the Ferry Terminal entrance. |
|---|---|---|---|---|---|---|---|---|
| 2.8 | South Walkway- Uneven Surface | The AC paving is cracking and deteriorating at numerous locations along the western end of the walkway near Sir Frances Drake Blvd. | 1133B.7.1 | Walks and sidewalks subject to these regulations shall have a continuous common surface, not interrupted by steps or by abrupt changes in level exceeding ½" (see Section 1133B.7.3). | 4.3.8 | Changes in levels along an accessible route shall comply with 4.5.2. If an accessible route has changes in level greater than ½" then a curb ramp, ramp, elevator, or platform lift (as permitted in 4.1.3 and 4.1.6) shall be provided that complies with 4.7, 4.8, 4.10, or 4.11, respectively. | 97-100 107-112 | Repave walkway to a continuous even surface that meets CBC and ADAAG requirements. |
| 2.9 | South Walkway- Slope | The walkway leading to the crosswalk had slopes ranging from 2.3%-5.5% and there are no handrails provided. | 1133B.7.3 | 5% gradient. When the slope in the direction of travel of any walk exceeds 5% (1:20) it is considered a ramp. | 4.3.7 | An accessible route with a running slope greater than 5% (1:20) is a ramp. | 100 | Regrade walkway to provide a continuous even surface and a slope no greater than 5% or install handrails in accordance with the requirements for ramps. |
| 2.10 | South Walkway at Crosswalk- Uneven Surface | The AC paving is cracking and deteriorating at the crosswalk. | 1133B.7.1 | Walks and sidewalks subject to these regulations shall have a continuous common surface, not interrupted by steps or by abrupt changes in level exceeding ½" (see Section 1133B.7.3). | 4.3.8 | Changes in levels along an accessible route shall comply with 4.5.2. If an accessible route has changes in level greater than ½" then a curb ramp, ramp, elevator, or platform lift (as permitted in 4.1.3 and 4.1.6) shall be provided that complies with 4.7, 4.8, 4.10, or 4.11, respectively. | 101-103 | We recommend removing the crosswalk redirecting pedestrian traffic to the North Walkway. |
| 2.11 | South Walkway- Cross Slope | There are cross slopes ranging from 3.2%-4.2% at various locations on the walkway (near Rows K-L) | 1133B.7.1.3 | Surface cross slopes. Surface cross slopes shall not exceed ¼" per foot except when the enforcing agency finds that due to local conditions it creates an unreasonable hardship, the cross slope shall be increased to a maximum of ½" per foot for distances not to exceed 20 feet (2.5% gradient). | 4.3.7 | Nowhere shall the cross slope of an accessible route exceed 2% (1:50). | 107-108 | Repave walkway to a continuous even surface that meets CBC and ADAAG requirements. |
| 2.12 | South Walkway- Width | There is a fire hydrant that is encroaching into the walkway reducing it to 32" wide. | 1133B.7.1 | Walks and sidewalks subject to these regulations shall be a minimum of 48" in width. | 4.3.3 | The minimum clear width of an accessible route shall be 36" except at doors (see 4.13.5 and 4.13.6). If a person in a wheelchair must make a turn around an obstruction, the minimum clear width of the accessible route shall be as shown in Fig. 7(a) and (b). | 109 | Provide a clear and level 48" min. defined walkway around the fire hydrant in accordance with the CBC requirements. |

| 2.13 | South Walkway- Cross Slope | There are several driveways to the employee parking lots (at the southeast end of the public parking lot) that are encroaching into the walkway with slopes ranging from 4.1%-8.9%. | 1133B.7.1.3 | Surface cross slopes. Surface cross slopes shall not exceed ¼" per foot except when the enforcing agency finds that due to local conditions it creates an unreasonable hardship, the cross slope shall be increased to a maximum of ½" per foot for distances not to exceed 20 feet (2.5% gradient). | 4.3.7 | Nowhere shall the cross slope of an accessible route exceed 2% (1:50). | 111-114 | Renovate driveway area to provide a clear and level 48" min. defined walkway across the driveway in accordance with the CBC requirements. |
|---|---|---|---|---|---|---|---|---|
| **East Walkway (near Service Building)** | | | | | | | | |
| 2.14 | East Walkway at Crosswalk- Accessible Route | At the east walkway near the Service Building there is a non-accessible marked crosswalk that leads into the parking lot. There is no accessible route from this crosswalk to the parking lot. See Existing Site Plan | 1114B.1.2<br><br>1127B.1 | The accessible route shall, to the maximum extent feasible, coincide with the route for the general public.<br><br>When more than one building or facility is located on a site, accessible routes of travel shall be provided between buildings and accessible site facilities. The accessible route of travel shall be the most practical direct route between accessible building entrances, accessible site facilities and the accessible entrance to the site. | 4.3.2 (1) | The accessible route shall, to the maximum extent feasible, coincide with the route for the general public. | 117-120 | Renovate crosswalk area to provide a continuous even surface and curb ramps at both ends that meets CBC and ADAAG requirements. |
| 2.15 | East Walkway at Crosswalk- Slope | There is a built-up ramp encroaching into vehicular traffic at the east end of the crosswalk with slopes ranging from 10.9%-12.5% making the crosswalk difficult to traverse. | 1133B.7.3 | 5% gradient. When the slope in the direction of travel of any walk exceeds 5% (1:20) it is considered a ramp. | 4.3.7 | An accessible route with a running slope greater than 5% (1:20) is a ramp. | 117, 119 | Renovate crosswalk area to provide a continuous even surface and curb ramps at both ends that meets CBC and ADAAG requirements. |
| 2.16 | East Walkway at Crosswalk- Transition | There is a 2" vertical lip where the curb meets the AC paving. | 1133B.7.1 | Walks and sidewalks subject to these regulations shall have a continuous common surface, not interrupted by steps or by abrupt changes in level exceeding ½" (see Section 1133B.7.3). | 4.3.8 | Changes in levels along an accessible route shall comply with 4.5.2. If an accessible route has changes in level greater than ½" then a curb ramp, ramp, elevator, or platform lift (as permitted in 4.1.3 and 4.1.6) shall be provided that complies with 4.7, 4.8, 4.10, or 4.11, respectively. | 117, 121 | Renovate crosswalk area to provide a continuous even surface and curb ramps at both ends that meets CBC and ADAAG requirements. |

Golden Gate Ferry & Supporting Facilities -- Larkspur, CA

13

| 2.17 | East Walkway at Crosswalk- Uneven Surface | The AC paving is cracking and deteriorating at the crosswalk. | 1133B.7.1 | Walks and sidewalks subject to these regulations shall have a continuous common surface, not interrupted by steps or by abrupt changes in level exceeding ½" (see Section 1133B.7.3). | 4.3.8 | Changes in levels along an accessible route shall comply with 4.5.2. If an accessible route has changes in level greater than ½" then a curb ramp, ramp, elevator, or platform lift (as permitted in 4.1.3 and 4.1.6) shall be provided that complies with 4.7, 4.8, 4.10, or 4.11, respectively. | 117, 120 | Renovate crosswalk area to provide a continuous even surface and curb ramps at both ends that meets CBC and ADAAG requirements. |
|---|---|---|---|---|---|---|---|---|
| **Northeast Walkway (between Ferry Terminal and Service Building)** | | | | | | | | |
| 2.18 | Northeast Walkway Along Passenger Pick-Up- Slope | There is a portion of the walkway where it transitions from a higher to a lower walkway (painted yellow) with a 28.2% slope occurring near parking lot rows "B" & "C".<br><br>See Existing Site Plan | 1133B.7.3 | 5% gradient. When the slope in the direction of travel of any walk exceeds 5% (1:20) it is considered a ramp. | 4.3.7 | An accessible route with a running slope greater than 5% (1:20) is a ramp. | 123-124 | Repave walkway to a continuous even surface that meets CBC and ADAAG requirements. |
| 2.19 | Northeast Walkway Along Passenger Pick-Up- Transition | There is a portion of the walkway where it transitions from a higher to a lower walkway (painted yellow) that has a 1" vertical lip at the top.<br><br>See Existing Site Plan | 1133B.7.1 | Walks and sidewalks subject to these regulations shall have a continuous common surface, not interrupted by steps or by abrupt changes in level exceeding ½" (see Section 1133B.7.3). | 4.3.8 | Changes in levels along an accessible route shall comply with 4.5.2. If an accessible route has changes in level greater than ½" then a curb ramp, ramp, elevator, or platform lift (as permitted in 4.1.3 and 4.1.6) shall be provided that complies with 4.7, 4.8, 4.10, or 4.11, respectively. | 124 | Repave walkway to a continuous even surface that meets CBC and ADAAG requirements. |
| 2.20 | Northeast Walkway Along Passenger Pick-Up- Detectable Warning | The walkway blends into the AC paving at the north end of the walkway and it feeds into the marked crosswalk to the Ferry Terminal. There is no detectable warning material provided to warn people with visual impairments that they are crossing vehicular traffic. | 1133B.8.5 | If a walk crosses or adjoins a vehicular way, and the walking surfaces are not separated by curbs, railings or other elements between the pedestrian areas and vehicular areas, the boundary between the areas shall be defined by a continuous detectable warning which is 36" wide. | 4.29.5 | If a walk crosses or adjoins a vehicular way, and the walking surfaces are not separated by curbs, railings or other elements between the pedestrian areas and vehicular areas, the boundary between the areas shall be defined by a continuous detectable warning which is 36" wide. | 125-126 | Provide detectable warning material that meets CBC requirements. |
| 2.21 | Northeast Walkway Along Passenger Pick-Up- Uneven Surface | Where the walkway blends into the AC paving at the north end of the walkway there are numerous places where the AC paving is uplifting and deteriorating. | 1133B.7.1 | Walks and sidewalks subject to these regulations shall have a continuous common surface, not interrupted by steps or by abrupt changes in level exceeding ½" (see Section 1133B.7.3). | 4.3.8 | Changes in levels along an accessible route shall comply with 4.5.2. If an accessible route has changes in level greater than ½" then a curb ramp, ramp, elevator, or platform lift (as permitted in 4.1.3 and 4.1.6) shall be provided that complies with 4.7, 4.8, 4.10, or 4.11, respectively. | 126-127 | Repave walkway to a continuous even surface that meets CBC and ADAAG requirements. |

| 2.22 | Northeast Walkway at Crosswalk in front of Ferry Terminal- Built-up Ramp | This is a triangular crosswalk that captures the pedestrian traffic as they exit the three ferry docks and feeds to the accessible parking lot and to the island at the public parking lot. There is a built-up ramp at the Ferry Terminal side with slopes ranging from 8.5%-9.0%. | 1133B.7.3 | 5% gradient. When the slope in the direction of travel of any walk exceeds 5% (1:20) it is considered a ramp. | 4.3.7 | An accessible route with a running slope greater than 5% (1:20) is a ramp. | 126 | Regrade crosswalk to provide a continuous even surface that meets CBC and ADAAG requirements.. |
| 2.23 | Northeast Walkway at Crosswalk in front of Ferry Terminal- Uneven Surface | The AC paving is cracking and deteriorating at numerous locations in the crosswalk. | 1133B.7.1 | Walks and sidewalks subject to these regulations shall have a continuous common surface, not interrupted by steps or by abrupt changes in level exceeding ½" (see Section 1133B.7.3). | 4.3.8 | Changes in levels along an accessible route shall comply with 4.5.2. If an accessible route has changes in level greater than ½" then a curb ramp, ramp, elevator, or platform lift (as permitted in 4.1.3 and 4.1.6) shall be provided that complies with 4.7, 4.8, 4.10, or 4.11, respectively. | 72-73, 76, 131-133 | Regrade crosswalk to provide a continuous even surface that meets CBC and ADAAG requirements. |
| **Overpass Pedestrian Bridge from Ferry Terminal to Larkspur Landing Shopping Center** | | | | | | | | |
| 2.24 | Handrails | The handrails are 32" AFF. | 1133B.5.5.1 | The top of the handrail must be between 34" and 38" above the ramp surface. | 4.8.5(5) | The top of the handrail must be between 34" and 38" above the ramp surface. | 293-296 | Replace handrails in conformance with the CBC standards. |
| 2.25 | Handrails | The handrails are 2" OD. | 1133B.5.5.1 | 1¼" to 1½" O.D. maximum and 34" to 38" AFF. | 4.8.5 | Top of handrail gripping surfaces shall be mounted between 34" and 38" above ramp surfaces. | 293-296 | Replace handrails in conformance with the CBC standards. |
| | | | | | 4.26.2 | The diameter or width of the gripping surfaces of a handrail or grab bar shall be 1¼" to 1½" O.D. | | |

## 3. Site Accessibility – Curb Ramps

| 3.0 | Site Accessibility – Curb Ramps | | | | | | | |
|-----|---------|---------|----------|-----------------|-------|-----------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| **Curb Ramp "A"  (Sir Frances Drake Blvd.)** | | | | | | | | |
| 3.1 | Curb Ramp "A"- Transition | The lower end of the curb ramp has a >½" transitional lip. | 1127B.5(5) | The lower end of each curb ramp shall have a ½" lip beveled at 45 degrees as a detectable way–finding edge for persons with visual impairment. | 4.7.2 | Transitions from ramps to walks, gutters, or streets shall be flush and free of abrupt changes. | 87-88 | At the bottom of the curb ramp provide a flush transition to the gutter in accordance with the ADAAG requirements. |

| 3.0 | Site Accessibility – Curb Ramps | | | | | | | |
|-----|---------|---------|----------|-----------------|-------|------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 3.2 | Curb Ramp "A"- Grooved Border | The grooved border at the top of the curb ramp has a 7.0% slope and it is not level. | 1127B.5(7) | All curb ramps shall have a grooved border 12" wide at the level surface of the sidewalk along the top and each side approximately ¾" on center. All curb ramps constructed between the face of the curb and the street shall have a grooved border at the level surface of the sidewalk. See Figures 11B–19A and 11B–19B. | N/A | Not Addressed. | 87-88 | Provide a level max. 2% grooved border at the top of the curb ramp that meet the CBC requirements. |
| 3.3 | Curb Ramp "A"- Flared Side | One of the flared sides has a 14% slope. | 1127B.5(3) | The slope of the fanned or flared sides of curb ramps shall not exceed 1 unit vertical to 10 units horizontal (10% slope). | 4.7.5 | If a curb ramp is located where pedestrians must walk across the ramp, or where it is not protected by handrails or guardrails, it shall have flared sides; the maximum slope of the flare shall be 1:10 (10%) | 87-88 | Provide a max. 10% flared side that meet CBC and ADAAG requirements. |
| 3.4 | Curb Ramp "A"- Detectable Warning | The curb ramp does not have the required DW material (detectable warnings). | 1127B.5(8) | A curb ramp shall have a detectable warning that extends the full width and depth of the curb ramp inside the grooved border when the ramp slope is less than 1 unit vertical to 15 units horizontal (6.7% slope). | 4.7.7 | Curb ramps shall have a detectable warning complying with 4.29.2. The detectable warning shall extend the full width and depth of the curb ramp. | 87-88 | Provide detectable warning material (truncated domes). We recommend an "in-line" pattern the width of the curb ramp, 24"-36" deep and 6"-8" from toe of curb. |
| Curb Ramp "B"  (Sir Frances Drake Blvd.) | | | | | | | | |
| 3.5 | Curb Ramp "B"- Transition | The lower end of each curb ramp has a >½" transitional lip. | 1127B.5(5) | The lower end of each curb ramp shall have a ½" lip beveled at 45 degrees as a detectable way–finding edge for persons with visual impairment. | 4.7.2 | Transitions from ramps to walks, gutters, or streets shall be flush and free of abrupt changes. | 89 | At the bottom of the curb ramp provide a flush transition to the gutter in accordance with the ADAAG requirements. |
| 3.6 | Curb Ramp "B"- Flared Side | One of the flared sides has a 11.1% slope. | 1127B.5(3) | The slope of the fanned or flared sides of curb ramps shall not exceed 1 unit vertical to 10 units horizontal (10% slope). | 4.7.5 | If a curb ramp is located where pedestrians must walk across the ramp, or where it is not protected by handrails or guardrails, it shall have flared sides; the maximum slope of the flare shall be 1:10 (10%) | 89 | Provide a max. 10% flared side that meet CBC and ADAAG requirements. |
| 3.7 | Curb Ramp "B"- Gutter Slope | The gutter at the bottom of the curb ramp has a 6.9% slope. | 1127B.5(3) | Maximum slopes of adjoining gutters, road surface immediately adjacent to the curb ramp, or accessible route shall not exceed 1 unit vertical to 20 units horizontal (5% slope) within 4 feet of the top and bottom of the curb ramp. | 4.7.2 | Maximum slopes of adjoining gutters, road surface immediately adjacent to the curb ramp, or accessible route shall not exceed 1:20 (5%). | 89 | Renovate to provide a max. 5% gutter slope to the foot of the curb ramp. |

Golden Gate Ferry & Supporting Facilities – Larkspur, CA

| 3.0 | Site Accessibility – Curb Ramps | | | | | | | |
|-----|---------|---------|-----------|-----------------|-------|------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 3.8 | Curb Ramp "B"- Contrasting Color | The curb ramp does not have a contrasting color from that of the adjacent sidewalk. | 1127B.5(6) | The surface of each curb ramp and its flared sides shall be stable, firm and slip–resistant and shall be of contrasting finish from that of the adjacent sidewalk. | 4.7.4 <br> 4.5 | Surfaces of curb ramps shall comply with 4.5. <br><br> Ground and floor surfaces along accessible routes and in accessible rooms and spaces including floors, walks, ramps, stairs, and curb ramps, shall be stable, firm, slip-resistant, and shall comply with 4.5. | 89 | Provide a stable, firm, slip-resistant and contrasting color finish to the curb ramp from that of the sidewalk. |
| 3.9 | Curb Ramp "B"- Detectable Warning | The curb ramp does not have the required DW material (detectable warnings). | 1127B.5(8) | A curb ramp shall have a detectable warning that extends the full width and depth of the curb ramp inside the grooved border when the ramp slope is less than 1 unit vertical to 15 units horizontal (6.7% slope). | 4.7.7 | Curb ramps shall have a detectable warning complying with 4.29.2. The detectable warning shall extend the full width and depth of the curb ramp. | 89 | Provide detectable warning material (truncated domes). We recommend an "in-line" pattern the width of the curb ramp, 24"-36" deep and 6"-8" from toe of curb. |
| 3.10 | Curb Ramp "B"- Uneven Surface | There is a >½" AC bulge where the AC paving meets the gutter. | 1133B.7.1 | Walks and sidewalks subject to these regulations shall have a continuous common surface, not interrupted by steps or by abrupt changes in level exceeding ½" (see Section 1133B.7.3). | 4.3.8 | Changes in levels along an accessible route shall comply with 4.5.2. If an accessible route has changes in level greater than ½" then a curb ramp, ramp, elevator, or platform lift (as permitted in 4.1.3 and 4.1.6) shall be provided that complies with 4.7, 4.8, 4.10, or 4.11, respectively. | 89 | Regrade to provide a smooth continuous surface that meets the CBC and ADAAG requirements. |
| **Curb Ramp "C"  (Sir Frances Drake Blvd.)** | | | | | | | | |
| 3.11 | Curb Ramp "C"- Flared Side | One of the flared sides has a 16.8% slope. | 1127B.5(3) | The slope of the fanned or flared sides of curb ramps shall not exceed 1 unit vertical to 10 units horizontal (10% slope). | 4.7.5 | If a curb ramp is located where pedestrians must walk across the ramp, or where it is not protected by handrails or guardrails, it shall have flared sides; the maximum slope of the flare shall be 1:10 (10%) | 91-92 | Provide a max. 10% flared side that meet CBC and ADAAG requirements. |
| 3.12 | Curb Ramp "C"- Contrasting Color | The curb ramp does not have a contrasting color from that of the adjacent sidewalk. | 1127B.5(6) | The surface of each curb ramp and its flared sides shall be stable, firm and slip–resistant and shall be of contrasting finish from that of the adjacent sidewalk. | 4.7.4 <br> 4.5 | Surfaces of curb ramps shall comply with 4.5. <br><br> Ground and floor surfaces along accessible routes and in accessible rooms and spaces including floors, walks, ramps, stairs, and curb ramps, shall be stable, firm, slip-resistant, and shall comply with 4.5. | 91-92 | Provide a stable, firm, slip-resistant and contrasting color finish to the curb ramp from that of the sidewalk. |

| 3.0 | Site Accessibility – Curb Ramps | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 3.13 | Curb Ramp "C"- Detectable Warning | The curb ramp does not have the required DW material (detectable warnings). | 1127B.5(6) | A curb ramp shall have a detectable warning that extends the full width and depth of the curb ramp inside the grooved border when the ramp slope is less than 1 unit vertical to 15 units horizontal (6.7% slope). | 4.7.7 | Curb ramps shall have a detectable warning complying with 4.29.2. The detectable warning shall extend the full width and depth of the curb ramp. | 91-92 | Provide detectable warning material (truncated domes). We recommend an "in-line" pattern the width of the curb ramp, 24"-36" deep and 6"-8" from toe of curb. |
| 3.14 | Curb Ramp "C"- Uneven Surface | There is a >½" AC bulge where the AC paving meets the gutter. | 1133B.7.1 | Walks and sidewalks subject to these regulations shall have a continuous common surface, not interrupted by steps or by abrupt changes in level exceeding ½" (see Section 1133B.7.3). | 4.3.8 | Changes in levels along an accessible route shall comply with 4.5.2. If an accessible route has changes in level greater than ½" then a curb ramp, ramp, elevator, or platform lift (as permitted in 4.1.3 and 4.1.6) shall be provided that complies with 4.7, 4.8, 4.10, or 4.11, respectively. | 91-92 | Regrade to provide a smooth continuous surface that meets the CBC and ADAAG requirements. |
| **Curb Ramp "D"  (Sir Frances Drake Blvd.)** | | | | | | | | |
| 3.15 | Curb Ramp "D"- Slope | The curb ramp has a 9% running slope. | 1127B.5(3) | The slope of curb ramps shall not exceed 1 unit vertical to 12 units horizontal (8.33% slope). | 4.8.2 | The least possible slope shall be used for any ramp. The maximum slope of a ramp in new construction shall be 1:12 (8.33%) | 93,95 | Remove and replace the curb ramp with one that has a max. 8.33% slope and that meets the CBC and ADAAG requirements. |
| 3.16 | Curb Ramp "D"- Grooved Border | The grooved border at the top of the curb ramp has a 3.1% slope and it is not level. | 1127B.5(7) | All curb ramps shall have a grooved border 12" wide at the level surface of the sidewalk along the top and each side approximately ¾" on center. All curb ramps constructed between the face of the curb and the street shall have a grooved border at the level surface of the sidewalk. See Figures 11B–19A and 11B–19B. | N/A | Not Addressed. | 93,95 | Provide a level max. 2% grooved border at the top of the curb ramp that meet the CBC requirements. |
| 3.17 | Curb Ramp "D"- Flared Side | One of the flared sides has a 14% slope. | 1127B.5(3) | The slope of the fanned or flared sides of curb ramps shall not exceed 1 unit vertical to 10 units horizontal (10% slope). | 4.7.5 | If a curb ramp is located where pedestrians must walk across the ramp, or where it is not protected by handrails or guardrails, it shall have flared sides; the maximum slope of the flare shall be 1:10 (10%) | 93,95 | Provide a max. 10% flared side that meet CBC and ADAAG requirements. |

| 3.0 | Site Accessibility – Curb Ramps | | | | | | | |
|-----|---------|---------|-----------|------------------|-------|-------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 3.18 | Curb Ramp "D"- Contrasting Color | The curb ramp does not have a contrasting color from that of the adjacent sidewalk. | 1127B.5(6) | The surface of each curb ramp and its flared sides shall be stable, firm and slip-resistant and shall be of contrasting finish from that of the adjacent sidewalk. | 4.7.4  4.5 | Surfaces of curb ramps shall comply with 4.5.  Ground and floor surfaces along accessible routes and in accessible rooms and spaces including floors, walks, ramps, stairs, and curb ramps, shall be stable, firm, slip-resistant, and shall comply with 4.5. | 93,95 | Provide a stable, firm, slip-resistant and contrasting color finish to the curb ramp from that of the sidewalk. |
| 3.19 | Curb Ramp "D"- Detectable Warning | The curb ramp does not have the required DW material (detectable warnings). | 1127B.5(8) | A curb ramp shall have a detectable warning that extends the full width and depth of the curb ramp inside the grooved border when the ramp slope is less than 1 unit vertical to 15 units horizontal (6.7% slope). | 4.7.7 | Curb ramps shall have a detectable warning complying with 4.29.2. The detectable warning shall extend the full width and depth of the curb ramp. | 93,95 | Provide detectable warning material (truncated domes). We recommend an "in-line" pattern the width of the curb ramp, 24"-36" deep and 6"-8" from toe of curb. |
| 3.20 | Curb Ramp "D"- Uneven Surface | There is a >½" AC bulge where the AC paving meets the gutter. | 1133B.7.1 | Walks and sidewalks subject to these regulations shall have a continuous common surface, not interrupted by steps or by abrupt changes in level exceeding ½" (see Section 1133B.7.3). | 4.3.8 | Changes in levels along an accessible route shall comply with 4.5.2. If an accessible route has changes in level greater than ½" then a curb ramp, ramp, elevator, or platform lift (as permitted in 4.1.3 and 4.1.6) shall be provided that complies with 4.7, 4.8, 4.10, or 4.11, respectively. | 93,95 | Regrade to provide a smooth continuous surface that meets the CBC and ADAAG requirements. |
| Curb "E"  (South Walkway at marked crosswalk) | | | | | | | | |
| 3.21 | Curb "E"- Accessible Route | There is a designated crosswalk but no curb ramp is provided. | 1127B.1 | Site development and grading shall be designed to provide access to all entrances and exterior ground–floor exits, and access to normal paths of travel, and where necessary to provide access, shall incorporate pedestrian ramps, curb ramps, etc. | N/A | Not Addressed. | 101-102 | We recommend removing the crosswalk redirecting pedestrian traffic to the North Walkway.  Provide directional signage at Sir Frances Drake Blvd. entrance guiding pedestrians toward the North Walkway which will be the most efficient accessible route to the Ferry Terminal entrance. |
| Curb "F"  (near Parking Lot Rows L-M) | | | | | | | | |

| 3.0 | Site Accessibility – Curb Ramps | | | | | | | |
|-----|---------|---------|----------|-----------------|-------|-------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 3.22 | Curb "F"- Accessible Route | There is a designated crosswalk but no curb ramp is provided. | 1127B.1 | Site development and grading shall be designed to provide access to all entrances and exterior ground–floor exits, and access to normal paths of travel, and where necessary to provide access, shall incorporate pedestrian ramps, curb ramps, etc. | N/A | Not Addressed. | 103 | We recommend removing the crosswalk redirecting pedestrian traffic to the North Walkway.<br><br>Provide directional signage at Sir Frances Drake Blvd. entrance guiding pedestrians toward the North Walkway which will be the most efficient accessible route to the Ferry Terminal entrance. |
| **Curb "G"  (west end of accessible parking lot)** | | | | | | | | |
| 3.25 | Curb "G"- Accessible Route | There is a designated crosswalk but no curb ramp is provided. | 1127B.1 | Site development and grading shall be designed to provide access to all entrances and exterior ground–floor exits, and access to normal paths of travel, and where necessary to provide access, shall incorporate pedestrian ramps, curb ramps, etc. | N/A | Not Addressed. | 136,78 | Provide a direct accessible route from the PROW to the entrance of the Ferry Terminal. We recommend providing a new walkway adjacent to the south end of the accessible parking lot that could also integrate the accessible route from each accessible parking space to the Ferry Terminal entrance. |
| **Curb "H"  (west end of accessible parking lot)** | | | | | | | | |
| 3.26 | Curb "H"- Accessible Route | There is a designated crosswalk but no curb ramp is provided. | 1127B.1 | Site development and grading shall be designed to provide access to all entrances and exterior ground–floor exits, and access to normal paths of travel, and where necessary to provide access, shall incorporate pedestrian ramps, curb ramps, etc. | N/A | Not Addressed. | 136,77 | Provide a direct accessible route from the PROW to the entrance of the Ferry Terminal. We recommend providing a new walkway adjacent to the south end of the accessible parking lot that could also integrate the accessible route from each accessible parking space to the Ferry Terminal entrance. |
| **Curb Ramp "J"  (east end of accessible parking lot)** | | | | | | | | |
| 3.27 | Curb Ramp "J"- Grooved Border | There is no grooved border at the top of the curb ramp. | 1127B.5(7) | All curb ramps shall have a grooved border 12" wide at the level surface of the sidewalk along the top and each side approximately ¾" on center. All curb ramps constructed between the face of the curb and the street shall have a grooved border at the level surface of the sidewalk. See Figures 11B–19A and 11B–19B. | N/A | Not Addressed. | 72 | Provide a level max. 2% grooved border at the top of the curb ramp that meet the CBC requirements. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3.0 | Site Accessibility – Curb Ramps | | | | | | | |
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 3.28 | Curb Ramp "J"- Contrasting Color | The curb ramp does not have a contrasting color from that of the adjacent sidewalk. | 1127B.5(6) | The surface of each curb ramp and its flared sides shall be stable, firm and slip–resistant and shall be of contrasting finish from that of the adjacent sidewalk. | 4.7.4 / 4.5 | Surfaces of curb ramps shall comply with 4.5.  Ground and floor surfaces along accessible routes and in accessible rooms and spaces including floors, walks, ramps, stairs, and curb ramps, shall be stable, firm, slip-resistant, and shall comply with 4.5. | 72 | Provide a stable, firm, slip-resistant and contrasting color finish to the curb ramp from that of the sidewalk. |
| 3.29 | Curb Ramp "J"- Detectable Warning | The curb ramp does not have the required DW material (detectable warnings). | 1127B.5(8) | A curb ramp shall have a detectable warning that extends the full width and depth of the curb ramp inside the grooved border when the ramp slope is less than 1 unit vertical to 15 units horizontal (6.7% slope). | 4.7.7 | Curb ramps shall have a detectable warning complying with 4.29.2. The detectable warning shall extend the full width and depth of the curb ramp. | 72 | Provide detectable warning material (truncated domes). We recommend an "in-line" pattern the width of the curb ramp, 24"-36" deep and 6"-8" from toe of curb. |
| 3.30 | Curb Ramp "J"- Uneven Surface | There is a >½" AC bulge where the AC paving meets the gutter. | 1133B.7.1 | Walks and sidewalks subject to these regulations shall have a continuous common surface, not interrupted by steps or by abrupt changes in level exceeding ½" (see Section 1133B.7.3). | 4.3.8 | Changes in levels along an accessible route shall comply with 4.5.2. If an accessible route has changes in level greater than ½" then a curb ramp, ramp, elevator, or platform lift (as permitted in 4.1.3 and 4.1.6) shall be provided that complies with 4.7, 4.8, 4.10, or 4.11, respectively. | 72 | Regrade to provide a smooth continuous surface that meets the CBC and ADAAG requirements. |
| Curb Ramp "K"  (at entrance to Ferry Terminal) | | | | | | | | |
| 3.31 | Curb Ramp "K"- Contrasting Color | The curb ramp does not have a contrasting color from that of the adjacent sidewalk. | 1127B.5(6) | The surface of each curb ramp and its flared sides shall be stable, firm and slip–resistant and shall be of contrasting finish from that of the adjacent sidewalk. | 4.7.4 / 4.5 | Surfaces of curb ramps shall comply with 4.5.  Ground and floor surfaces along accessible routes and in accessible rooms and spaces including floors, walks, ramps, stairs, and curb ramps, shall be stable, firm, slip-resistant, and shall comply with 4.5. | 127-128 | Provide a stable, firm, slip-resistant and contrasting color finish to the curb ramp from that of the sidewalk. |
| 3.32 | Curb Ramp "K"- Detectable Warning | The curb ramp does not have the required DW material (detectable warnings). | 1127B.5(8) | A curb ramp shall have a detectable warning that extends the full width and depth of the curb ramp inside the grooved border when the ramp slope is less than 1 unit vertical to 15 units horizontal (6.7% slope). | 4.7.7 | Curb ramps shall have a detectable warning complying with 4.29.2. The detectable warning shall extend the full width and depth of the curb ramp. | 127-128 | Provide detectable warning material (truncated domes). We recommend an "in-line" pattern the width of the curb ramp, 24"-36" deep and 6"-8" from toe of curb. |

| 3.0 | Site Accessibility – Curb Ramps | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 3.33 | Curb Ramp "K"- Uneven Surface | There is a >½" AC bulge where the AC paving meets the gutter. | 1133B.7.1 | Walks and sidewalks subject to these regulations shall have a continuous common surface, not interrupted by steps or by abrupt changes in level exceeding ½" (see Section 1133B.7.3). | 4.3.8 | Changes in levels along an accessible route shall comply with 4.5.2. If an accessible route has changes in level greater than ½" then a curb ramp, ramp, elevator, or platform lift (as permitted in 4.1.3 and 4.1.6) shall be provided that complies with 4.7, 4.8, 4.10, or 4.11, respectively. | 127-128 | Regrade to provide a smooth continuous surface that meets the CBC and ADAAG requirements. |
| **Curb Ramp "L"  (at island opposite Ferry Terminal entrance)** | | | | | | | | |
| 3.34 | Curb Ramp "L"- Slope | The curb ramp has a 9.6% running slope. | 1127B.5(3) | The slope of curb ramps shall not exceed 1 unit vertical to 12 units horizontal (8.33% slope). | 4.8.2 | The least possible slope shall be used for any ramp. The maximum slope of a ramp in new construction shall be 1:12 (8.33%) | 73-74 | Remove and replace the curb ramp with one that has a max. 8.33% slope and that meets the CBC and ADAAG requirements. |
| 3.35 | Curb Ramp "L"- Contrasting Color | The curb ramp does not have a contrasting color from that of the adjacent sidewalk. | 1127B.5(6) | The surface of each curb ramp and its flared sides shall be stable, firm and slip-resistant and shall be of contrasting finish from that of the adjacent sidewalk. | 4.7.4  4.5 | Surfaces of curb ramps shall comply with 4.5.  Ground and floor surfaces along accessible routes and spaces including floors, walks, ramps, stairs, and curb ramps, shall be stable, firm, slip-resistant, and shall comply with 4.5. | 73-74 | Provide a stable, firm, slip-resistant and contrasting color finish to the curb ramp from that of the sidewalk. |
| 3.36 | Curb Ramp "L"- Detectable Warning | The curb ramp does not have the required DW material (detectable warnings). | 1127B.5(8) | A curb ramp shall have a detectable warning that extends the full width and depth of the curb ramp inside the grooved border when the ramp slope is less than 1 unit vertical to 15 units horizontal (6.7% slope). | 4.7.7 | Curb ramps shall have a detectable warning complying with 4.29.2. The detectable warning shall extend the full width and depth of the curb ramp. | 73-74 | Provide detectable warning material (truncated domes). We recommend an "in-line" pattern the width of the curb ramp, 24"-36" deep and 6"-8" from toe of curb. |
| 3.37 | Curb Ramp "L"- Uneven Surface | There is a >½" AC bulge where the AC paving meets the gutter. | 1133B.7.1 | Walks and sidewalks subject to these regulations shall have a continuous common surface, not interrupted by steps or by abrupt changes in level exceeding ½" (see Section 1133B.7.3). | 4.3.8 | Changes in levels along an accessible route shall comply with 4.5.2. If an accessible route has changes in level greater than ½" then a curb ramp, ramp, elevator, or platform lift (as permitted in 4.1.3 and 4.1.6) shall be provided that complies with 4.7, 4.8, 4.10, or 4.11, respectively. | 73-74 | Regrade to provide a smooth continuous surface that meets the CBC and ADAAG requirements. |
| **Curb Ramp "M" (at island opposite Ferry Terminal entrance)** | | | | | | | | |
| 3.38 | Curb Ramp "M"- Slope | The curb ramp has a 9% running slope. | 1127B.5(3) | The slope of curb ramps shall not exceed 1 unit vertical to 12 units horizontal (8.33% slope). | 4.8.2 | The least possible slope shall be used for any ramp. The maximum slope of a ramp in new construction shall be 1:12 (8.33%) | 75 | Remove and replace the curb ramp with one that has a max. 8.33% slope and that meets the CBC and ADAAG requirements. |

| 3.0 | Site Accessibility – Curb Ramps | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 3.39 | Curb Ramp "M"- Contrasting Color | The curb ramp does not have a contrasting color from that of the adjacent sidewalk. | 1127B.5(6) | The surface of each curb ramp and its flared sides shall be stable, firm and slip-resistant and shall be of contrasting finish from that of the adjacent sidewalk. | 4.7.4 / 4.5 | Surfaces of curb ramps shall comply with 4.5.  Ground and floor surfaces along accessible routes and in accessible rooms and spaces including floors, walks, ramps, stairs, and curb ramps, shall be stable, firm, slip-resistant, and shall comply with 4.5. | 75 | Provide a stable, firm, slip-resistant and contrasting color finish to the curb ramp from that of the sidewalk. |
| 3.40 | Curb Ramp "M"- Detectable Warning | The curb ramp does not have the required DW material (detectable warnings). | 1127B.5(8) | A curb ramp shall have a detectable warning that extends the full width and depth of the curb ramp inside the grooved border when the ramp slope is less than 1 unit vertical to 15 units horizontal (6.7% slope). | 4.7.7 | Curb ramps shall have a detectable warning complying with 4.29.2. The detectable warning shall extend the full width and depth of the curb ramp. | 75 | Provide detectable warning material (truncated domes). We recommend an "in-line" pattern the width of the curb ramp, 24"-36" deep and 6"-8" from toe of curb. |
| 3.41 | Curb Ramp "M"- Bottom Landing Obstruction | The curb ramp feeds into a parking space. | 1127B.5(9) | Curb ramps shall be located or protected to prevent their obstruction by parked cars. | 4.7.8 | Curb ramps shall be located or protected to prevent their obstruction by parked vehicles. | 75 | Eliminate the parking space and stripe as an access aisle and paint "NO PARKING" in the access aisle that meets CBC requirements. |
| Curb "N" (East Walkway at marked crosswalk near Service Building) | | | | | | | | |
| 3.42 | Curb "N"- Accessible Route | There is a designated crosswalk but no curb ramp is provided. | 1127B.1 | Site development and grading shall be designed to provide access to all entrances and exterior ground–floor exits, and access to normal paths of travel, and where necessary to provide access, shall incorporate pedestrian ramps, curb ramps, etc. | N/A | Not Addressed. | 118, 120 | Renovate crosswalk area to provide a continuous even surface and curb ramps at both ends that meets CBC and ADAAG requirements. |
| Curb "P" (East Walkway at marked crosswalk near Service Building) | | | | | | | | |
| 3.43 | Curb "P"- Accessible Route | There is a designated crosswalk but no curb ramp is provided. | 1127B.1 | Site development and grading shall be designed to provide access to all entrances and exterior ground–floor exits, and access to normal paths of travel, and where necessary to provide access, shall incorporate pedestrian ramps, curb ramps, etc. | N/A | Not Addressed. | 117, 119, 121 | Renovate crosswalk area to provide a continuous even surface and curb ramps at both ends that meets CBC and ADAAG requirements. |

# 4. Larkspur Ferry Terminal

| 4.0 | Larkspur Ferry Terminal | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 4.1 | Ticket Counter-Height | The ticket counter height is 42" AFF and there is no lowered section provided. | 1122B.4 | The tops of tables and counters shall be 28" to 34" from the floor or ground. | 7.2 (2) | In areas used for transactions that may not have a cash register but at which goods or services are sold or distributed including, but not limited to, ticketing counters, teller stations, registration counters in transient lodging facilities, information counters, box office counters and library check-out areas; either: (i) a portion of the main counter which is a minimum of 36 in (915 mm) in length shall be provided with a maximum height of 36 in (915 mm); or (ii) an auxiliary counter with a maximum height of 36 in (915 mm) in close proximity to the main counter shall be provided; or (iii) equivalent facilitation shall be provided (e.g., at a hotel registration counter, equivalent facilitation might consist of: (1) provision of a folding shelf attached to the main counter on which an individual with a disability can write, and (2) use of the space on the side of the counter or at the concierge desk, for handing materials back and forth). | 15 | Provide a lowered section at the ticket counter between 28" to 34" AFF and at least 36" wide that meets CBC requirements. |
| 4.2 | Ticket Counter-Audio Speaker Height | The audio speaker height is 54½" AFF. | 1118B.5 | Forward Reach. If the clear floor space allows only forward approach to an object, the maximum high forward reach allowed shall be 48" AFF. | 4.27.3 | Height. The highest operable part of controls, dispensers, receptacles, and other operable equipment shall be placed within at least one of the reach ranges specified in 4.2.5 and 4.2.6. | 15 | Lower the audio speaker to a max. 48". |
| | | | 1118B.6 | Side Reach. If the clear floor space allows parallel approach to an object, the maximum high side reach allowed shall be 54" AFF with a max. 10" deep reach. | 4.2.5 | If the clear floor space allows only forward approach to an object, the maximum high forward reach allowed shall be 48" AFF. | | |
| | | | | | 4.2.6 | If the clear floor space allows parallel approach to an object, the maximum high side reach allowed shall be 54" AFF. | | |

| 4.0 Larkspur Ferry Terminal | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 4.3 | TransLink Controls-Height | The TransLink controls are at 49" AFF. | 1118B.5 | Forward Reach. If the clear floor space allows only forward approach to an object, the maximum high forward reach allowed shall be 48" AFF. | 4.27.3 | Height. The highest operable part of controls, dispensers, receptacles, and other operable equipment shall be placed within at least one of the reach ranges specified in 4.2.5 and 4.2.6. | 18 | Lower the key pad and call button to a max. 48" AFF. |
| | | | 1118B.6 | Side Reach. If the clear floor space allows parallel approach to an object, the maximum high side reach allowed shall be 54" AFF with a max. 10" deep reach. | 4.2.5 | If the clear floor space allows only forward approach to an object, the maximum high forward reach allowed shall be 48" AFF. | | |
| | | | | | 4.2.6 | If the clear floor space allows parallel approach to an object, the maximum high side reach allowed shall be 54" AFF. | | |
| 4.4 | Public Telephone-Button Height | The public telephone highest buttons are at 56" AFF. | 1117B.2.6 | The highest operable part of the telephone shall be within the reach ranges specified in Sections 1118B.5 and 1118B.6. Telephones mounted diagonally in a corner that require wheelchair users to reach diagonally shall have the highest operable part no higher than 54" above the floor. See Figure 11B-4. | 4.31.3 | The highest operable part of the telephone shall be within the reach ranges specified in 4.2.5 or 4.2.6. | 22 | Lower the telephone so that the highest controls are at a max. 48" AFF. |
| | | | | | 4.2.5 | If the clear floor space only allows forward approach to an object, the maximum high forward reach allowed shall be 48". (see Fig. 5(a).) | | |
| | | | | | 4.2.6 | If the clear floor space allows parallel approach by a person in a wheelchair, the maximum high side reach allowed shall be 54" above the floor (Fig. 6(a) and (b)). | | |
| 4.5 | Public Telephone-Volume Control | The public telephone volume control is 62" AFF. | 1117B.2.6 | The highest operable part of the telephone shall be within the reach ranges specified in Sections 1118B.5 and 1118B.6. Telephones mounted diagonally in a corner that require wheelchair users to reach diagonally shall have the highest operable part no higher than 54" above the floor. See Figure 11B-4. | 4.31.3 | The highest operable part of the telephone shall be within the reach ranges specified in 4.2.5 or 4.2.6. | 22 | Lower the telephone so that the highest controls are at a max. 48" AFF. |
| | | | | | 4.2.5 | If the clear floor space only allows forward approach to an object, the maximum high forward reach allowed shall be 48". (see Fig. 5(a).) | | |
| | | | | | 4.2.6 | If the clear floor space allows parallel approach by a person in a wheelchair, the maximum high side reach allowed shall be 54" above the floor (Fig. 6(a) and (b)). | | |

| 4.0 | Larkspur Ferry Terminal | | | | | | | |
|-----|------|---------|----------|-----------------|-------|-----------------|-------|----------------|
| **Item** | **Element** | **Barrier** | **2001-CBC** | **CBC Requirements** | **ADAAG** | **ADAAG Requirements** | **Photo** | **Recommendation** |
| 4.6 | Public Telephone-Handset Signage | There is no handset signage posted. | 1117B.2.8 | Public telephones with volume control shall be hearing aid compatible and shall be identified by a sign containing a depiction of a telephone handset with radiating sound waves. | 4.30.7 (2) | Volume Control Telephones. Telephones required to have a volume control by 4.1.3(17)(b) shall be identified by a sign containing a depiction of a telephone handset with radiating sound waves. | 22 | Post handset signage that meets the CBC and ADAAG requirements. |
| **Stairs** | | | | | | | | |
| 4.7 | Stairs-Intermediate Handrails | The exterior stairs leading to the Waiting Room have lengths ranging from 12'-0" to 16'-6" and there are no intermediate handrails provided. | 1133B4.1.1 | Every stairway required to be more than 88" in width shall be provided with not less than one intermediate handrail for each 88" of required width. Intermediate handrails shall be spaced approximately equally across with the entire width of the stairway. | N/A | Not Addressed. | 19-21 23-24 37-39 | Add intermediate handrails where required that meet CBC and ADAAG requirements. |
| **Ramp** | | | | | | | | |
| 4.8 | Lower Ramp-Slope | The lower ramp has slopes ranging from 10.5%-12.2%. | 1133B.5.3 | The maximum slope of a ramp that serves any exit way, provides access for persons with physical disabilities or is in the path of travel shall be 1:12 of horizontal run (8.3% gradient). | 4.8.2 | The least possible slope shall be used for any ramp. The maximum slope of a ramp in new construction shall be 1:12. | 40-42 | Remove and replace the ramp to meet CBC and ADAAG requirements. |
| 4.9 | Upper Ramp-Slope | The upper ramp has slopes ranging from 10.4%-12.9%. | 1133B.5.3 | The maximum slope of a ramp that serves any exit way, provides access for persons with physical disabilities or is in the path of travel shall be 1:12 of horizontal run (8.3% gradient). | 4.8.2 | The least possible slope shall be used for any ramp. The maximum slope of a ramp in new construction shall be 1:12. | 40-42 | Remove and replace the ramp to meet CBC and ADAAG requirements. |
| 4.10 | Ramp Bottom Landing-Length | The bottom landing has a length ranging from 27"-50" long. | 1133B.5.4.5 1133B.5.4.6 1133B.5.4.7 | At bottom and intermediate landings, the width shall be at least the same as required for the ramps. Intermediate and bottom landings at a change of direction in excess of 30 degrees shall have a dimension in the direction of ramp run of not less than 72" to accommodate the handrail extension. | 4.8.4 (1)(2)(3) | Ramps shall have level landings at bottom and top of each ramp and each ramp run. Landings shall have the following features: (1) The landing shall be at least as wide as the ramp run leading to it. (2) The landing length shall be a minimum of 60" clear. (3) If ramps change direction at landings, the minimum landing size shall be 60"x 60". | 40-42 | Remove and replace the ramp to meet CBC and ADAAG requirements. |

| 4.0 | Larkspur Ferry Terminal | | | | | | | |
|-----|---------|---------|----------|------------------|-------|------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 4.11 | Ramp Intermediate Landing-Slope | The intermediate landing has a 2.3% slope. | 1133B.5.4.1 | Level ramp landings shall be provided at the top and bottom of each ramp. Landing shall be level as specified in the definition of "level area" in Section 202. | 4.8.4 (1) | Ramps shall have level landings at bottom and top of each ramp and each ramp run. | 40-42 | Remove and replace the ramp to meet CBC and ADAAG requirements. |
| 4.12 | Ramp Top Landing-Length | The top landing has a length ranging from 25"-49" long. | 1133B.5.4.2 | Top landings shall be not less than 60" wide and shall have a length of not less than 60" in the direction of ramp run. | 4.8.4 (1)(2)(3) | Ramps shall have level landings at bottom and top of each ramp and each ramp run. Landings shall have the following features: (1) The landing shall be at least as wide as the ramp run leading to it. (2) The landing length shall be a minimum of 60" clear. | 40-42 | Remove and replace the ramp to meet CBC and ADAAG requirements. |
| **Waiting Area Room** | | | | | | | | |
| 4.13 | All Entry Doors (3-sets of double swing doors)-Door Force | All the entry doors require a range of 11lbs.-20lbs. of force to open. | 1133B.2.5 | Maximum effort to operate doors may not exceed 5-pounds) for exterior and interior doors. When fire doors are required, the maximum effort to operate the door may be increased to the minimum allowable by the appropriate administrative authority, not to exceed 15 pounds. | 4.13.11 | Interior-5 lbs Exterior-*reserved* | 28, 35-36 | Replace or adjust closers to provide the max. 5lb. force for each door. |
| 4.14 | All Entry Doors (3-sets of double swing doors)-ISA Signage | All the entry doors do not display the International Symbol of Accessibility (ISA). | 1117B.5.8.1 .2 | All accessible building entrances must be identified with the International Symbol of Accessibility (ISA). | 4.30.7 | Facilities and elements required to be identified as accessible by 4.1 shall use the International Symbol of Accessibility (ISA). | 28, 35-36 | Post ISA signage at all entrances. |
| 4.15 | Drinking Fountain- | There are no wing walls provided at the drinking fountains. | 1117B.1.2 (2) | Wing walls shall be provided on each side of the water fountain. The wing walls shall project out from the supporting wall at least as far as the water fountain to within 6" of the surface of the path of travel. There shall also be a minimum of 32" clear between the wing walls. | N/A | Not addressed. | 33 | Provided wing walls on either side of the drinking fountains that meet CBC requirements. |

| Berth #1 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4.16 | Gangway-Slope | The slope of the gangway at the time of the 5-29-08 inspection was 9.6%-10% and 10.4 – 11.1%. The top part of the gangway ramp has compound slopes absent level landings between elevation changes. | 1132B.1(4) 1133B.5.3 | Boat docks. Boat docks, fishing piers, etc., shall be accessible. The maximum slope of a ramp that serves any exit way, provides access for persons with physical disabilities or is in the path of travel shall be 1:12 of horizontal run (8.3% gradient). | 4.8.2 | The least possible slope shall be used for any ramp. The maximum slope of a ramp in new construction shall be 1:12. | 202-205 | Replace gangway ramp to maintain slopes in accordance with the CBC standards or provide a mechanical means of access such as the Ramprider system. |
| 4.17 | Gangway-Handrails | Handrails are not provided on both side of the ramp and are not continuous along the full length of the ramp. | 1133B.5.5.1 | Handrails shall be placed on each side of each ramp, shall be continuous the full length of the ramp. | 4.8.5 | If a ramp run has a rise greater than 6" or a horizontal projection greater than 72", then it shall have handrails on both sides. Gripping surfaces shall be continuous. | 202-205 | Provide handrails on both sides continuous along the full length of the ramp. |
| 4.18 | Gangway-Handrails | The handrails are 2" OD and 33" AFF. | 1133B.5.5.1 | 1¼" to 1½" O.D. maximum and 34" AFF. | 4.8.5 4.26.2 | Top of handrail gripping surfaces shall be mounted between 34" and 38" above ramp surfaces. The diameter or width of the gripping surfaces of a handrail or grab bar shall be 1¼" to 1½" O.D. | 204 | Replace handrails to achieve proper dimensions and heights. |
| 4.19 | Gangway-Exit Route | The exit route from the gangway (fixed) has a 5%-7% slope with a handrail only at one side. | 1133B.5.5.1 | Handrails shall be placed on each side of each ramp, shall be continuous the full length of the ramp. | 4.8.5 | If a ramp run has a rise greater than 6" or a horizontal projection greater than 72", then it shall have handrails on both sides. Gripping surfaces shall be continuous. | 281 282 | Provide handrails on both sides continuous along the full length of the ramp. |
| 4.20 | Gangway-Gaps | The horizontal gaps along the side of the exit route have 1" wide openings | 1133B.7.2 | Walks, sidewalks and pedestrian ways shall be free of gratings whenever possible. For gratings located in the surface of any of these areas, grid openings in gratings shall be limited to ½" wide in the direction of traffic flow. | 4.5.4 | If gratings are located in walking surfaces, then they shall have spaces no greater than ½" wide in one direction (see Fig. 8(g)). If gratings have elongated openings, then they shall be placed so that the long dimension is perpendicular to the dominant direction of travel (see Fig. 8(h)). | None | Cover horizontal openings. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4.21 | Exit Gate-Bottom Smooth Surface | The emergency exit gate has no kickplate on the push side. | 1133B.2.6 | The bottom 10" of all doors except automatic and sliding shall have a smooth, uninterrupted surface to allow the door to be opened by a wheelchair footrest without creating a trap or hazardous condition. Where narrow frame doors are used, a 10" high smooth panel shall be installed on the push side of the door, which will allow the door to be opened by a wheelchair footrest without creating a trap or hazardous condition. | 10.3.1 (7) | Gates which must be pushed open by wheelchair or mobility aid users shall have a smooth continuous surface extending from 2 inches above the floor to 27 inches above the floor and shall comply with 4.13. | 282 | Install a kickplate on the push side of the gate in accordance with the ADAAG requirements. |
| **Berth #2** | | | | | | | | |
| 4.22 | Gangway-Slope | The slope of the gangways at the time of the 5-29-08 inspection was 4.1% <br><br> The top part of the gangway ramp has compound slopes absent level landings between elevation changes. | 1132B.1(4) <br><br> 1133B.5.3 | Boat docks. Boat docks, fishing piers, etc., shall be accessible. <br><br> The maximum slope of a ramp that serves any exit way, provides access for persons with physical disabilities or is in the path of travel shall be 1:12 of horizontal run (8.3% gradient). | 4.8.2 | The least possible slope shall be used for any ramp. The maximum slope of a ramp in new construction shall be 1:12. | 275 | Replace gangway ramp to maintain slopes in accordance with the CBC standards or provide a mechanical means of access such as the Ramprider system. |
| 4.23 | Gangway-Handrails | Handrails are not provided on both side of the ramp and are not continuous along the full length of the ramp. | 1133B.5.5.1 | Handrails shall be placed on each side of each ramp, shall be continuous the full length of the ramp. | 4.8.5 | If a ramp run has a rise greater than 6" or a horizontal projection greater than 72", then it shall have handrails on both sides. Gripping surfaces shall be continuous. | 275 | Provide handrails on both sides continuous along the full length of the ramp. |
| 4.24 | Gangway-Handrails | The handrails are 2" OD and 33" AFF. | 1133B.5.5.1 | 1¼" to 1½" O.D. maximum and 34" AFF. | 4.8.5 <br><br> 4.26.2 | Top of handrail gripping surfaces shall be mounted between 34" and 38" above ramp surfaces. <br><br> The diameter or width of the gripping surfaces of a handrail or grab bar shall be 1¼" to 1½" O.D. | 275 | Replace handrails to achieve proper dimensions and heights. |
| 4.25 | Gangway-Exit Route | The exit route from the gangway (fixed) has a 5%-7% slope with a handrail only at one side. | 1133B.5.5.1 | Handrails shall be placed on each side of each ramp, shall be continuous the full length of the ramp. | 4.8.5 | If a ramp run has a rise greater than 6" or a horizontal projection greater than 72", then it shall have handrails on both sides. Gripping surfaces shall be continuous. | 276 <br> 277 | Provide handrails on both sides continuous along the full length of the ramp. |

| 4.26 | Gangway-Gaps | The horizontal gaps along the side of the exit route have 1" wide openings | 1133B.7.2 | Walks, sidewalks and pedestrian ways shall be free of gratings whenever possible. For gratings located in the surface of any of these areas, grid openings in gratings shall be limited to ¼" wide in the direction of traffic flow. | 4.5.4 | If gratings are located in walking surfaces, then they shall have spaces no greater than ½" wide in one direction (see Fig. 8(g)). If gratings have elongated openings, then they shall be placed so that the long dimension is perpendicular to the dominant direction of travel (see Fig. 8(h)). | 278 | Cover horizontal openings. |
|------|--------------|-----------------------------------------------------------------------------|-----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|-----------------------------|
| 4.27 | Exit Gate-Bottom Smooth Surface | The emergency exit gate has no kickplate on the push side. | 1133B.2.6 | The bottom 10" of all doors except automatic and sliding shall have a smooth, uninterrupted surface to allow the door to be opened by a wheelchair footrest without creating a trap or hazardous condition. Where narrow frame doors are used, a 10" high smooth panel shall be installed on the push side of the door, which will allow the door to be opened by a wheelchair footrest without creating a trap or hazardous condition. | N/A | Not addressed. | 279 | Install a kickplate on the push side of the gate in accordance with the CBC standards. |
| **Berth #3** | | | | | | | | | |
| 4.28 | Gangway-Slope | The slope of the gangways at the time of the 5-29-08 inspection was 11.3% with a 9.7% slope from the gangway to the deck.  The moveable section has a 20.1% slope at the base and a 15.2% slope for the balance. | 1132B.1(4)  1133B.5.3 | Boat docks. Boat docks, fishing piers, etc., shall be accessible.  The maximum slope of a ramp that serves any exit way, provides access for persons with physical disabilities or is in the path of travel shall be 1:12 of horizontal run (8.3% gradient). | 4.8.2 | The least possible slope shall be used for any ramp. The maximum slope of a ramp in new construction shall be 1:12. | 263-292 | Replace gangway ramp to maintain slopes in accordance with the CBC standards or provide a mechanical means of access such as the Ramprider system. |
| 4.29 | Gangway-Exit Route | The exit route from the gangway (fixed) has a 5%-7% slope with a handrail only at one side. | 1133B.5.5.1 | Handrails shall be placed on each side of each ramp, shall be continuous the full length of the ramp. | 4.8.5 | If a ramp run has a rise greater than 6" or a horizontal projection greater than 72", then it shall have handrails on both sides. Gripping surfaces shall be continuous. | None | Provide handrails on both sides continuous along the full length of the ramp. |
| 4.30 | Gangway-Gaps | The horizontal gaps along the side of the exit route have 1" wide openings | 1133B.7.2 | Walks, sidewalks and pedestrian ways shall be free of gratings whenever possible. For gratings located in the surface of any of these areas, grid openings in gratings shall be limited to ¼" wide in the direction of traffic flow. | 4.5.4 | If gratings are located in walking surfaces, then they shall have spaces no greater than ½" wide in one direction (see Fig. 8(g)). If gratings have elongated openings, then they shall be placed so that the long dimension is perpendicular to the dominant direction of travel (see Fig. 8(h)). | None | Cover horizontal openings. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4.31 | Exit Gate-Bottom Smooth Surface | The emergency exit gate has no kickplate on the push side. | 1133B.2.6 | The bottom 10" of all doors except automatic and sliding shall have a smooth, uninterrupted surface to allow the door to be opened by a wheelchair footrest without creating a trap or hazardous condition. Where narrow frame doors are used, a 10" high smooth metal panel shall be installed on the push side of the door, which will allow the door to be opened by a wheelchair footrest without creating a trap or hazardous condition. | 10.3.1 (7) | Gates which must be pushed open by wheelchair or mobility aid users shall have a smooth continuous surface extending from 2 inches above the floor to 27 inches above the floor and shall comply with 4.13. | None | Install a kickplate on the push side of the gate in accordance with the ADAAG requirements. |

## 5. Larkspur Public Restrooms

| 5.0 | Women's Restroom | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 5.1 | Main Entrance-Door Force | The door requires 12lbs. of force to open. | 1133B.2.5 | Maximum effort to operate doors may not exceed 5-pounds) for exterior and interior doors,<br><br>When fire doors are required, the maximum effort to operate the door may be increased to the minimum allowable by the appropriate administrative authority, not to exceed 15 pounds. | 4.13.11 | Interior-5 lbs<br>Exterior-*reserved* | 1 | Replace or adjust closer to provide the max. 5lb. force. |
| 5.2 | Main Entrance- Pull Side Strike Side Clearance | There is a trash can obstructing the strike side clearance. | 1133B.2.4 | On the side toward which an interior door swings, 18" of clear space is required beyond the strike-edge (latch side) of the door. 24" is preferred. | Fig 25 | On the side toward which an interior door swings, 18" of clear space is required beyond the strike-edge (latch side) of the door. 24" is preferred. | 1 | Remove the trash can from the strike side clearance of the door. |
| 5.3 | Accessible Route- Width | The path of travel to the accessible stall is 37" wide as one enters the lavatory and toilet stalls area. | 1115B.7.1.4 | A clear, unobstructed route of not less than 44" shall be provided to water closet compartments designed for use by persons with disabilities. | Fig. 30 | Min. 42" latch approach only. Min. 48" other approaches. | 2 | Provide a min. 44" wide POT to the accessible toilet stall. |
| 5.4 | Toilet Stall Door- Landing Depth | The landing depth at the pull side of the toilet stall door is 44½" deep. | 1115B.7.1.4 | The space immediately in front of a toilet compartment shall not be less than 44" as measured at right angles to compartment door in its closed position. | Fig. 30 | Min. 42" latch approach only. Min. 48" other approaches. | 4 | Provide a minimum 48" deep landing. |

| 5.0 | Women's Restroom | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 5.5 | Toilet Stall Door- Opening | The baby changing table is encroaching into the landing clear floor space preventing the stall door to open at least 90 degrees. | 1133B.2.2 | When installed in exit doorways, exit doors shall be capable of opening at least 90 degrees. | 4.13.5 | Doorways shall have a min. clear opening of 32" with the door open 90 degrees. | 4 | Relocate the changing table |
| 5.6 | Toilet Stall- Width | The stall is 36½" wide and it is not accessible. | 1115B.7.1.3 | The stall shall be a minimum of 60" wide. | 4.17.3 Fig. 30 | The stall shall be a minimum of 60" wide. | 5 | Provide an accessible stall in accordance with the requirements. |
| 5.7 | Toilet- Centerline | The toilet is mounted 18½" to the centerline. | 1115B.7.1.3 | 18" minimum/maximum | Fig. 28 | 18" minimum/maximum | 5 | Relocate the toilet to the required 18" to the CL. |
| 5.8 | Accessories- Seat Cover Dispenser | The seat cover dispenser is mounted 42" AFF. | 1115B.9.2 | Where towel, sanitary napkins, waste receptacles, and other similar dispensing and disposal fixtures are provided, at least one of each type shall be located with all operable parts, including coin slots, within 40" AFF. | 4.27.3<br><br>4.2.5 & 6 | The highest operable part of controls, dispensers, receptacles, and other operable equipment shall be placed at least one of the reach ranges specified. Forward reach is 48" maximum Side reach is 54" maximum | 5 | Lower the dispenser to 40" AFF maximum to the highest operable part. |
| 5.9 | Lavatory- Knee Clearance at Apron | The knee clearance under the front apron of the lavatory is 27½" AFF. | 1115B.2.1.2.1 | All lavatories that are designated to be accessible shall have a vertical clearance measured from the bottom of the apron or the outside bottom edge of the lavatory of 29". Knee clearance below the lavatory shall extend a minimum of 30" in width by 17" in depth. See Figure 11B-1D. | 4.19.2 | Provide a clearance of at least 29" AFF to the bottom of the apron. | 3 | Provide the required clearance under the lavatory. |
| 5.10 | Lavatory- Knee Clearance at 8" Back | The knee clearance 8" back from the front face of the lavatory is 26½" AFF. | 1115B.2.1.2.1 | 27" at a point located 8" back from the front edge.<br><br>Knee clearance below the lavatory shall extend a minimum of 30" in width by 17" in depth. See Figure 11B-1D. | Fig. 31 | 27" minimum AFF to the underside of the lavatory which extends 8" minimum measured from the front edge underneath the lavatory back towards the wall. | 3 | Provide the required clearance under the lavatory. |
| 5.11 | Accessories- Soap Dispenser | The soap dispenser is mounted 47½" AFF. | 1115B.9.2 | Towel, sanitary napkins, waste receptacles. Where towel, sanitary napkins, waste receptacles, and other similar dispensing and disposal fixtures are provided, at least one of each type shall be located with all operable parts, including coin slots, within 40" AFF. | 4.27.3<br><br>4.2.5 & 6 | The highest operable part of controls, dispensers, receptacles, and other operable equipment shall be placed within at least one of the reach ranges specified. Forward reach is 48" maximum Side reach is 54" maximum | 3 | Lower the dispenser to 40" AFF maximum to the highest operable part. |

| 5.0 | Women's Restroom | | | | | | | |
|-----|---------|---------|----------|-----------------|-------|------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 5.12 | Accessories- Baby Changing Table | The baby changing table handle is at 49" AFF. | 1115B.9.2 | Towel, sanitary napkins, waste receptacles. Where towel, sanitary napkins, waste receptacles, and other similar dispensing and disposal fixtures are provided, at least one of each type shall be located with all operable parts, including coin slots, within 40" AFF. | 4.27.3<br><br>4.2.5 & 6 | The highest operable part of controls, dispensers, receptacles, and other operable equipment shall be placed within at least one of the reach ranges specified. Forward reach is 48" maximum Side reach is 54" maximum | 4 | Lower the handle to 40" AFF maximum. |
| 5.13 | Accessories- Baby Changing Table | The baby changing table when deployed is at 36" AFF. | 1122B.4 | The tops of tables and counters shall be 28" to 34" from the floor or ground. | 4.32.4 | The tops of accessible tables and counters shall be from 28" to 34" AFF. | 4 | Lower the table so that when deployed, the horizontal surface is no higher than 34" AFF. |

| 5.0 | Men's Restroom | | | | | | | |
|-----|---------|---------|----------|-----------------|-------|------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 5.14 | Main Entrance- Door Force | The door requires 12lbs. of force to open. | 1133B.2.5 | Maximum effort to operate doors may not exceed 5-pounds) for exterior and interior doors.<br><br>When fire doors are required, the maximum effort to operate the door may be increased to the minimum allowable by the appropriate administrative authority, not to exceed 15 pounds. | 4.13.11 | Interior-5 lbs Exterior-*reserved* | 7 | Replace or adjust closer to provide the max. 5lbs force. |
| 5.15 | Main Entrance- Pull Side Strike Side Clearance | There is a trash can obstructing the strike side clearance. | 1133B.2.4 | On the side toward which an interior door swings, 18" of clear space is required beyond the strike-edge (latch side) of the door. 24" is preferred. | Fig 25 | On the side toward which an interior door swings, 18" of clear space is required beyond the strike-edge (latch side) of the door. 24" is preferred. | 7 | Remove the trash can from the strike side clearance of the door. |
| 5.16 | Accessible Route- Width | The path of travel to the accessible stall is 36½" wide as one enters the lavatory and toilet stalls area. | 1115B.7.1.4 | A clear, unobstructed route of not less than 44" shall be provided to water closet compartments designed for use by persons with disabilities. | Fig. 30 | Min. 42" latch approach only. Min. 48" other approaches. | 9 | Provide a min. 44" wide POT to the accessible toilet stall. |
| 5.17 | Toilet Stall Door- Landing Depth | The landing depth at the pull side of the toilet stall door is 40" deep due to the encroachment of the urinal stall. | 1133B.2.4 | On the side toward which an interior door swings, 18" of clear space is required beyond the strike-edge (latch side) of the door. 24" is preferred. | Fig 25 | On the side toward which an interior door swings, 18" of clear space is required beyond the strike-edge (latch side) of the door. 24" is preferred. | 10 | Provide a minimum 48" deep landing. |

| 5.0 | Men's Restroom | | | | | | | |
|-----|----------------|---------|----------|------------------|-------|------------------|-------|----------------|
| **Item** | **Element** | **Barrier** | **2001-CBC** | **CBC Requirements** | **ADAAG** | **ADAAG Requirements** | **Photo** | **Recommendation** |
| 5.18 | Toilet Stall Door- Opening | The baby changing table is encroaching into the landing clear floor space preventing the stall door to open at least 90 degrees. | 1133B.2.2 | When installed in exit doorways, exit doors shall be capable of opening at least 90 degrees. | 4.13.5 | Doorways shall have a min. clear opening of 32" with the door open 90 degrees. | 10 | Relocate the changing table. |
| 5.19 | Toilet Stall Door- Latch | The stall latch requires tight grasping or twisting to operate. | 1115B.7.1.4 | The latch shall be flip–over style, sliding, or other hardware not requiring the user to grasp or twist. | 4.13.9 | Handles, pulls, latches, locks, and other operating devices on accessible doors shall have a shape that is easy to grasp with one hand and does not require tight grasping, tight pinching, or twisting of the wrist to operate. Lever-operated mechanisms, push-type mechanisms, and U-shaped handles are acceptable designs. | 13 | Replace the stall latch with a compliant model. |
| 5.20 | Toilet Stall- Width | The stall is 36" wide and it is not accessible. | 1115B.7.1.3 | The stall shall be a minimum of 60" wide. | 4.17.3 Fig. 30 | The stall shall be a minimum of 60" wide. | 12 | Provide an accessible stall in accordance with the requirements. |
| 5.21 | Toilet- Centerline | The toilet is mounted 18½" to the centerline. | 1115B.7.1.3 | 18" minimum/maximum | Fig. 28 | 18" minimum/maximum | 12 | Relocate the toilet to the required 18" to the CL. |
| 5.22 | Urinal- Alcove Width | The urinal alcove is 26½" wide due to the encroachment of the baby changing table. | 1115B.9.4 | A clear floor space 30" by 48" in front of the urinal to allow forward approach. | 4.18.3 | Urinal shields that do not extend beyond the front edge of the urinal rim may be provided with 29" clearance between them. | 11 | Relocate the changing table in order to provide 30" of clear width. |
| 5.23 | Lavatory- Knee Clearance at Apron | The knee clearance under the front apron of the lavatory is 27½" AFF. | 1115B.2.1.2.1 | All lavatories that are designated to be accessible shall have a vertical clearance measured from the bottom of the apron or the outside bottom edge of the lavatory of 29". Knee clearance below the lavatory shall extend a minimum of 30" in width by 17" in depth. See Figure 11B-1D. | 4.19.2 | Provide a clearance of at least 29" AFF to the bottom of the apron. | 14 | Provide the required clearance under the lavatory. |
| 5.24 | Lavatory- Knee Clearance at 8" Back | The knee clearance 8" back from the front face of the lavatory is 26½" AFF. | 1115B.2.1.2.1 | 27" at a point located 8" back from the front edge.<br><br>Knee clearance below the lavatory shall extend a minimum of 30" in width by 17" in depth. See Figure 11B-1D. | Fig. 31 | 27" minimum AFF to the underside of the lavatory which extends 8" minimum measured from the front edge underneath the lavatory back towards the wall. | 14 | Provide the required clearance under the lavatory. |

| 5.0 | Men's Restroom | | | | | | | |
|------|---------|---------|----------|------------------|-------|------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 5.25 | Accessories- Soap Dispenser | The soap dispenser is mounted 46½" AFF. | 1115B.9.2 | Towel, sanitary napkins, waste receptacles. Where towel, sanitary napkins, waste receptacles, and other similar dispensing and disposal fixtures are provided, at least one of each type shall be located with all operable parts, including coin slots, within 40" AFF. | 4.27.3 / 4.2.5 & 6 | The highest operable part of controls, dispensers, receptacles, and other operable equipment shall be placed within at least one of the reach ranges specified. Forward reach is 48" maximum Side reach is 54" maximum | 14 | Lower the dispenser to 40" AFF maximum to the highest operable part. |
| 5.26 | Accessories- Baby Changing Table | The baby changing table handle is at 49" AFF. | 1115B.9.2 | Towel, sanitary napkins, waste receptacles. Where towel, sanitary napkins, waste receptacles, and other similar dispensing and disposal fixtures are provided, at least one of each type shall be located with all operable parts, including coin slots, within 40" AFF. | 4.27.3 / 4.2.5 & 6 | The highest operable part of controls, dispensers, receptacles, and other operable equipment shall be placed within at least one of the reach ranges specified. Forward reach is 48" maximum Side reach is 54" maximum | 4 | Lower the handle to 40" AFF maximum. |
| 5.27 | Accessories- Baby Changing Table | The baby changing table when deployed is at 36" AFF. | 1122B.4 | The tops of tables and counters shall be 28" to 34" from the floor or ground. | 4.32.4 | The tops of accessible tables and counters shall be from 28" to 34" AFF. | 4 | Lower the table so that when deployed, the horizontal surface is no higher than 34" AFF. |

# 6. San Francisco Ferry Terminal (Larkspur Side)

| 6.0 | San Francisco Ferry Terminal (Larkspur Side) | | | | | | | |
|------|---------|---------|----------|------------------|-------|------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 6.1 | Ticket Window- Deposit Slot | The ticket deposit slot is 63" AFF. | 1118B.5 | Forward Reach. If the clear floor space allows only forward approach to an object, the maximum high forward reach allowed shall be 48" AFF. | 4.27.3 | Height. The highest operable part of controls, dispensers, receptacles, and other operable equipment shall be placed within at least one of the reach ranges specified in 4.2.5 and 4.2.6. | 239 | Provide a lowered ticket slot no higher than 48" AFF. |
| | | | 1118B.6 | Side Reach. If the clear floor space allows parallel approach to an object, the maximum high side reach allowed shall be 54" AFF with a max. 10" deep reach. | 4.2.5 | If the clear floor space allows only forward approach to an object, the maximum high forward reach allowed shall be 48" AFF. | | |
| | | | | | 4.2.6 | If the clear floor space allows parallel approach to an object, the maximum high side reach allowed shall be 54" AFF. | | |

| 6.0 | San Francisco Ferry Terminal (Larkspur Side) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 6.2 | Public Telephone- Height | The public telephone highest controls are at 56" AFF. | 1117B.2.6 | The highest operable part of the telephone shall be within the reach ranges specified in Sections 1118B.5 and 1118B.6. Telephones mounted diagonally in a corner that require wheelchair users to reach diagonally shall have the highest operable part no higher than 54" above the floor. See Figure 11B–4. | 4.31.3<br><br>4.2.5<br><br>4.2.6 | The highest operable part of the telephone shall be within the reach ranges specified in 4.2.5 or 4.2.6.<br><br>If the clear floor space only allows forward approach to an object, the maximum high forward reach allowed shall be 48". (see Fig. 5(a)).<br><br>If the clear floor space allows parallel approach by a person in a wheelchair, the maximum high side reach allowed shall be 54" above the floor (Fig. 6(a) and (b)). | 238 | Lower the telephone so that the highest controls are at a max. 48" AFF that meets all accessible requirements. |
| 6.3 | Pedestrian Gate- Bottom Smooth Surface | The pedestrian gate has no kickplate on the push side. | 1133B.2.6 | The bottom 10" of all doors except automatic and sliding shall have a smooth, uninterrupted surface to allow the door to be opened by a wheelchair footrest without creating a trap or hazardous condition. Where narrow frame doors are used, a 10" high smooth panel shall be installed on the push side of the door, which will allow the door to be opened by a wheelchair footrest without creating a trap or hazardous condition. | 10.3.1 (7) | Gates which must be pushed open by wheelchair or mobility aid users shall have a smooth continuous surface extending from 2 inches above the floor to 27 inches above the floor and shall comply with 4.13. | 241<br>243 | Install a kickplate on the push side of the gate in accordance with the ADAAG requirements. |
| 6.4 | Pedestrian Gate- Latch | The latch on the inside of the gate requires G&P. | 1133B.2.5.1 | Latching and locking doors that are hand activated and which are in a path of travel shall be operable with a single effort by lever-type hardware, panic bars, push-pull activating bars or other hardware designed to provide passage without requiring the ability to grasp the opening hardware. | 4.13.9 | Door Hardware. Handles, pulls, latches, locks, and other operating devices on accessible doors shall have a shape that is easy to grasp with one hand and does not require tight grasping, tight pinching, or twisting of the wrist to operate. | 243 | Replace gate hardware. |

| 6.0 | San Francisco Ferry Terminal (Larkspur Side) | | | | | | | |
|------|---------|---------|----------|---------------|-------|-------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 6.5 | Entry Doors- Force | The entry doors to the internal terminal seating area require 6/7lbs. of force to open. | 1133B.2.5 | Maximum effort to operate doors may not exceed 5-pounds) for exterior and interior doors. When fire doors are required, the maximum effort to operate the door may be increased to the minimum allowable by the appropriate administrative authority, not to exceed 15 pounds. | 4.13.11 | Interior-5 lbs Exterior-*reserved* | 252 | Replace or adjust closer to provide the max. 5lb. force. |
| 6.6 | Entry Doors– ISA Signage | The entrance is not identified with the ISA. | 1117B.5.7 | All building entrances that are accessible to and usable by persons with disabilities shall be identified with at least one standard sign and with additional directional signs, as required, to be visible to persons along approaching pedestrian ways. | 4.1.1(7) (c) | ISA required at accessible entrances when not all are accessible (inaccessible entrances shall have directional signage to indicate the route to the nearest accessible entrance); | 252 | Post the ISA at the entrance. |

| 6.0 | San Francisco Ferry Terminal (Sausalito Side) | | | | | | | |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 6.7 | Ticket window Deposit slot | The ticket deposit slot is 54" AFF. | 1118B.4 | Forward Reach. If the clear floor space allows only forward approach to an object, the maximum high forward reach allowed shall be 48 inches (1219 mm) [see Figure 11B-5C (b)]. The minimum low forward reach is 15 inches (381 mm). If the high forward reach is over an obstruction, reach and clearances shall be as shown in Figure 11B-5C (a). | 4.2.5 | If the clear floor space only allows forward approach to an object, the maximum high forward reach allowed shall be 48". (see Fig. 5(a)). | 254 255 | Provide a lowered  ticket slot no higher than 48" AFF. |
| | | | 1118B.5 | Side reach. If the clear floor space allows parallel approach by a person in a wheelchair, the maximum high side reach allowed shall be 54 inches (1372 mm) and the low side reach shall be no less than 9 inches (229 mm) above the floor [see Figure 11B-5D (a) and (b)]. If the side reach is over an obstruction, the reach and clearances shall be as shown in Figure 11B-5D (c). See Figure 11B-5D. | 4.2.6 | If the clear floor space allows parallel approach by a person in a wheelchair, the maximum high side reach allowed shall be 54" above the floor (Fig. 6(a) and (b)). | | |
| 6.8 | Pedestrian Gate- Bottom Smooth Surface | The pedestrian gate has no kickplate on the push side. | 1133B.2.6 | The bottom 10 inches (254 mm) of all doors except automatic and sliding shall have a smooth, uninterrupted surface to allow the door to be opened by a wheelchair footrest without creating a trap or hazardous condition. Where narrow frame doors are used, a 10-inch (254 mm) high smooth panel shall be installed on the push side of the door, which will allow the door to be opened by a wheelchair footrest without creating a trap or hazardous condition. | 10.3.1 (7) | Gates which must be pushed open by wheelchair or mobility aid users shall have a smooth continuous surface extending from 2 inches above the floor to 27 inches above the floor and shall comply with 4.13. | 257 | Install a kickplate on the push side of the gate in accordance with the ADAAG requirements. |

| 6.0 | San Francisco Ferry Terminal (Sausalito Side) | | | | | | | |
|------|---------|---------|----------|---------------|--------|------------------|-------|-----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 6.9 | Pedestrian Gate- Latch | The latch on the inside of the gate requires G&P. | 1133B.2.5.1 | Latching and locking doors that are hand activated and which are in a path of travel shall be operable with a single effort by lever-type hardware, panic bars, push-pull activating bars or other hardware designed to provide passage without requiring the ability to grasp the opening hardware. | 4.13.9 | Door Hardware. Handles, pulls, latches, locks, and other operating devices on accessible doors shall have a shape that is easy to grasp with one hand and does not require tight grasping, tight pinching, or twisting of the wrist to operate. | 258 | Replace gate hardware. |
| 6.10 | Entry Doors | The entry doors to the internal terminal seating area require 9/7lbs. of force to open. | 1133B.2.5 | Maximum effort to operate doors may not exceed 5-pounds) for exterior and interior doors; When fire doors are required, the maximum effort to operate the door may be increased to the minimum allowable by the appropriate administrative authority, not to exceed 15 pounds. | 4.13.11 | Interior-5 lbs Exterior-*reserved* | 259 | Replace or adjust closer to provide the max. 5lb. force. |
| 6.11 | Entry Doors – ISA Signage | The entrance is not identified with the ISA. | 1117B.5.7 | All building entrances that are accessible to and usable by persons with disabilities shall be identified with at least one standard sign and with additional directional signs, as required, to be visible to persons along approaching pedestrian ways. | 4.1.1(7) (c) | ISA required at accessible entrances when not all are accessible (Inaccessible entrances shall have directional signage to indicate the route to the nearest accessible entrance); | 259 | Post the ISA at the entrance. |

# 7. San Francisco Ferry Terminal Berths

| 7.0 | San Francisco Ferry Terminal Docks | | | | | | | |
|-----|------|---------|----------|------------------|-------|-----------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| **Berth #1** | | | | | | | | |
| 7.1 | Gangway-Slope | The slope of the gangway at the time of the 5-29-08 inspection was 10.3%<br><br>The top part of the gangway ramp has compound slopes absent level landings between elevation changes. | 1132B.1(4)<br><br>1133B.5.3 | Boat docks. Boat docks, fishing piers, etc., shall be accessible.<br><br>The maximum slope of a ramp that serves any exit way, provides access for persons with physical disabilities or is in the path of travel shall be 1:12 of horizontal run (8.3% gradient). | 4.8.2 | The least possible slope shall be used for any ramp. The maximum slope of a ramp in new construction shall be 1:12. | 230-236 | Replace gangway ramp to maintain slopes in accordance with the CBC standards or provide a mechanical means of access such as the Ramprider system. |
| 7.2 | Gangway-Cross Slope | The cross slope of the gangway at the time of the 5-29-08 inspection was 10.2%. | 1133B.5.3.1 | The cross slope of the ramp surface may be no greater than 2%. | 4.8.6 | The cross slope of the ramp surface may be no greater than 2%. | 233 | Replace gangway ramp to maintain slopes in accordance with the CBC standards or provide a mechanical means of access such as the Ramprider system. |
| 7.3 | Gangway-Handrails | Handrails are not provided on both side of the ramp and are not continuous along the full length of the ramp. | 1133B.5.5.1 | Handrails shall be placed on each side of each ramp, shall be continuous the full length of the ramp. | 4.8.5 | If a ramp run has a rise greater than 6" or a horizontal projection greater than 72", then it shall have handrails on both sides. Gripping surfaces shall be continuous. | 230-236 | Provide handrails on both sides continuous along the full length of the ramp. |
| 7.4 | Gangway-Handrails | The handrails are 1-3/4" OD and 33" AFF. | 1133B.5.5.1 | 1¼" to 1½" O.D. maximum and 34" to 38" AFF. | 4.8.5<br><br>4.26.2 | Top of handrail gripping surfaces shall be mounted between 34" and 38" above ramp surfaces.<br><br>The diameter or width of the gripping surfaces of a handrail or grab bar shall be 1¼" to 1½" O.D. | 230-236 | Replace handrails to achieve proper dimensions and heights. |
| **Berth #2** | | | | | | | | |
| 7.5 | Gangway-Slope | The slope of the gangway at the time of the 5-29-08 inspection was 7%.<br><br>The gangway was not deployed at the time of the inspection. | 1132B.1(4)<br><br>1133B.5.3 | Boat docks. Boat docks, fishing piers, etc., shall be accessible.<br><br>The maximum slope of a ramp that serves any exit way, provides access for persons with physical disabilities or is in the path of travel shall be 1:12 of horizontal run (8.3% gradient). | 4.8.2 | The least possible slope shall be used for any ramp. The maximum slope of a ramp in new construction shall be 1:12. | 271-274 | Replace gangway ramp to maintain slopes in accordance with the CBC standards or provide a mechanical means of access such as the Ramp Rider system. |

| 7.0 | San Francisco Ferry Terminal Docks | | | | | | | |
|------|---------|---------|----------|------------------|-------|-------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 7.6 | Gangway- Cross Slope | The cross slope of the gangway at the time of the 5-29-08 inspection was 7.2%.<br><br>The gangway was not deployed at the time of the inspection. | 1133B.5.3.1 | The cross slope of the ramp surface may be no greater than 2%. | 4.8.6 | The cross slope of the ramp surface may be no greater than 2%. | 271- 274 | Replace gangway ramp to maintain slopes in accordance with the CBC standards or provide a mechanical means of access such as the Ramp Rider system. |
| 7.7 | Gangway- Handrails | Handrails are not provided on both sides of the ramp and are not continuous along the full length of the ramp. | 1133B.5.5.1 | Handrails shall be placed on each side of each ramp, shall be continuous the full length of the ramp. | 4.8.5 | If a ramp run has a rise greater than 6" or a horizontal projection greater than 72", then it shall have handrails on both sides. Gripping surfaces shall be continuous. | 271- 274 | Provide handrails on both sides continuous along the full length of the ramp. |
| 7.8 | Gangway- Handrails | The handrails are 2" OD and 33" AFF. | 1133B.5.5.1 | 1¼" to 1½" O.D. maximum and 34" to 38" AFF. | 4.8.5<br><br>4.26.2 | Top of handrail gripping surfaces shall be mounted between 34" and 38" above ramp surface.<br><br>The diameter or width of the gripping surfaces of a handrail or grab bar shall be 1¼" to 1½" O.D. | 271- 274 | Replace handrails to achieve proper dimensions and heights. |

## 8. San Francisco Ferry Terminal Restrooms

| 8.0 | Women's Restroom  (Larkspur Side) | | | | | | | |
|------|---------|---------|----------|------------------|-------|-------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 8.1 | Main Entrance- Door Force | The door requires 10lbs. of force to open. | 1133B.2.5 | Maximum effort to operate doors may not exceed 5-pounds) for exterior and interior doors,<br><br>When fire doors are required, the maximum effort to operate the door may be increased to the minimum allowable by the appropriate administrative authority, not to exceed 15 pounds. | 4.13.11 | Interior-5 lbs Exterior-reserved | 249 | Replace or adjust closer to provide the max. 5lb. force. |
| 8.2 | Accessible Route- Width | The path of travel to the accessible stall is 41" wide at the lavatory. | 1115B.7.1.4 | A clear, unobstructed route of not less than 44" shall be provided to water closet compartments designed for use by persons with disabilities. | Fig. 30 | Min. 42" latch approach only. Min. 48" other approaches. | None | Renovate the restroom to provide all accessible features taking into consideration the POT to the stall that meets all accessible requirements. |

| 8.0 | Women's Restroom (Larkspur Side) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 8.3 | Lavatory- Protruding Object | The lavatory is a protruding object with a 24" projection at 31" AFF. | 1133B.8.6.1 | The leading edge of objects that protrude more than 4" from a wall must be lower than 27" above the floor, or the bottom edge must be higher than 80" above the floor. | 4.4.1 | The leading edge of objects that protrude more than 4" from a wall must be lower than 27" above the floor, or the bottom edge must be higher than 80" above the floor. | None | Replace lavatory or provide wing walls or rails at each side. |
| 8.4 | Lavatory- Height | The top of the lavatory is 34" AFF. | 1115B.2.1.2 .1 | All lavatories that are designated to be accessible shall be mounted with the rim or counter edge no higher than 34" AFF. | 4.19.2 | Lavatories shall be mounted with the rim or counter surface no higher than 34" AFF. | 248 | Lower lavatory to 34" AFF to the top of the rim. |
| 8.5 | Toilet Stall- Width | The stall is 40" wide and it is not accessible. | 1115B.7.1.3 | The stall shall be a minimum of 60" wide. | 4.17.3 Fig. 30 | The stall shall be a minimum of 60" wide. | 250 | Increase the width of the stall to 60" minimum. |
| 8.6 | Toilet Stall – Depth | The clear space in front of the toilet is 46" deep. | 1115B.7.1 | A minimum 48" clear space shall be provided in front of the water closet if the compartment has an end-opening door (facing the water closet) | 4.17.3 Fig. 30 | Standard toilet stalls with a minimum depth of 56" shall have wall-mounted water closets. If the depth of a standard toilet stall is increased at least 3" (59") then a floor-mounted water closet may be used. | 250 | Increase the depth of the stall to comply with the CBC standards. |
| 8.7 | Toilet- Seat Height | The toilet seat is 16½" AFF. | 1115B.2.1 (a) | The height of an accessible toilet shall be a minimum of 17" and a maximum of 19" measured to the top of a maximum 7" high toilet seat. | 4.16.3 | The height of an accessible toilet shall be a minimum of 17" and a maximum of 19" measured to the top of the toilet seat. Seats shall not be sprung to return to a lifted position. | 250 | Provide a 2" high lift seat. |
| 8.8 | Accessories- Soap Dispenser | The soap dispenser is mounted 43" AFF. | 1115B.9.2 | Towel, sanitary napkins, waste receptacles. Where towel, sanitary napkins, waste receptacles, and other similar dispensing and disposal fixtures are provided, at least one of each type shall be located with all operable parts, including coin slots, within 40" AFF. | 4.27.3 / 4.2.5 & 6 | The highest operable part of controls, dispensers, receptacles, and other operable equipment shall be placed within at least one of the reach ranges specified. Forward reach is 48" maximum Side reach is 54" maximum | 248 | Lower dispenser to 40" AFF maximum. |
| 8.9 | Accessories- Coat Hook | The coat hook in the accessible stall is 67" AFF. | 1115B.9.2 | Towel, sanitary napkins, waste receptacles. Where towel, sanitary napkins, waste receptacles, and other similar dispensing and disposal fixtures are provided, at least one of each type shall be located with all operable parts, including coin slots, within 40" AFF. | 4.27.3 / 4.2.5 & 6 | The highest operable part of controls, dispensers, receptacles, and other operable equipment shall be placed within at least one of the reach ranges specified. Forward reach is 48" maximum Side reach is 54" maximum | None | Lower coat hook to 48" AFF. |

| 8.0 | Men's Restroom (Larkspur Side) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 8.10 | Main Entrance- Door Force | The door requires 12 lbs. of force to open. | 1133B.2.5 | Maximum effort to operate doors may not exceed 5-pounds) for exterior and interior doors. <br><br>When fire doors are required, the maximum effort to operate the door may be increased to the minimum allowable by the appropriate administrative authority, not to exceed 15 pounds. | 4.13.11 | Interior-5 lbs Exterior-*reserved* | 245 | Replace or adjust closer to provide the max. 5lb. force. |
| 8.11 | Accessible Route- Width | The path of travel to the accessible stall is 41" wide at the lavatory. | 1115B.7.1.4 | A clear, unobstructed route of not less than 44" shall be provided to water closet compartments designed for use by persons with disabilities. | Fig. 30 | Min. 42" latch approach only. Min. 48" other approaches. | 246 | Renovate the restroom to provide all accessible features taking into consideration the POT to the stall that meets all accessible requirements. |
| 8.12 | Lavatory- Protruding Object | The lavatory is a protruding object with a 24" projection at 32" AFF. | 1133B.8.6.1 | The leading edge of objects that protrude more than 4" from a wall must be lower than 27" above the floor, or the bottom edge must be higher than 80" above the floor. | 4.4.1 | The leading edge of objects that protrude more than 4" from a wall must be lower than 27" above the floor, or the bottom edge must be higher than 80" above the floor. | 246 | Replace lavatory or provide wing walls or rails at each side. |
| 8.13 | Lavatory- Height | The top of the lavatory is 34" AFF. | 1115B.2.1.2 .1 | All lavatories that are designated to be accessible shall be mounted with the rim or counter edge no higher than 34" AFF. | 4.19.2 | Lavatories shall be mounted with the rim or counter surface no higher than 34" AFF. | 246 | Lower lavatory to 34" AFF to the top of the rim. |
| 8.14 | Toilet Stall- Width | The stall is 37" wide and it is not accessible. | 1115B.7.1.3 | The stall shall be a minimum of 60" wide. | 4.17.3 Fig. 30 | The stall shall be a minimum of 60" wide. | None | Increase the width of the stall to 60" minimum. |
| 8.15 | Toilet Stall – Depth | The clear space in front of the toilet is 46" deep. | 1115B.7.1 | A minimum 48" clear space shall be provided in front of the water closet if the compartment has an end-opening door (facing the water closet) | 4.17.3 Fig. 30 | Standard toilet stalls with a minimum depth of 56" shall have wall-mounted water closets. If the depth of a standard toilet stall is increased at least 3" (59") then a floor-mounted water closet may be used. | None | Increase the depth of the stall to comply with the CBC standards. |
| 8.16 | Grab Bar- Height | The toilet grab bars are 34" AFF. | 1115B.8.1 | Securely attached 33" AFF and parallel to the floor, except that where a tank–type toilet is used which obstructs placement at 33"; the grab bar may be as high as 36". | Fig. 29 & 30 | Between 33"-36" AFF. | None | Replace grab bars with correct configuration at 33" AFF. |

| 8.0 | Men's Restroom (Larkspur Side) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 8.17 | Toilet Stall-Door | The self closing device is broken. | 1115B.7.1.4 | Toilet compartment shall be equipped with a door that has an automatic–closing device. | N/A | Not addressed. | 247 | Replace self-closing device. |
| 8.18 | Accessories-Soap Dispenser | The soap dispenser is mounted 43" AFF. | 1115B.9.2 | Towel, sanitary napkins, waste receptacles. Where towel, sanitary napkins, waste receptacles, and other similar dispensing and disposal fixtures are provided, at least one of each type shall be located with all operable parts, including coin slots, within 40" AFF. | 4.27.3<br><br>4.2.5 & 6 | The highest operable part of controls, dispensers, receptacles, and other operable equipment shall be placed within at least one of the reach ranges specified. Forward reach is 48" maximum Side reach is 54" maximum | 248 | Lower dispenser to 40" AFF maximum. |
| 8.19 | Accessories-Coat Hook | The coat hook in the accessible stall is 67" AFF. | 1115B.9.2 | Towel, sanitary napkins, waste receptacles. Where towel, sanitary napkins, waste receptacles, and other similar dispensing and disposal fixtures are provided, at least one of each type shall be located with all operable parts, including coin slots, within 40" AFF. | 4.27.3<br><br>4.2.5 & 6 | The highest operable part of controls, dispensers, receptacles, and other operable equipment shall be placed within at least one of the reach ranges specified. Forward reach is 48" maximum Side reach is 54" maximum | None | Lower coat hook to 48" AFF. |

| 8.0 | Women's Restroom (Sausalito Side) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 8.20 | Main Entrance-Door Force | The door requires 10lbs. of force to open. | 1133B.2.5 | Maximum effort to operate doors may not exceed 5-pounds for exterior and interior doors. When fire doors are required, the maximum effort to operate the door may be increased to the minimum allowable by the appropriate administrative authority, not to exceed 15 pounds. | 4.13.11 | Interior-5 lbs Exterior-reserved | 268 | Replace or adjust closer to provide the max. 5lb. force. |
| 8.21 | Lavatory-Protruding Object | The lavatory is a protruding object with a 29" projection at 31" AFF. | 1133B.8.6.1 | The leading edge of objects that protrude more than 4" from a wall must be lower than 27" above the floor, or the bottom edge must be higher than 80" above the floor. | 4.4.1 | The leading edge of objects that protrude more than 4" from a wall must be lower than 27" above the floor, or the bottom edge must be higher than 80" above the floor. | 269 | Replace lavatory or provide wing walls or rails at each side. |

| 8.0 | Women's Restroom (Sausalito Side) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 8.22 | Accessible Route- Width | The path of travel to the accessible stall is 42" wide at the lavatory. | 1115B.7.1.4 | A clear, unobstructed route of not less than 44" shall be provided to water closet compartments designed for use by persons with disabilities. | Fig. 30 | Min. 42" latch approach only. Min. 48" other approaches. | 269 | Renovate the restroom to provide all accessible features taking into consideration the POT to the stall that meets all accessible requirements. |
| 8.23 | Toilet Stall- Door Landing | The landing depth outside of the stall door is 44". | 1115B.7.1.4 | The space immediately in front of a toilet compartment shall not be less than 48" as measured at right angles to compartment door in its closed position. | Fig. 30 | Min. 42" latch approach only. Min. 48" other approaches. | 269 | Provide 48" minimum depth. |
| 8.24 | Toilet Stall- Width | The stall is 40½" wide and it is not accessible. | 1115B.7.1.3 | The stall shall be a minimum of 60" wide. | 4.17.3 Fig. 30 | The stall shall be a minimum of 60" wide. | 270 | Increase the width of the stall to 60" minimum. |
| 8.25 | Toilet Stall – Depth | The clear space in front of the toilet is 46" deep. | 1115B.7.1 | A minimum 48" clear space shall be provided in front of the water closet if the compartment has an end-opening door (facing the water closet) | 4.17.3 Fig. 30 | Standard toilet stalls with a minimum depth of 56" shall have wall-mounted water closets. If the depth of a standard toilet stall is increased at least 3" (59") then a floor-mounted water closet may be used. | 270 | Increase the depth of the stall to comply with the CBC standards. |
| 8.26 | Grab Bar- Height | The toilet grab bars are 35" AFF. | 1115B.8.1 | Securely attached 33" AFF and parallel to the floor, except that where a tank–type toilet is used which obstructs placement at 33"; the grab bar may be as high as 36". | Fig. 29 & 30 | Between 33"-36" AFF. | 270 | Replace grab bars with correct configuration at 33" AFF. |
| 8.27 | Accessories- Soap Dispenser | The soap dispenser is mounted 43" AFF. | 1115B.9.2 | Towel, sanitary napkins, waste receptacles. Where towel, sanitary napkins, waste receptacles, and other similar dispensing and disposal fixtures are provided, at least one of each type shall be located with all operable parts, including coin slots, within 40" AFF. | 4.27.3 4.2.5 & 6 | The highest operable part of controls, dispensers, receptacles, and other operable equipment shall be placed within at least one of the reach ranges specified. Forward reach is 48" maximum Side reach is 54" maximum | 269 | Lower dispenser to 40" AFF maximum. |
| 8.28 | Accessories- Coat Hook | The coat hook in the accessible stall is 67" AFF. | 1115B.9.2 | Towel, sanitary napkins, waste receptacles. Where towel, sanitary napkins, waste receptacles, and other similar dispensing and disposal fixtures are provided, at least one of each type shall be located with all operable parts, including coin slots, within 40" AFF. | 4.27.3 4.2.5 & 6 | The highest operable part of controls, dispensers, receptacles, and other operable equipment shall be placed within at least one of the reach ranges specified. Forward reach is 48" maximum Side reach is 54" maximum | 266 | Lower coat hook to 48" AFF. |

| 8.0 | Men's Restroom (Sausalito Side) | | | | | | | |
|-----|---------|---------|-----------|------------------|-------|------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 8.29 | Main Entrance- Door Force | The door requires 8 lbs. of force to open. | 1133B.2.5 | Maximum effort to operate doors may not exceed 5-pounds) for exterior and interior doors, 8.30When fire doors are required, the maximum effort to operate the door may be increased to the minimum allowable by the appropriate administrative authority, not to exceed 15 pounds. | 4.13.11 | Interior-5 lbs Exterior-*reserved* | 262 | Replace or adjust closer to provide the max. 5lb. force. |
| 8.30 | Accessible Route- Width | The path of travel to the accessible stall is 41" wide at the lavatory. | 1115B.7.1.4 | A clear, unobstructed route of not less than 44" shall be provided to water closet compartments designed for use by persons with disabilities. | Fig. 30 | Min. 42" latch approach only. Min. 48" other approaches. | 264 | Renovate the restroom to provide all accessible features taking into consideration the POT to the stall that meets all accessible requirements. |
| 8.31 | Lavatory- Protruding Object | The lavatory is a protruding object with a 29" projection at 32" AFF. | 1133B.8.6.1 | The leading edge of objects that protrude more than 4" from a wall must be lower than 27" above the floor, or the bottom edge must be higher than 80" above the floor. | 4.4.1 | The leading edge of objects that protrude more than 4" from a wall must be lower than 27" above the floor, or the bottom edge must be higher than 80" above the floor. | 264 | Replace lavatory or provide wing walls or rails at each side. |
| 8.32 | Toilet Stall- Width | The stall is 37½" wide and it is not accessible. | 1115B.7.1.3 | The stall shall be a minimum of 60" wide. | 4.17.3 | The stall shall be a minimum of 60" wide. | 267 | Increase the width of the stall to 60" minimum. |
| 8.33 | Toilet Stall – Depth | The clear space in front of the toilet is 46" deep. | 1115B.7.1 | A minimum 48-inch-long (1219 mm) clear space shall be provided in front of the water closet if the compartment has an end-opening door (facing the water closet) | 4.17.3 Fig. 30 | Standard toilet stalls with a minimum depth of 56" shall have wall-mounted water closets. If the depth of a standard toilet stall is increased at least 3" (59") then a floor-mounted water closet may be used. | 267 | Increase the depth of the stall to comply with the CBC standards. |
| 8.34 | Grab Bar- Height | The toilet grab bars are 34¼" AFF. | 1115B.8.1 | Securely attached 33" AFF and parallel to the floor, except that where a tank–type toilet is used which obstructs placement at 33"; the grab bar may be as high as 36". | Fig. 29 & 30 | Between 33"-36" AFF. | 267 | Replace grab bars with correct configuration at 33" AFF. |
| 8.35 | Toilet Stall- Door | The self closing device is broken. | 1115B.7.1 4 | Toilet compartment shall be equipped with a door that has an automatic–closing device. | N/A | Not addressed. | 266 | Replace self-closing device. |

| 8.0 | Men's Restroom | (Sausalito Side) | | | | | | |
|-----|---------|---------|----------|-----------------|-------|------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 8.36 | Accessories-Soap Dispenser | The soap dispenser is mounted 42" AFF. | 1115B.9.2 | Towel, sanitary napkins, waste receptacles. Where towel, sanitary napkins, waste receptacles, and other similar dispensing and disposal fixtures are provided, at least one of each type shall be located with all operable parts, including coin slots, within 40" AFF. | 4.27.3  4.2.5 & 6 | The highest operable part of controls, dispensers, receptacles, and other operable equipment shall be placed within at least one of the reach ranges specified. Forward reach is 48" maximum Side reach is 54" maximum | 264 | Lower dispenser to 40" AFF maximum. |
| 8.37 | Accessories-Coat Hook | The coat hook in the accessible stall is 65" AFF. | 1115B.9.2 | Towel, sanitary napkins, waste receptacles. Where towel, sanitary napkins, waste receptacles, and other similar dispensing and disposal fixtures are provided, at least one of each type shall be located with all operable parts, including coin slots, within 40" AFF. | 4.27.3  4.2.5 & 6 | The highest operable part of controls, dispensers, receptacles, and other operable equipment shall be placed within at least one of the reach ranges specified. Forward reach is 48" maximum Side reach is 54" maximum | 266 | Lower coat hook to 48" AFF. |

# 9. M.V. Del Norte Ferry

| 9.0 | M.V. Del Norte Ferry | | | | | | | |
|-----|---------|---------|----------|-----------------|-------|------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 9.1 | All Exterior Doors-Force | All exterior doors require a >5 lbs. of force to open. Doors force ranges were measured between 20/25lb. | 1133B.2.5 | Maximum effort to operate doors may not exceed 5-pounds) for exterior and interior doors.  When fire doors are required, the maximum effort to operate the door may be increased to the minimum allowable by the appropriate administrative authority, not to exceed 15 pounds. | 4.13.11 | Interior-5 lbs Exterior-reserved | 210 | Replace or adjust closer to provide the max. 5lb. force. |

| 9.0 | M.V. Del Norte Ferry | | | | | | | |
|-----|-----------|---------|----------|------------------|-------|------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 9.2 | Door-Thresholds | There height of the exterior door thresholds are +/- 1" vertical. | 1133B.2.4.1 | The floor or landing may not be more than 1/2 inch lower than the threshold of the doorway.<br><br>Change in level between 1/4 inch and 1/2 inch must be beveled with a slope no greater than 1 unit vertical to 2 units horizontal (50% slope).<br><br>Change in level greater than 1/2 inch must be accomplished by means of a ramp. | 4.13.8 | The threshold at doorways may be no higher than 3/4 inch in height for exterior sliding doors and maximum 1/2 inch for other doors. A raised threshold must be beveled at 1:2 or less. | 216 | Replace thresholds or provide transition ramps in conformance with the CBC standards. |
| 9.3 | Stairs-Contrast Striping | The interior and exterior stairs lack contrast striping. | 1133B.4.4 | Each stair nosing on exterior stairs, and the top and bottom nosing on interior stairs, must have a contrasting color stripe, 2" wide and as close as possible to the nosing edge but never more than 1" away. | N/A | Not addressed. | 255 | Install contrast striping in conformance with the CBC standards. |

| 9.0 Item | M.V. Del Norte Ferry Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
|---|---|---|---|---|---|---|---|---|
| 9.4 | Accessible Seating- Knee Space & Encroachment | There are four (4) designated accessible wheelchair seating areas with a 13" deep knee space due to the table post. The designated accessible wheelchair seating areas encroach into the main access aisles. | 1122B | 5% of all fixed or built in seating shall be accessible. | 5.1 4.1.3(18) 4.32.3 4.32.4 | ADAAG- 5% of all fixed or built in seating shall be accessible.<br><br>V221.2 Wheelchair Spaces. Wheelchair spaces complying with<br><br>V221.2 shall be provided in assembly areas and public seating areas with fixed seating.<br><br>V221.2.4 Dispersion in Public Seating Areas. Wheelchair spaces in public seating areas shall be dispersed throughout the public seating areas that are located on levels of the passenger vessel that are on the decks complying with V201.4. When the number of wheelchair spaces required by V221.2.1 has been met, further dispersion shall not be required.<br><br>V221.3 Companion Seats. At least one companion seat complying with V802.3 shall be provided for each wheelchair space required by V221.2.1.<br><br>Note: V = Draft Passenger Vessel Guidelines | 217-220 | Provide designated wheelchair and companion seating spaces as shown on attached drawing in accordance with the total seating capacity.<br><br>See Accessible Seating Plan |
| **Restrooms** | | | | | | | | |
| 9.5 | Restrooms- Accessible | There are three restrooms on the main deck. One of the restrooms is designated as accessible. | 1115B.1 | Sanitary facilities that serve buildings, facilities or portions of buildings or facilities that are required by these standards to be accessible to persons with disabilities, shall conform to the following requirements, except as specifically exempted in other portions of this code. | 4.1.3 (11) | If toilet rooms are provided, then each public and common use toilet room shall comply with 4.22. | None | Renovate the restroom to provide all accessible features.<br><br>See Proposed Conceptual Restroom Plan |

49

| 9.0 | M.V. Del Norte Ferry | | | | | | | |
|-----|----------------------|---------|----------|----------------|-------|-------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 9.6 | Entry Door-Signage | There is no geometric sign on the entry door. | 1115B.5 | Doorways leading to men's sanitary facilities shall be identified by an equilateral triangle ¼" thick with edges 12" long and a vertex pointing upward. Women's sanitary facilities shall be identified by a circle, ¼" thick and 12" in diameter. Unisex sanitary facilities shall be identified by a circle ¼" thick, 12" in diameter with ¼" thick triangle superimposed on the circle and within the 12" diameter. | N/A | Not addressed. | 208 | Install unisex signage in conformance with the CBC standards. |
| 9.7 | Entry Door-Force | The restroom entry door requires 14lbs force to open. | 1133B.2.5 | Maximum effort to operate doors may not exceed 5-pounds) for exterior and interior doors, When fire doors are required, the maximum effort to operate the door may be increased to the minimum allowable by the appropriate administrative authority, not to exceed 15 pounds. | 4.13.11 | Interior-5 lbs Exterior-*reserved* | 208 | Replace or adjust closer to provide the max. 5lb. force. |
| 9.8 | Entry Door-Clear Floor Space | The entry door encroaches more than 12" into the required turning area in the restroom. | 1115B.7.1.1 | Other than the door to the accessible water closet compartment, a door in any position may encroach into this space by not more than 12". | 4.22.2 | Doors shall not swing into the clear floor space required for any fixture. | None | Renovate the restroom to provide all accessible features. See Proposed Conceptual Restroom Plan |
| 9.9 | Lavatory-Centerline | The lavatory is mounted 15½" to the CL from the adjacent wall. | 1115B.2.1.5 | Lavatories, when located adjacent to a side wall or partition, shall be a minimum of 18" to the center line of the fixture. | N/A | Not addressed | 212 | Renovate the restroom to provide all accessible features. See Proposed Conceptual Restroom Plan |
| 9.10 | Lavatory-Insulation | The underside of the lavatory is not insulated. | 1115B.2.1.2.2 | Hot water and drainpipes accessible under lavatories shall be insulated or otherwise covered. There shall be no sharp or abrasive surfaces under lavatories. | 4.19.4 | Hot water and drain pipes under lavatories shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories. | 212 | Renovate the restroom to provide all accessible features. See Proposed Conceptual Restroom Plan |

| 9.0 | M.V. Del Norte Ferry | | | | | | | |
|------|---------|---------|----------|------------------|-------|--------------------|-------|-----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 9.11 | Toilet-Centerline | The toilet is mounted 16½" to the CL from the adjacent wall. | 1115B.7.13 | 18" minimum/maximum | Fig. 28 | 18" minimum/maximum | 213 | Renovate the restroom to provide all accessible features.<br><br>See Proposed Conceptual Restroom Plan |
| 9.12 | Toilet-Clear Floor Space | The clear space between the toilet and the lavatory is 20½". | 1115B.7.2 | The water closet shall be located in a space which provides a minimum 28" clear space from a fixture or a minimum 32" clear space from a wall at one side. | N/A | Not addressed | 212 | Renovate the restroom to provide all accessible features.<br><br>See Proposed Conceptual Restroom Plan |
| 9.13 | Grab Bars-Height | The grab bar at the side of the toilet is 36" AFF. | 1115B.8.1 | Securely attached 33" AFF and parallel to the floor, except that where a tank–type toilet is used which obstructs placement at 33"; the grab bar may be as high as 36". | Fig. 29 & 30 | Between 33"-36" AFF. | 213 | Renovate the restroom to provide all accessible features.<br><br>See Proposed Conceptual Restroom Plan |
| 9.14 | Accessories-Hand Dryer Height | The hand dryer is 50" AFF to the operable portion. | 1115B.9.2 | Towel, sanitary napkins, waste receptacles. Where towel, sanitary napkins, waste receptacles, and other similar dispensing and disposal fixtures are provided, at least one of each type shall be located with all operable parts, including coin slots, within 40" AFF. | 4.27.3<br><br>4.2.5 & 6 | The highest operable part of controls, dispensers, receptacles, and other operable equipment shall be placed within at least one of the reach ranges specified. Forward reach is 48" maximum Side reach is 54" maximum | 212 | Renovate the restroom to provide all accessible features.<br><br>See Proposed Conceptual Restroom Plan |
| 9.15 | Baby Table-Operation | The baby changing table requires G+P to deploy. | | Controls and operating mechanisms shall be operable with one hand and shall not require tight grasping, pinching, or twisting of the wrist. The force required to activate controls shall be no greater than 5 lbf. | 4.27.4 | Controls and operating mechanisms shall be operable with one hand and shall not require tight grasping, pinching, or twisting of the wrist. The force required to activate controls shall be no greater than 5 lbf | 211 | Replace baby table in conformance with the CBC standards. |

## 10. M.V. Mendocino Ferry

We have not yet been provided access to this vessel.  After it is inspected this report will be supplemented to include the information from the inspection.

V.          CONCLUSION

The Larkspur and San Francisco Facilities and the M.V. Del Norte Ferry have multiple barriers that severely limit their accessibility to individuals with disabilities.  Implementing the recommendations in this report will and provide a minimum level of accessibility and usability for individuals with a range of disabilities.

Sincerely,

Peter Margen, Principal
Margen + Associates


Attachments: Site Plan, Photos



**Existing Site Plan**

Larkspur Ferry Terminal - Larkspur, CA

not to scale

06.23.08



**Existing Site Plan**

**Larkspur Ferry Terminal - Larkspur, CA**

not to scale

06.23.08



**Existing Accessible Parking Plan**

**Larkspur Ferry Terminal - Larkspur, CA**

not to scale

06.23.08



**Existing Restroom Plan**

**Del Norte Ferry**

not to scale

06.23.08



RELOCATE LAVATORY *
18" MIN.

18" MIN/MAX ₵

FUR OUT WALL TO MEET 18" ₵ TOILET
NEW TOILET

* TO PROVIDE
MIN. 30"×48"
CLEAR FL. SPACE
& MIN. 18" ₵
FROM ADJACENT
WALL

28" MIN

UNISEX

← NEW PARTITION

MEN'S

WOMEN'S

DOWN

UP

**LEGEND**

▓▓▓ new wall

——— existing wall

- - - remove wall

not to scale

**Proposed Conceptual Restroom Plan (not for construction)**

**Del Norte Ferry**

06.23.08



30" x 48" MIN. CLEAR
FLOOR SPACE FOR WHEELCHAIR
AT FOUR (4) PLACES, TYP.

**Proposed Conceptual Accessible Seating Plan (not for construction)**          not to scale

**Del Norte Ferry**                                                              06.23.08

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**



001.JPG



002.jpg



003.JPG



004.JPG



005.JPG



006.jpg



007.JPG



008.jpg



009.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**



010.JPG



011.JPG



012.JPG



013.JPG




014.JPG



015.JPG



016.jpg

017.jpg



018.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**


019.JPG


020.JPG


021.JPG


022.JPG


023.JPG


024.JPG


025.JPG


026.JPG


027.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**



028.JPG



029.JPG



030.JPG



031.JPG



032.JPG



033.JPG

034.JPG



035.JPG



036.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**




037.JPG



038.JPG



039.JPG



040.JPG



041.JPG



042.JPG



043.JPG



044.JPG



045.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**




046.JPG



047.JPG



048.JPG



049.JPG



050.JPG



051.JPG



052.JPG



053.JPG



054.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**


055.JPG


056.JPG


057.JPG


058.JPG


059.JPG


060.JPG


061.JPG


062.JPG


063.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**



064.JPG



065.JPG



066.JPG



067.JPG



068.JPG



069.JPG



070.JPG



071.JPG



072.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**


073.JPG


074.JPG


075.JPG


076.JPG


077.JPG


078.JPG


079.JPG


080.JPG


081.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**



**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**



**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**



100.JPG

101.jpg

102.jpg

103.JPG

104.JPG

105.JPG

106.JPG

107.JPG

108.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**



109.JPG



110.JPG



111.JPG



112.JPG



113.JPG



114.JPG



115.JPG



116.JPG



117.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**



118.JPG

119.JPG

120.JPG

121.JPG

122.JPG

123.JPG

124.JPG

125.JPG

126.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**


127.JPG


129.JPG


130.JPG


132.JPG


133.JPG


134.JPG


135.JPG

128.JPG

131.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**



136.JPG



137.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**


200.JPG


201.JPG


202.JPG


203.JPG


204.JPG


205.JPG


206.JPG


207.JPG


208.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**

209.JPG

210.JPG

211.JPG

212.JPG

213.JPG

214.JPG

215.JPG

216.JPG

217.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**



**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**


227.jpg


228.JPG


229.JPG


230.JPG


231.JPG


232.JPG


233.JPG

234.JPG

235.JPG

**Golden Gate Ferry & Supporting Facilities
101 E. Sir Frances Drake Blvd.
Larkspur, CA 94939**



236.JPG



237.JPG



238.JPG



239.JPG



240.JPG



241.JPG



242.JPG



243.JPG



244.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**



245.JPG

246.JPG

247.JPG

248.JPG

249.JPG

250.JPG

251.JPG

252.JPG

253.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**


254.JPG


255.JPG


256.JPG


257.JPG


258.JPG


259.JPG


260.JPG


261.JPG


262.JPG

Golden Gate Ferry & Supporting Facilities
101 E. Sir Frances Drake Blvd.
Larkspur, CA 94939



263.JPG



264.JPG



265.JPG



266.JPG



267.JPG



268.JPG



269.JPG



270.JPG



271.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**


272.JPG


273.JPG


274.JPG


275.JPG


276.JPG


277.JPG


278.JPG


279.JPG


280.JPG

**Golden Gate Ferry & Supporting Facilities**
**101 E. Sir Frances Drake Blvd.**
**Larkspur, CA 94939**





281.JPG



282.JPG



283.JPG



284.JPG



285.JPG



286.JPG



287.JPG



288.JPG

289.JPG

**Golden Gate Ferry & Supporting Facilities
101 E. Sir Frances Drake Blvd.
Larkspur, CA 94939**


290.JPG


291.JPG


292.JPG


293.jpg


294.JPG


295.JPG


296.JPG



**MARGEN +
ASSOCIATES**

*Disability Policy & Universal Design Consultants*

614 Grand Avenue, Suite 321
Oakland, CA 94610
Phone: 510-444-3440
Fax: 510-444-3441
www.margenassociates.com

## Survey, Report & Recommendations

# M.V. Mendocino Ferry
## 101 E. Sir Frances Drake Blvd.
## Larkspur, California  94939

**September 5, 2008**

I.         **INTRODUCTION**

The Law Office of Sid Cohen has retained Margen + Associates as experts in the application of state and federal accessibility laws and regulations, to review the accessibility to M.V. Mendocino (hereinafter "Ferry") by persons with disabilities.  We have been asked to render a report as to the level of disabled access compliance at the Ferry with the requirements of both state building codes and federal accessibility regulations.

The following report applies the requirements of the Americans with Disabilities Act (ADA) California Government Code, Civil Code, Health & Safety Code, etc. The referenced technical standards used are Title 24, Parts 2, 3 & 5 (California Building Code) and the Americans with Disabilities Act Accessibility Guidelines (ADAAG).

A site inspection was conducted on August 22, 2008.

II.        **SCOPE OF INSPECTION**

Our findings were verified by observing, measuring, testing, and photographing various elements of the public facilities, including:

> Ferry Boats
> * M.V. Mendocino

III.       **CONSTRUCTION/ ALTERATION HISTORY**

Under California Law (after 1969) and the ADA (after January 26, 1992), newly constructed or altered facilities are required to be accessible.

For compliance with Title II of the ADA, public entities have a choice of using either the Uniform Federal Accessibility Standards (UFAS[1]) or the Americans with Disabilities Act Accessibility Guidelines (ADAAG).

From 1969 to 1982, the referenced standard for accessibility in California was the 1961 American Standards Association (ASA) A117.1.  We will evaluate the subject facilities based on the ASA standards should it become necessary.

A full review of the construction history of the various facilities and passenger vessels has not occurred as of the date of this report.  The Golden Gate Transit website indicates that the M.V. Mendocino was placed into service in 2001.  The website also states "...All Golden Gate Ferries are wheelchair accessible and allow bicycles aboard."

---

[1] UFAS is an older standard than ADAAG.  The technical requirements of UFAS are substantially equivalent to the ADAAG.

IV.          SUMMARY OF ACCESS BARRIERS

For the purpose of this report, only our observations of building elements that do not conform to the CBC or ADAAG will be discussed.

**LEGEND**

For efficiency purposes, this section employs the use of abbreviations as follows:

| | | |
|---|---|---|
| ADAAG | = | Americans with Disabilities Act Accessibility Guidelines |
| CBC | = | California Building Code |
| CL | = | Centerline |
| DW | = | Detectable Warning Material (Raised Truncated Domes) |
| GPT | = | Tight Grasping, Pinching or Twisting of the Wrist |
| ISA | = | International Symbol of Accessibility |
| ISHL | = | International Symbol of Hearing Loss |
| POT | = | Path of Travel |
| PROW | = | Public Right of Way |
| PVG | = | Federal Passenger Vessel Guidelines (designated with a "V" before the number) |
| Title 24/CBC | = | California Title 24 Accessibility Standards |
| TYY/TDD | = | Telecommunication Device for the Deaf |
| 8.33% | = | 1:12 slope |
| 5.00% | = | 1:20 slope |

Photographic references are numbered and located in the back of the report.

# 10. M.V. Mendocino Ferry

| 10.0 | M.V. Mendocino Ferry | | | | | | | |
|------|---------|---------|----------|------------------|-------|-------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 10.1 | All Exterior Doors-Force | All exterior doors require a >5 lbs. of force to open. Doors force ranges were measured between 20/25lb. | 1133B.2.5 | Maximum effort to operate doors may not exceed 5-pounds) for exterior and interior doors,

When fire doors are required, the maximum effort to operate the door may be increased to the minimum allowable by the appropriate administrative authority, not to exceed 15 pounds. | 4.13.11 | Interior-5 lbs
Exterior-*reserved* | 10, 13 | Replace or adjust closers to provide the max. 5lb. force. |

| 10.0 | M.V. Mendocino Ferry | | | | | | | |
|------|---------|---------|----------|------------------|-------|-----------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 10.2 | Door-Thresholds | The two main deck rear doors have ramps directly to the face of the door. The slope of the ramps are 18% The interior door thresholds are ¾" vertical with no bevel. | 1133B.2.4.1 | The floor or landing may not be more than 1/2 inch lower than the threshold of the doorway. Change in level between 1/4 inch and 1/2 inch must be beveled with a slope no greater than 1 unit vertical to 2 units horizontal (50% slope). Change in level greater than 1/2 inch must be accomplished by means of a ramp. | 4.13.8 | The threshold at doorways may be no higher than 3/4 inch in height for exterior sliding doors and maximum 1/2 inch for other doors. A raised threshold must be beveled at 1:2 or less. | 11,12, 20 | Replace thresholds or provide transition ramps in conformance with the CBC standards. Provide a level landing at the exterior of the doors to a depth of 60" from the face of the door. |
| 10.2 | Door-Width | The clear width of the two main deck rear doors is 31". | 1133B.2.2 | Every required exit doorway shall be of a size as to permit the installation of a door not less than 3'-0" and not less than 6'-8" in height. | 4.13.5 | Doorways shall have a min. clear opening of 32" with the door open 90 degrees. | 11,12 | Modify or replace doors to attain a clear opening width of 32". |
| 10.3 | Stairs-Contrast Striping | The interior stairs lack contrast striping. | 1133B.4.4 | Each stair nosing on exterior stairs, and the top and bottom nosing on interior stairs must have a contrasting color stripe, 2" wide and as close as possible to the nosing edge but never more than 1" away. | N/A | Not addressed. | 30 | Install contrast striping in conformance with the CBC standards. |
| 10.4 | Stairs-Overhanging Obstruction | The underside of the rear deck stairway is an overhanging obstruction. | 1133B.8.6.2 | Walks, halls, corridors, passageways, aisles or other circulation spaces shall have 80 inches (2032 mm) minimum clear head room. | 4.4.2 | Walks, halls, corridors, passageways, aisles, or other circulation spaces shall have 80 in (2030 mm) minimum clear head room (see Fig. 8(a)). If vertical clearance of an area adjoining an accessible route is reduced to less than 80 in (nominal dimension), a barrier to warn blind or visually-impaired persons shall be provided (see Fig. 8(c-1)). | 9 | Install a barricade rail underneath the stairway. |
| 10.5 | Drinking Fountain-Upper Deck | The knee clearance under the drinking fountain is 26: AFF. The POT to the fountain is obstructed due to the placement of a trash can. | Fig. 11B-3 | Minimum 27" AFF. | 4.15.5 Fig. 27 (a)(b) | Wall- and post-mounted cantilevered units shall have a clear knee space between the bottom of the apron and the floor or ground at least 27" high, 30" wide, and 17" to 19" deep. | 19 | Raise the unit to provide 27" AFF underneath. Relocate the trash can. |

| 10.0 | M.V. Mendocino Ferry | | | | | | | |
|------|----------|---------|----------|-----------------|-------|------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 10.6 | Drinking Fountain- Upper Deck | There is no higher drinking fountain provided. | 1117B.1 | Where only one drinking fountain area is provided on a floor, there shall be a drinking fountain that is accessible to individuals who use wheelchairs in accordance with 1115B.2.1.13 and one accessible to those who have difficulty bending or stooping. This can be accommodated by the use of "hi-low" fountains, or by such other means as would achieve the required accessibility for each group on each floor. | | Where only one drinking fountain is provided on a floor there shall be a drinking fountain which is accessible to individuals who use wheelchairs in accordance with 4.15 and one accessible to those who have difficulty bending or stooping. (This can be accommodated by the use of a "hi-lo" fountain; by providing one fountain accessible to those who use wheelchairs and one fountain at a standard height convenient for those who have difficulty bending; by providing a fountain accessible under 4.15 and a water cooler; or by such other means as would achieve the required accessibility for each group on each floor.) | 19 | Install an additional high fountain or a combination hi-low fountain. |

| 10.0 | M.V. Mendocino Ferry | | | | | | | |
|------|------------|---------|----------|------------------|-------|------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 10.7 | Accessible Seating | There were four (4) upper deck designated accessible wheelchair seating areas (with tie downs) observed.<br><br>At this time the total seating capacity for the boat is unknown. | 1122B | 5% of all fixed or built in seating shall be accessible. | 5.1<br>4.1.3(18)<br>4.32.3<br>4.32.4 | ADAAG- 5% of all fixed or built in seating shall be accessible.<br><br>V221.2 Wheelchair Spaces. Wheelchair spaces complying with<br><br>V221.2 shall be provided in assembly areas and public seating areas with fixed seating.<br><br>V221.2.4 Dispersion in Public Seating Areas. Wheelchair spaces in public seating areas shall be dispersed throughout the public seating areas that are located on levels of the passenger vessel that are on the decks complying with V201.4. When the number of wheelchair spaces required by V221.2.1 has been met, further dispersion shall not be required.<br><br>V221.3 Companion Seats. At least one companion seat complying with V802.3 shall be provided for each wheelchair space required by V221.2.1.<br><br>Note: V = Draft Passenger Vessel Guidelines | 14-17 | Provide 5% of the total seating capacity as designated wheelchair and companion seating spaces at the different seating areas (interior fixed seating, interior table seating and exterior seating). |
| **Restrooms** | | | | | | | | |
| 10.8 | Restrooms- Accessible | There are three restrooms on the main deck. One of the restrooms is designated as "accessible". The accessible restroom has significant accessibility barriers as discussed below. | 1115B.1 | Sanitary facilities that serve buildings, facilities or portions of buildings or facilities that are required by these standards to be accessible to persons with disabilities, shall conform to the following requirements, except as specifically exempted in other portions of this code. | 4.1.3 (11) | If toilet rooms are provided, then each public and common use toilet room shall comply with 4.22. | None | Renovate the women's restroom to create an accessible unisex restroom. Designate the "accessible" restroom as the women's restroom.<br><br>See Proposed Conceptual Restroom Plan |

| 10.0 | M.V. Mendocino Ferry | | | | | | | |
|------|---------|---------|----------|------------------|-------|-------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 10.9 | Entry Door-Signage | There is no geometric sign on the entry door. | 1115B.5 | Doorways leading to men's sanitary facilities shall be identified by an equilateral triangle ¼" thick with edges 12" long and a vertex pointing upward.<br><br>Women's sanitary facilities shall be identified by a circle, ¼" thick and 12" in diameter.<br><br>Unisex sanitary facilities shall be identified by a circle ¼" thick, 12" in diameter with ¼" thick triangle superimposed on the circle and within the 12" diameter. | N/A | Not addressed. | 22 | Renovate the women's restroom to create an accessible unisex restroom.  Designate the "accessible" restroom as the women's restroom.<br><br>See Proposed Conceptual Restroom Plan |
| 10.10 | Tactile Sign | There is no tactile sign provided adjacent to the entry door. | 1115B.5.7<br><br>1117B.5.7 | Mounting location shall be determined so that a person may approach within 3" of signage without encountering protruding objects or standing within the swing of a door.<br><br>Where permanent identification is provided for rooms and spaces, signs shall be installed on the wall adjacent to the latch side of the door. Where there is no wall space to the latch side of the door, including at double leaf doors, signs shall be placed on the nearest adjacent wall, preferable on the right. | 4.30.6 | Where permanent identification is provided for rooms and spaces, signs shall be installed on the wall adjacent to the latch side of the door. Where there is no wall space to the latch side of the door, including at double leaf doors, signs shall be placed on the nearest adjacent wall. | 22 | Renovate the women's restroom to create an accessible unisex restroom.  Designate the "accessible" restroom as the women's restroom.<br><br>See Proposed Conceptual Restroom Plan |
| 10.11 | Entry Door-Recess | The entry door is recessed 18" and there is no strike side clearance provided on the pull side of the door. | 1133B.2.5.3 | Where the plane of the doorway is offset 8 or more inches (205 mm) from any obstruction within 18-inches (455 mm) measure laterally on latch side, the door shall be provided with maneuvering clearance for front approach.  See Figure 11B.33(a) | Fig 25 | On the side toward which an interior door swings, 18" of clear space is required beyond the strike-edge (latch side) of the door. 24" is preferred. | 22 | Renovate the women's restroom to create an accessible unisex restroom.  Designate the "accessible" restroom as the women's restroom.<br><br>See Proposed Conceptual Restroom Plan |

| 10.0 | M.V. Mendocino Ferry | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 10.12 | Lavatory – Knee Space | The clear space under the lavatory is 28" AFF at the face of the unit. | 1115B.2.1.2.1 | All lavatories that are designated to be accessible shall have a vertical clearance measured from the bottom of the apron or the outside bottom edge of the lavatory of 29". Knee clearance below the lavatory shall extend a minimum of 30" in width by 17" in depth. See Figure 11B-1D. | 4.19.2 | Provide a clearance of at least 29" AFF to the bottom of the apron. | 24 | Renovate the women's restroom to create an accessible unisex restroom. Designate the "accessible" restroom as the women's restroom.<br><br>See Proposed Conceptual Restroom Plan |
| 10.13 | Lavatory-Centerline | The lavatory is mounted 15½" to the CL from the adjacent wall. | 1115B.2.1.5 | Lavatories, when located adjacent to a side wall or partition, shall be a minimum of 18" to the center line of the fixture. | N/A | Not addressed | 24 | Renovate the women's restroom to create an accessible unisex restroom. Designate the "accessible" restroom as the women's restroom.<br><br>See Proposed Conceptual Restroom Plan |
| 10.14 | Toilet-Centerline | The toilet is mounted 17½" to the CL from the adjacent wall. | 1115B.7.13 | 18" minimum/maximum | Fig. 28 | 18" minimum/maximum | 25 | Renovate the women's restroom to create an accessible unisex restroom. Designate the "accessible" restroom as the women's restroom.<br><br>See Proposed Conceptual Restroom Plan |
| 10.15 | Toilet-Clear Floor Space | The clear space between the toilet and the lavatory is 26". | 1115B.7.2 | The water closet shall be located in a space which provides a minimum 28" clear space from a fixture or a minimum 32" clear space from a wall at one side. | N/A | Not addressed | 23 | Renovate the women's restroom to create an accessible unisex restroom. Designate the "accessible" restroom as the women's restroom.<br><br>See Proposed Conceptual Restroom Plan |
| 10.16 | Toilet – Clear Floor Space | The clear floor space in the front of the toilet is 35". | 1115B.7.2 | A minimum 48" long clear space shall be provided in front of the toilet. | 4.17.3 Fig. 30 | Standard toilet stalls with a minimum depth of 56" shall have wall-mounted water closets. If the depth of a standard toilet stall is increased at least 3" (59") then a floor-mounted water closet may be used. | 23 | Renovate the women's restroom to create an accessible unisex restroom. Designate the "accessible" restroom as the women's restroom.<br><br>See Proposed Conceptual Restroom Plan |
| 10.17 | Toilet – Flush Button | The flush button is a shrouded design that cannot be operated with a closed fist or flailed hand. | 1117B.6.4 | Controls and operating mechanisms shall be operable with one hand and shall not require tight grasping, pinching, or twisting of the wrist. The force required to activate controls shall be no greater than 5 lbf. | 4.27.4 | Controls and operating mechanisms shall be operable with one hand and shall not require tight grasping, pinching, or twisting of the wrist. The force required to activate controls shall be no greater than 5 lbf | 26 | Renovate the women's restroom to create an accessible unisex restroom. Designate the "accessible" restroom as the women's restroom.<br><br>See Proposed Conceptual Restroom Plan |

| 10.0 | M.V. Mendocino Ferry | | | | | | | |
|------|---------|---------|----------|------------------|-------|-------------------|-------|----------------|
| Item | Element | Barrier | 2001-CBC | CBC Requirements | ADAAG | ADAAG Requirements | Photo | Recommendation |
| 10.18 | Toilet – Paper Dispenser | The toilet paper dispenser is mounted >36" from the rear wall. | 1115B.9.3 | Toilet tissue dispensers shall be located on the wall within 12" of the front edge of the toilet seat. | Fig. 30 | Max. 36" from the outside edge of the toilet paper dispenser. | 27 | Renovate the women's restroom to create an accessible unisex restroom. Designate the "accessible" restroom as the women's restroom.<br><br>See Proposed Conceptual Restroom Plan |
| 10.19 | Grab Bar-Extension | The grab bar at the side of the toilet extends 53" from the rear wall. | 1115B.8.1 | The front end positioned 24" in front of the toilet stool. | Fig. 29 | Side grab bar shall be a min. 54" from the rear wall. | 23 | Renovate the women's restroom to create an accessible unisex restroom. Designate the "accessible" restroom as the women's restroom.<br><br>See Proposed Conceptual Restroom Plan |
| 10.20 | Baby Table-Operation | The baby changing table requires G+P to deploy. | 1117B.6.4 | Controls and operating mechanisms shall be operable with one hand and shall not require tight grasping, pinching, or twisting of the wrist. The force required to activate controls shall be no greater than 5 lbf. | 4.27.4 | Controls and operating mechanisms shall be operable with one hand and shall not require tight grasping, pinching, or twisting of the wrist. The force required to activate controls shall be no greater than 5 lbf | 23 | Renovate the women's restroom to create an accessible unisex restroom. Designate the "accessible" restroom as the women's restroom.<br><br>See Proposed Conceptual Restroom Plan |

**V.**              **CONCLUSION**

The M.V. Mendocino Ferry has multiple barriers that severely limit their accessibility to individuals with disabilities.  Implementing the recommendations in this report will and provide a minimum level of accessibility and usability for individuals with a range of disabilities.

Sincerely,

Peter Margen, Principal
Margen + Associates

Attachments: Plan, Photos



existing plan



proposed plan

LEGEND

——————— existing wall

– – – – remove wall

not to scale

Proposed Conceptual Accessible Restroom Plan (not for construction)

Mendocino Ferry

**Mendocino Ferry**
**Larkspur Ferry Terminal**



01.jpg 02.JPG 03.JPG
04.JPG 05.JPG 06.JPG
07.JPG 08.JPG 09.JPG

**Mendocino Ferry**
**Larkspur Ferry Terminal**



10.jpg

11.JPG

12.JPG

13.jpg

14.JPG

15.JPG

16.JPG

17.JPG

18.JPG

**Mendocino Ferry**
**Larkspur Ferry Terminal**



**Mendocino Ferry**
**Larkspur Ferry Terminal**





37.JPG

**Mendocino Ferry**
**Larkspur Ferry Terminal**



38.JPG